**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMODITY FUTURES TRADING
COMMISSION,

                Plaintiff,

        -against-                  ECF Case No.: 19-cv-05631(JGK)

CONTROL-FINANCE LIMITED AND
BENJAMIN REYNOLDS,              **MOTION FOR ADMISSION**
                                  **PRO HAC VICE**

                Defendants.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney applicant Luke B. Marsh hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above-captioned action.

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: July 23, 2019            Respectfully Submitted,

                            **COMMODITY FUTURES**
                            **TRADING COMMISSION**

                            *s/Luke B. Marsh*
                            Luke B. Marsh (*pro hac vice* applicant)
                            Chief Trial Attorney
                            COMMODITY FUTURES
                            TRADING COMMISSION
                            1155 21st Street, N.W., Washington, DC 20581
                            Telephone:  (202) 418-5000
                            Facsimile:  (202) 818-3179
                            lmarsh@cftc.gov