**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION, <br><br> Plaintiff, <br><br> -against- <br><br> CONTROL-FINANCE LIMITED AND BENJAMIN REYNOLDS, <br><br> Defendants. | ECF Case No.: 19-cv-05631(JGK) <br><br> **AFFIDAVIT IN SUPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Luke B. Marsh, declare and aver as follows:

I am in good standing of the bar of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred or denied admission or readmission by any court.

Attached hereto is a true and correct copy of a Certificate of Good Standing issued by Bar of the District of Columbia within the last year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 07/23/2019

_____
Luke B. Marsh (*pro hac vice* applicant)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Luke B Marsh*

was duly qualified and admitted on January 11, 2002 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on July 23,
2019.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.