UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>    -against-<br><br>CONTROL-FINANCE LIMITED AND BENJAMIN REYNOLDS,<br><br>      Defendants. | ECF Case No.: 19-cv-05631(JGK)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

  Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, attorney applicant Julia C. Colarusso hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above-captioned action.

  I am in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: August 12, 2019    Respectfully Submitted,

             **COMMODITY FUTURES
             TRADING COMMISSION**

             *s/ Julia C. Colarusso*
             Julia C. Colarusso (*pro hac vice* applicant)
             Trial Attorney

COMMODITY FUTURES
TRADING COMMISSION
1155 21st Street, N.W.
Washington, DC 20581
Telephone: (202) 418-5000
Facsimile: (202) 818-3179
jcolarusso@cftc.gov