**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

    -against-

CONTROL-FINANCE LIMITED AND
BENJAMIN REYNOLDS,

        Defendants.

ECF Case No.: 19-cv-05631(JGK)

**AFFIDAVIT IN SUPPORT OF**
**MOTION FOR ADMISSION**
**PRO HAC VICE**

---

I, Julia C. Colarusso, declare and aver as follows:

I am in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Attached hereto are true and correct copies of Certificates of Good Standing issued by the Bar of the District of Columbia and the Virginia State Bar within the last year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 08/01/2019

                                              Julia C. Colarusso (*pro hac vice* applicant)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Julia Claire Colarusso*

was duly qualified and admitted on October 15, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 23, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **JULIA CLAIRE COLARUSSO** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MS. COLARUSSO** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 20, 2010,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued August 2, 2019*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER