UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>CONTROL-FINANCE LIMITED AND BENJAMIN REYNOLDS,<br><br>Defendants. | ECF Case No.: 19-cv-05631(JGK)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE** |

I, Julia C. Colarusso, declare and aver as follows:

I am in good standing of the bars of the District of Columbia and the Commonwealth of Virginia, and there are no pending disciplinary proceedings against me in any state or federal court.

I have never been convicted of a felony.

I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

Attached hereto are true and correct copies of Certificates of Good Standing issued by the District of Columbia Court of Appeals and the Supreme Court of Virginia within the last year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/18/2019

_____
Julia C. Colarusso (*pro hac vice* applicant)



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Julia Claire Colarusso*

was duly qualified and admitted on October 15, 2012 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 23, 2019.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia, do hereby certify that

Julia Claire Colarusso

was admitted to practice as an attorney and counsellor at the bar of this Court on November 3, 2010.

I further certify that so far as the records of this office are concerned, Julia Claire Colarusso is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court
This 16th day of August
A.D. 2019

By: _____
Deputy Clerk