UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>  -against-<br><br>CONTROL-FINANCE LIMITED AND BENJAMIN REYNOLDS,<br><br>      Defendants. | ECF Case No.: 19-cv-05631(JGK)<br><br>(proposed)<br>**ORDER FOR ADMISSION**<br>**PRO HAC VICE** |

  The Motion of attorney applicant Julia C. Colarusso, for admission to practice Pro Hac Vice in the above captioned action is granted.  Applicant has declared that she is a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia; and that her contact information is as follows:

> Julia C. Colarusso
> Trial Attorney
> COMMODITY FUTURES TRADING COMMISSION
> 1155 21st Street, N.W., Washington, DC 20581
> Telephone:  (202) 418-5000
> Facsimile:  (202) 818-3179
> jcolarusso@cftc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff COMMODITY FUTURES TRADING COMMISSION in the above entitled action;

  **IT IS HEREBY ORDERED** that Applicant is admitted Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____      _____
                      United States District/Magistrate Judge