# EXHIBIT 3

QF 2019 - 001145

## CERTIFICATE - ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention
L'autorite soussignee a l'honneur d'attester conformenent a l'article 6 de ladite Convention.

1) ~~that the document has been served the (date):~~
   ~~que le demande a ete executee le (date):~~

   ~~at (place, street, number):~~
   ~~a (localite, rue, numero):~~

   ~~- in one of the following methods authorised by article 5:~~
   ~~- dans une des formes suivantes prevues a l'article 5:~~

   ~~a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention~~
   ~~selon les formes legales (article 5, alinea premier, lettre a)~~

   ~~b) in accordance with the following particular method:~~
   ~~selon la forme particuliere suivante:~~

   ~~c) by delivery to the addressee, who accepted it voluntarily~~
   ~~par remise simple~~

   ~~the documents referred to in the request have been delivered to:~~
   ~~les documents mentionnes dans la demande ont ete remis a:~~

   ~~- (identity and description of person):~~
   ~~- (identite et qualite de la personne):~~

   ~~- relationship to the addressee (family, business or other):~~
   ~~- liens de parente de subordinaion ou autres avec le desinataire de l'acts:~~

2) that the document has not been served, by reason of the following facts:
   que la demande n'a pas ete executee, en raison des faits suivants:

   > It has not proved possible to serve the documents upon Benjamin Reynolds for the reasons detailed in the witness statement of John Frederick Talbot dated 5 August 2019, a certificated copy of which is annexed hereto.

~~in conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay the expenses detailed in the attached statement~~
~~conformement a l'article 12, alinea 2 de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci joint~~

Annexes
Documents returned
Pieces renvoyees
in appropriate cases, documents establishing the service
le cas echeant, les documents justicatifs de l'execution

Done at **London**
Fait a

the (date): 14th August 2019
le:

Signature and/or stamp:
Signature et/ou cachet:

[Stamp: RICHARD DAVISON — 14 AUG 2019 — QUEEN'S BENCH MASTER — ROOM E100 — ROYAL COURTS OF JUSTICE]

[Seal: SENIOR COURTS OF ENGLAND AND WALES — FOREIGN PROCESS SECTION — 14 AUG 2019]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>            v.<br><br>CONTROL-FINANCE LIMITED and BENJAMIN REYNOLDS,<br><br>                    Defendants. | ECF Case No. 1:19-cv-05631 |

**Witness Statement of Attempted Service in accordance with sub paragraph (b) of the first paragraph of article 5, Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents In Civil or Commercial Matters**

I, **JOHN FREDERICK TALBOT**, Process Server, of Moorside, Moor Lane, Menston, LS29 6AS, England, say as follows:

1. In the matters detailed below I was acting as agent for Graham Henry Bridgman a Solicitor of the Senior Courts of England and Wales who was in turn acting at the direction of the Central Authority of England and Wales.

2. During the afternoon of Wednesday the 31st day of July 2019 I attempted to find Benjamin Reynolds, one of the above named Defendants, so that I could serve him with the herein Summons in a Civil Action and Complaint, together with the Electronic Case Filing Rules and Instructions, the Individual Practices of Judge John G. Koeltl and the Hague Convention Summary of the Document to be Served and Notice, together "the Service Documents".

3. I was instructed that Benjamin Reynolds's address is 12 Richmond Street, Manchester, M1 3NB (hereafter "the Service Address"). Google Street Maps identified the first of the buildings on the evens side of Richmond Street to include number 12. I found that the first two buildings on the evens side of Richmond Street are long-term derelict and boarded up six-storey office buildings. Beyond these two buildings, there is an area of wooded waste ground being used as a car park. From there, the next buildings on the evens side in Richmond Street go up from the mid-twenties.

I hereby certify that this is a true copy of the original

Signature ..........................
G H Bridgman LLB Solicitor

Date 7 August 2019

4. I spent some considerable time in Richmond Street, talking to people emerging from or arriving at other addresses in the road, including at the offices of Manchester Probation Service, the LGBT Foundation, The Molly House, Richmond Tea Rooms and Jasmine Grill. None of them had heard of Benjamin Reynolds or his company Control-Finance Limited and none of them could identify where number 12 is in the street, if it wasn't in the first two derelict buildings.

5. Service of the Service Documents was therefore impossible.

I believe that the facts stated in this witness statement are true

Dated:       05 August 2019

Signed:      _____

**JOHN FREDERICK TALBOT**

I hereby certify that this is a true copy of the original

Signature ............................................
G H Bridgman LLB Solicitor

Date  7 August 2019