# EXHIBIT 4

# SUMMONS

United States District Court for the Southern District of New York
Judge John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Civil Action No. 1:19-cv-05631-JGK

COMMODITY FUTURES TRADING COMMISSION,
Plaintiff,
v.
Control-Finance Limited and Benjamin Reynolds,
Defendants.

**SUMMONS IN A CIVIL ACTION**

To:  Benjamin Reynolds

A lawsuit has been filed against you in the United States District Court for the Southern District of New York.  YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, NW, Washington, DC 20581, an answer to the Complaint, accessible at the CFTC's website https://www.cftc.gov/PressRoom/PressReleases/7938-19, or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you by publication.  You must also file your Answer or motion with the Court.  If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.