**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

COMMODITY FUTURES TRADING COMMISSION,

    Plaintiff,

v.

CONTROL-FINANCE LIMITED AND BENJAMIN REYNOLDS,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-7-2020

Case No. 1:19-cv-05631-JGK

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SERVE DEFENDANT BENJAMIN REYNOLDS BY PUBLICATION AND FOR ADDITIONAL TIME TO COMPLETE SERVICE

Upon Plaintiff's Motion for Leave to Serve Defendant Benjamin Reynolds by Publication and for Additional Time to Complete Service, and the Memorandum of Law and Declaration in support thereof, and the entire record herein,

IT IS HEREBY ORDERED that, good cause having been shown, Plaintiff's motion for an order authorizing alternate service is GRANTED. Pursuant to Federal Rule of Civil Procedure 4(f)(3), Plaintiff shall serve Defendant Reynolds by publishing the Summons and a statement describing how a copy of the Complaint may be obtained once a week for four consecutive weeks in *The Daily Telegraph*.

IT IS FURTHER ORDERED that Defendant Reynolds's deadline to respond to the Complaint shall be twenty-one days from the date of the last publication in *The Daily Telegraph*.

IT IS FURTHER ORDERED that Plaintiff's request for additional time to complete service is GRANTED. The deadline for Plaintiff to serve Defendant Reynolds and Defendant Control-Finance Limited shall be sixty days from the date of this Order.

IT IS FURTHER ORDERED that the Initial Conference currently scheduled for February 12, 2020 is ADJOURNED to _March 31_, 2020 at _4:30_ a.m./~~p.m.~~

SO ORDERED this __6__ day of __January__, 2020.

_/s/ John G. Koeltl_
The Honorable John G. Koeltl
United States District Judge