UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>                    Plaintiff,<br><br>          v.<br><br>CONTROL-FINANCE LIMITED AND BENJAMIN REYNOLDS,<br><br>                    Defendants. | Case No. 1:19-cv-05631-MKV |

## NOTICE OF VOLUNTARY DISMISSAL OF
## DEFENDANT CONTROL-FINANCE LIMITED

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission hereby voluntarily dismisses Defendant Control-Finance Limited from the above-captioned action *without prejudice*.

Dated:  April 3, 2020          Respectfully submitted,

                    By:    s/Julia C. Colarusso
                           Julia C. Colarusso (admitted *pro hac vice*)
                           Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977)
                           Luke B. Marsh (admitted *pro hac vice*)
                           Paul G. Hayeck (*pro hac vice* application to be submitted)
                           COMMODITY FUTURES TRADING COMMISSION
                           Division of Enforcement
                           1155 21st Street, NW
                           Washington, DC 20581
                           Telephone:  (202) 418-6044 (Colarusso direct)
                           jcolarusso@cftc.gov
                           jmccarthy@cftc.gov
                           lmarsh@cftc.gov
                           phayeck@cftc.gov

                           *Attorneys for Plaintiff*