UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2020
```

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

        v.

CONTROL-FINANCE LIMITED AND
BENJAMIN REYNOLDS,

        Defendants.

Case No. 1:19-cv-05631-MKV

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CONTROL-FINANCE LIMITED

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Commodity Futures Trading Commission hereby voluntarily dismisses Defendant Control-Finance Limited from the above-captioned action *without prejudice*.

Dated:  April 3, 2020

Respectfully submitted,

By:  s/Julia C. Colarusso
Julia C. Colarusso (admitted *pro hac vice*)
Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977)
Luke B. Marsh (admitted *pro hac vice*)
Paul G. Hayeck (*pro hac vice* application to be submitted)
COMMODITY FUTURES TRADING COMMISSION
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581
Telephone:  (202) 418-6044 (Colarusso direct)
jcolarusso@cftc.gov
jmccarthy@cftc.gov
lmarsh@cftc.gov
phayeck@cftc.gov

*Attorneys for Plaintiff*

The case is dismissed as to Defendant Control-Finance Limited. SO ORDERED.

Date:  4/6/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge