UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

   v.

CONTROL-FINANCE LIMITED AND
BENJAMIN REYNOLDS,

        Defendants.

Case No. 1:19-cv-05631-MKV

**CLERK'S CERTIFICATE
OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on June 17, 2019 with the filing of a summons and complaint, that Defendant Benjamin Reynolds was served by publication in accordance with an Order of the Court entered on January 7, 2020, Doc. #20, *and that proof of service was therefore filed on March 3, 2020, Doc. #21.* I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
       4/6 _____, 2020

                                          RUBY J. KRAJICK
                                          Clerk of Court

                                  By: _____
                                              Deputy Clerk