# EXHIBIT 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>              Plaintiff,<br><br>        v.<br><br>CONTROL-FINANCE LIMITED AND BENJAMIN REYNOLDS,<br><br>              Defendants. | Case No. 1:19-cv-05631-MKV |

**PROOF OF SERVICE ON DEFENDANT BENJAMIN REYNOLDS
BY PUBLICATION PURSUANT TO ORDER DATED JANUARY 6, 2020**

      Pursuant to the Order dated January 6, 2020 (ECF No. 20) (the "Order") and Federal Rule of Civil Procedure 4(f)(3), the undersigned hereby certifies that Plaintiff Commodity Futures Trading Commission caused Defendant Benjamin Reynolds to be served by publication via a notice in *The Daily Telegraph*. As required by the Order, the notice was published once a week for four consecutive weeks and included the text of the Summons and a statement describing how a copy of the Complaint may be obtained. Attached hereto are true and correct copies of the published notice as it appeared in the "Legal Notices" section of *The Daily Telegraph* on January 18, 2020, January 25, 2020, February 1, 2020, and February 8, 2020.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 3, 2020        Respectfully submitted,

                              By:  s/Julia C. Colarusso
                                  Julia C. Colarusso (admitted *pro hac vice*)
                                  Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977)
                                  Luke B. Marsh (admitted *pro hac vice*)
                                  Paul G. Hayeck (*pro hac vice* application to be submitted)

COMMODITY FUTURES TRADING COMMISSION
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581
Telephone:  (202) 418-6044 (Colarusso direct)
jcolarusso@cftc.gov
jmccarthy@cftc.gov
lmarsh@cftc.gov
phayeck@cftc.gov

*Attorneys for Plaintiff*

2

Case 1:19-cv-05631-MKV Document 212 Filed 03/03/20 Page 4 of 7

# Court & Social

## Court Circular



**ST JAMES'S PALACE**
*January 17* The Princess Royal this morning visited the Workspace Group at the Recreation Centre, Tobermore Road, Draperstown, and was received by Her Majesty's Lord-Lieutenant of County Londonderry (Mrs Alison Millar).

Her Royal Highness later visited Magee Campus, Ulster University, Northland Road, Londonderry, and opened the Spatial Computing and Neurotechnology Innovation Hub, having been received by Her Majesty's Lord-Lieutenant of the County Borough of Londonderry (Dr Angela Garvey).

*For more articles about the Royal Family visit the Royal website at* www.royal.uk

### Birthdays
**Today:** Lord Higgins, former

### Forthcoming marriages

**Mr R.A. Buxton and Miss A.C.M. Currey**
The engagement is announced between Robert, son of Mr and Mrs Joe Buxton, of Sopworth, Wiltshire, and Alice, daughter of Mr Alistair Currey, of Fulham, London, and the Hon Mrs Henrietta Currey, of Bosham, West Sussex.
Onlineref: 578506

**Mr T.C. Goucher and Miss C.S. Hall**
The engagement is announced between Thomas, younger son of Mr and Mrs Gerald Goucher, of Croxton Hall Farm, Norfolk, and Caroline, youngest daughter of the late Rev Charles Hall and of Mrs Susie Hall, of Reepham, Norfolk.
Onlineref: 578524

**Mr W.A. Wrinch and Miss A.S. James**
The engagement is announced between William, elder son of Mr and Mrs William Wrinch, of Erwarton, Suffolk, and Annabel, daughter of the late Mr David James and of Mrs James, of Seagrave, Leicestershire.
Onlineref: 578662

**Mr B. Broxham and Miss C.S.I. Hadden-Paton**
The engagement is announced between Blaze, eldest son of Mr and Mrs George Broxham, of Marondera, Zimbabwe, and Clementine, youngest daughter of Mr and Mrs Nigel Hadden-Paton, of Dorset.
Onlineref: 578612

**Mr B.C.T. Allhusen and Miss S.D.B. Hubert**
The engagement is announced between Benjamin, eldest son of Mr and Mrs Christian Allhusen, of Bradenham, Norfolk, and Sophie, eldest daughter of Mr and Mrs Alain Hubert, of La Forêt-Fouesnant, France.
Onlineref: 578736

**Mr J.Mitchell and Miss B. Waring**
The engagement is announced between James, son of Mr and Mrs Ian Mitchell, of Ferring, West Sussex, and Beth, daughter of Mr and Mrs Peter Waring, of Versonnex, France.
Onlineref: 578406

**Mr N.G. Charrington and Miss S.D. Lyszczarz**
The engagement is announced between Nicholas, younger son of Mr and Mrs Richard Charrington, of Tetbury, Gloucestershire, and Sylwia, daughter of Mr and Mrs Krzysztof Lyszczarz, of Ustka, Poland.
Onlineref: 578587

Great Britain Olympic athlete and former Conservative MP, is 92; **Chief Emeka Anyaoku**, Secretary-General of the Commonwealth, 1990-2000, 87; **Mr John Boorman**, film director, 87; **Mr Raymond Briggs**, author and illustrator, 86; **Sir Clive Whitmore**, former senior civil servant, 85; **Sir Michael Bett**, First Civil Service Commissioner, 1995-2000, 85; **Lord Howell of Guildford**, former Energy Secretary, journalist and economist, 84; **Prof John Hume**, former MP; joint winner, Nobel Peace Prize, 1998, 83; **Lord Giddens**, Director, London School of Economics and Political Science, 1997-2003, 82; **Sir Martin Laing**, Chairman, John Laing plc, 1985-2001, 78; **Mr Paul Keating**, Prime Minister of Australia, 1991-96, 76; **the Hon Sir Rocco Forte**, hotelier, 75; **Vice-Admi Sir Tom Blackburn**, Master of Her Majesty's Household, 2000-05, 75; **Sir Alan Reid**, Chairman of the Council, Duchy of Lancaster; Keeper of the Privy Purse, 2002-17, 73; **Prof Sir Richard Friend**, physicist, 67; **Dame Alison Carnwath**, Chairman, Land Securities, 2008-18, 67; **Mr Lionel Barber**, former Editor, *Financial Times*; Chairman, Tate Galleries, 65; **Mr Kevin Costner**, actor, producer and director, 65; **Lord Deighton**,

Commercial Secretary to the Treasury, 2013-15, 64; **Sir Mark Rylance**, actor, theatre director and playwright, 60; **Prof Shearer West**, Vice-Chancellor, University of Nottingham, 60; **Mr Peter Beardsley**, former England footballer, 59; **Mr Richard Dunwoody**, former National Hunt jockey; three times Champion Jockey, 56, **Mr Leo Varadkar**, Prime Minister of the Republic of Ireland (Taoiseach), 41; and **Miss Angelique Kerber**, tennis player; Wimbledon Ladies' Singles Champion, 2018, 32.

**Tomorrow**: **Señor Javier Pérez de Cuéllar**, Secretary-General of the United Nations, 1982-91, will be 100; **Sir Alex Jarratt**, Chairman, Smiths Industries, 1985-91, 96; **Mr Richard Lester**, lm director, 88; **Sir David Newbigging**, Chairman, Council of Trustees, Cancer Research UK, 2004-10, 86; **the Duke of St Albans** 83; **Mr Christopher Collins**, former company chairman, 80; **Sir John Stanley**, former Conservative Government Minister, 78; **Mr Michael Crawford**, actor, 78; **Mr James Spence**, who retires today as Chairman of Orkney, 75; **Mr Julian Barnes**, writer, 74; **Miss Dolly Parton**, singer/songwriter and actress, 74; **Dame**

**Patricia Hodgson**, Chairman, Ofcom, 2014-17; Principal of Newnham College, Cambridge, 2006-12, 73; **Mr Dennis Taylor**, former snooker player; World Champion 1985; now commentator, 71; **the Rt Rev Graham James**, Bishop of Norwich, 1999-2019, 69; **Sir Simon Rattle**, conductor; Chief Conductor and Artistic Director, Berlin Philharmonic Orchestra, 2002-18, 65; **the Earl of Shannon 60; the Rt Rev Rose Hudson-Wilkin**, Suffragan Bishop of Dover; Speaker's Chaplain, 2010-19, 59; **Mr John Bercow**, The Speaker, 2009-19, 57; **Mr Stefan Edberg**, former tennis player; two times Wimbledon Men's Singles Champion, 54; **Mr Tim Fosten**, former rower; Olympic gold medallist, coxless fours, Sydney 2000; now coach, 50; **Mr Jenson Button**, former Formula One driver; World Drivers' Champion 2009, 40; and **Mr Tommy Fleetwood**, golfer, 29.

Today is the anniversary of the birth of A.A. Milne in 1882 and of the death of Rudyard Kipling in 1936.

Tomorrow will be the anniversary of the birth of Paul Cezanne, artist, in 1839.

---

## ONE HUNDRED YEARS AGO
### The Daily Telegraph
LONDON, JANUARY 1920

### "WEEPING STATUE."
### MAGIC AND MIRACLES.
### VERDICT AND SENTENCE.

BORDEAUX, SUNDAY.

Judgment was delivered yesterday in the so-called sorcery trial, in which a police official, a stockbroker, an orchestra conductor, and a bank clerk were accused of having assaulted a Syrian priest named Sapounghi. All four were sentenced to three months' imprisonment, with the benefit of the First Offenders Act, and a joint fine of 500f.

**The case was one in which miracles, sorcery, and witchcraft all figured.** The defendants, however, were not accused of magic, but, as stated above, of assault. It was the plaintiff whose alleged dealings in sorcery led the four accused to do him bodily hurt. The defendants were accused by the plaintiff, the Abbé Sapounghi, describing himself as a former Vicar-General of Syria, of having had resort to assault and violence in order to extort from him certain documents relative to a miraculous figure known as "Weeping Virgin".

A certain Madame Marie Mesmin had this wonderful statue of the Virgin in her possession. The bank clerk stated that he had seen the statue and that there was no doubt that it wept real tears, which could be collected in a little vase for the cure of the sick. The tears in the vase increased until they overflowed, when, being transferred to a large glass, they still swelled until several vessels were full. In 1914 the Abbé Sapounghi paid a visit to Madame Mesmin, who, so it is stated, not only made him welcome, but deprived herself in order that he might be clothed and provided for. The abbé is declared to have repaid her kindness by the endeavour to get into his own hands the sums accruing from the "miracles" of the Weeping Virgin. Finally, on account of unpriestlike conduct, the abbé was sent to Nantes by order of the ecclesiastical authorities, who also ordered that the Weeping Virgin should be taken to a Franciscan convent, where, ever since, her eyes have been dry.

**From the day that Sapounghi arrived at Nantes, Madame Mesmin declared herself to be the victim of a Satanic persecution.** An invisible mouth bit her and left the traces of its teeth on her cheek. The most terrible suffering and temptations assailed her, including a homicidal tendency. She was convinced that all this was due to the evil influence of the abbé, who, she said, had a magnetic power over her. Further, she declared that Sapounghi had celebrated Black Masses, for which he employed the blood of toads and other unclean animals, and also a nude female figure made in wax.

In order to put an end to the persecution endured by Madame Mesmin, the four defendants decided to go to Nantes to force Sapounghi to return certain papers relating to Our Lady of Tears, alleged to have been stolen by him, and also to destroy his instruments of sorcery. They armed themselves with spiritual and temporal weapons, and, after an early morning Mass, invaded the abbé's sanctuary. Their terrestrial arms included a dog-whip, a rubber tube filled with lead shot, a horse-whip, and handcuffs, the last provided by the police inspector. The struggle lasted some three-quarters of an hour, the "magician" putting up a vigorous resistance, even endeavouring to use a knife, but at last, smarting and bound on the floor, he gave up the keys of his desk. In this were found 631 letters and a number of articles which, it was supposed, he used in his sorceries, but no trace of the wax figure was discovered. The four spell-breakers then left. It was at this precise moment, according to Madame Mesmin, that she ceased to suffer from the spell which had been cast over her.

---

**Mr P.I. Burns and Miss S.M. Thompson**
The engagement is announced between Peter, younger son of the late Mr Ian Burns and of Mrs Burns, of Rathgar, Dublin, and Sophie, daughter of Mr and Mrs Peter Thompson, of Selsey, West Sussex.
Onlineref: 578565

**Mr S.D. Miller and Miss A.I. Graham-Watson**
The engagement is announced between Steven, son of Mr and Mrs Mark Miller, of West Palm Beach, Florida, and Amber, daughter of Mr Hugh Graham-Watson, of Reswallie, Angus, and the late Mrs Graham-Watson.
Onlineref: 578606

**Mr S.T. King and Miss C.L. Robson**
The engagement is announced between Stewart, eldest son of Mr Paul King, of Epsom, and Mrs Linda King, of Ashtead, and Charlotte, youngest daughter of Mr and Mrs Jeremy Robson, of Hingham, Norfolk.
Onlineref: 578558

### Clergy news

**Retirements and Resignations**
Revv Dr Martin Jones, OLM asst c, Denby Group (Derby), to retire with effect from Jan 31; **Pauline Shepherd**, Wolverhampton episcopal area spiritual companions co-ordinator (Lichfield), has resigned; **Canon Robert Charles Simpson**, assoc p, St Briavels w Hewelsfield and Brockweir (Gloucester), has retired; **Revv April Tompkins**, SSM asst c, St Peter, Belper (Derby), has retired; **Deborah Gail Watkin**, asst c, Heath Hayes (Lichfield), to retire with effect from March 1; **Dr David Glynne Watkin**, v, Heath Hayes (Lichfield), to retire with effect from March 1.

**Lay Appointments/Others**
Mrs Sandra Birchall to be lay chairman, Ellesmere (Lich field); Ms Andrena Palmer, lay youth and community min, Christ Church, Orpington (Rochester), to be pioneer evangelist, Hackney Centre of Mission (London).

### Bridge news
The Welsh Bridge Union has announced the team to represent Wales on the second weekend of the 2020 Camrose at the start of March near Belfast, **writes Julian Pottage, Bridge Correspondent**: Gary Jones and Paul Lamford, Dafydd Jones and Adam Dunn, Tim Rees and John Salisbury and non-playing captain, Mike Tedd.

---

## Church services tomorrow

**Second Sunday of Epiphany**

ST PAUL'S CATHEDRAL: 8 HC; 10.15 Mattins, Canon Jonathan Brewster; 11.30 Sung Eucharist, Rev James Heard; 3.15 Evensong, Rev Robert Coupland; 4.45 Vierne 150 Organ Festival, Alonso Quartet; 6 Eucharist.
WESTMINSTER ABBEY: 8 HC; 10 Mattins; 11.15 Sung Eucharist, Ven David Stanton; 3 Evensong, Rev Dr James Hawkey; 5.45 Organ Recital, David Bednall; 6.30 Evening Service, Rev Peter McGeary.
SOUTHWARK CATHEDRAL: 9 Euc harist and 11 Choral Eucharist, Canon Wendy Robins; 3 Choral Evensong, Dean; 6 Service of Wholeness and Healing, Ms Caroline Clifford.
ALL HALLOWS BY THE TOWER: 11 Sung Eucharist, Rev Katherine Hedderly.
ALL SAINTS, Margaret St: 8 and 5.15 Low Masses; 10.20 Morning Prayer; 11 High Mass, Father Michael Bowie; 6 Evensong and Benediction, Father Gerald Beauchamp.
GROSVENOR CHAPEL, Sout h Audley St: 11 Sung Eucharist, Father Dominic Robinson.
HTB Brompton Rd: Informal Services: 9.30 and 11.30 Suzie King; 5 and 7 Rev Andy Wooldridge.
HTB Onslow Square: Informal Services: 10.30 and 4.30 Rev Pete Wynter; 6.30 Suzie King.
HOLY TRINITY, Sloane Square: 8.30 HC; 11 Sung Eucharist, Rev Grant Bolton-Debbage.
ST BRIDE'S, Fleet St: 11 Choral Eucharist and 5.30 Choral Evensong, Rector.
ST CLEMENT DANES, Strand: 11 Choral Eucharist, Rev David Osborn.
ST GEORGE'S, Windsor: 8.30 HC; 10.45 Mattins, Dean; 12 Sung Eucharist; 5.15 Evensong and Installation of Major Ernest William Morgan.
ST GILES-IN-THE-FIELDS: 11 Sung Eucharist, Rev Adam Atkinson; 6.30 Evensong, Rev Philip Chester.
ST JAMES GARLICKHYTHE, Garlick Hill: 10.30 Choral Eucharist, Rev Tim Handley.
ST JAMES'S, Piccadilly: 9.15 Eucharist; 11 Parish Eucharist, Rev Hugh Valentine.
ST MARGARET'S, Westminster: 11 Sung Eucharist, Rev Garry Swinton.
ST MARTIN-IN-THE-FIELDS: 10 Parish Eucharist, Rev Sally Hitchiner; 1.30 Eucharist in Mandarin and Cantonese, Rev Jonathan Evens; 5 Choral Evensong, Rev Dr Sam Wells.
ST MARYLEBONE, Marylebone Rd: 8.30 HC, Rev Jack Noble; 11 Choral Eucharist, Rev Jack Noble.
ST PAUL'S, Covent Gdn: 11 Sung Eucharist.
ST PAUL'S, Knightsbridge: 9 Family Mass and 11 Solemn High Mass, Very Rev Victor Stock.

TEMPLE CHURCH, Fleet St: 8.30 HC; 11.15 Choral Mattins, The Reader.
QUEENS CHAPEL, Savoy Hill: 11 Sung Eucharist, Canon Thomas Woodhouse.
CHAPEL ROYAL, Hampton Court Palace: 8.30 HC; 11 Choral Eucharist, Dr Anthony Howard; 3.30 Choral Evensong.
CHAPEL ROYAL, St James's Palace: 8.30 HC; 11.15 Sung Mattins, Canon Dr Georgina Byrne.
CHAPEL ROYAL of St Peter ad Vincula, Tower of London: 9.15 HC; 11 Mattins with Sermon, Canon Roger Hall.
GUARDS CHAPEL, Wellington Barracks: 11 Choral HC, Band of the Irish Guards, Rev Justin Bradbury.
OLD ROYAL NAVAL COLLEGE CHAPEL, Greenwich: 11 Choral Eucharist, Rev Faith Wakeling.
CROWN COURT (C-o-S), Covent Gdn: 11.15 Morning Service and 6.30 Evening Service, Rev Philip Majcher.
ST COLUMBA'S (C-o-S), Pont St: 11 Morning Service, Rev Alistair Cumming.
WESTMINSTER CATHEDRAL: Masses: 8, 9,12, 5.30, 7; 10 Morning Prayer; 10.30 Solemn Mass; 3.30 Solemn Vespers and Benediction.
THE ORATORY, Brompton Rd: Masses: 8, 9,10,11,12.30,4.30,7; 3.30 Sung Vespers and Benediction.
GREEK ORTHODOX CATHEDRAL, Moscow Rd: 9.30 Mattins and Divine Liturgy.
SALVATION ARMY, Oxford St: 11 Worship Meeting, International Staff Songsters; 3 Worship Meeting.
WESLEY'S CHAPEL, City Rd: 9.45 HC; 11 Morning Service.
WESTMINSTER CHAPEL, Buc kingham Gate: 11 Morning Service.
WESTMINSTER METH ODIST CENTRAL HALL: 11 HC, Mr Peter Kerridge and Prelate Dr Samuel Uche; 6 Evening Worship, Rev Dr Martyn Atkins.
ARMAGH: 10 HC; 11 Sung Eucharist, Dean; 3.15 Choral Evensong.
BIRMINGHAM: 9 HC; 11 Choral Eucharist; 3.30 Choral Evensong.
BRADFORD: 8 HC, Precentor; 10.15 Cathedral Eucharist, Precentor; 4.30 Choral Evensong, Dean.
BRISTOL: 7.40 Morning Prayer; 8 HC; 10 Cathedral Eucharist, Rev Neill Archer; 3.30 Choral Evensong, Canon Michael Johnson, Acting Dean.
CAMBRIDGE, K ing's College Chapel: 10.30 Sung Eucharist, Rev Andrew Hammond; 6 Candlelit Epiphany Carol Service.
CANTERBURY: 8 HC; 9.30 Mattins Morning Prayer (said); 11 Sung Eucharist, Vice Dean; 3.15 Evensong; 6.30 Evenson g with admission of Scholars.
CARLISLE: 10.30 Sung Euc harist, Dean; 3 Choral Evensong.
CHELMSFORD: 8 HC, Canon Ivor Moody; 9.30 Parish Euc harist, Rev Kate Moore; 11.15 Choral Eucharist, Canon Andy

Jackie-Dee Thornton; 3.30 Evensong, Canon Ivor Moody.
CHESTER: 8 HC ; 10 Cathedral Eucharist, Dean; 11.30 Choral Eucharist; 3.30 Churches Together in Cheshire Ecumenical Service, Lord Alton of Liverpool; 6.30 Sung Compline.
CHICHESTER: 8 HC; 10 Mat ins, Precentor; 11 Sung Eucharist, Treasurer; 3.30 Evensong.
COVENTRY: 8 HC; 10.30 Cathedral Eucharist, Rev Kathryn Fleming; 2 Week of Prayer for Christian Unity Service, Rev Neil Le Tissier; 4 Choral Evensong.
DERBY: 8 HC; 9.15 Sung Eucharist, Canon Dr Elizabeth Thomson, Acting Dean; 10.45 Cathedral Eucharist, Acting Dean; 6 Evensong, Precentor.
DURHAM: 8 HC; 11 Mattins, Canon Michael Hampel; 11.15 Sung Eucharist, Canon Charlie Allen; 3.30 Epiphany Procession with Carols.
ELY: 8.15 HC; 10.30 Sung Euc harist, Rev Ralph Waller; 4 Evensong, Dean.
EXETER: 8 HC; 9.1 5 Morning Prayer; 10 Choral Eucharist; 4 Choral Evensong, Canon Chancellor.
GLASGOW, ST MUNGO'S (C-o-S): 11 Morning Service; 4 Choral Evensong.
GLOUCESTER: 7.40 Morn ing Prayer; 8 HC; 10.15 Eucharist; 3 Choral Evensong.
GUILDFORD: 8 HC ; 9.45 Cathedral Eucharist, Rev Magdalen Smith; 11.30 Mattins; 6 Evensong, Canon Tim Hillier.
HEREFORD: 8 HC ; 10 Cathedral Eucharist, Rev Angie Adgent; 11.30 Morning Prayer; 3.30 Evensong, Preb Simon Cawdell; 5.30 The Evening Hour.
INVERNESS: 8.15 Ho ly Eucharist; 9.15 Holy Eucharist, Ms J. Wright; 11 Choral Eucharist, Ms J. Wright.
LICHFIELD: 7.40 Morning Prayer; 8 HC; 11 Choral Eucharist with Children's Church, Canon Pat Hawkins; 3 Choral Evensong an d Homily.
LINCOLN: 7.45 Litany; 8 HC; 9.30 Sung Eucharist, Canon Dr Neil Burgess; 11.15 Mattins; 3.45 Evensong; 7 Sacred Space.
LIVERPOOL METR OPOLITAN CATHEDRAL: 8.30 HC; 9 Morning Mass; 10 Family Mass; 11 Solemn Choral Mass; 1 Polish Community Mass; 3 Choral Evening Prayer; 7 Evening Mass.
LLANDAFF: 7.30 Mattins (said); 8 Holy Eucharist, Chancellor; 9 Parish Eucharist, Chancellor; 11 Choral Eucharist; 3.30 Choral Evensong.
MANCHESTER: 8.4 5 Mattins; 9 HC; 10.30 Sung Eucharist, Dean; 5.30 Choral Evensong.
NEWCASTLE: 8 HC; 10.30 Morning Prayer; 10 Sung Eucharist, Bishop of Newcastle; 4 Choral Evensong.
NORWICH: 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Canon Andy

Bryant; 3.30 Epiphany Procession; 6 Compline.
OXFORD: 8 HC; 8.45 College Communion, Chaplain; 9.45 Choral Mattins, Canon Ward; 11 Choral Eucharist, Sub Dean; 3 Ecumenical Service with Churches Together in Central Oxford, Rev Dr Martin Wellings; 6 Choral Evensong.
PORTSMOUTH: 8 HC ; 10.30 Eucharist, Canon Anthony Rustell; 6 Choral Evensong, Chancellor.
RIPON: 8 Eucharist, Rev Dan Sladden; 9.30 Morning Prayer; 10.30 Sung Eucharist, Canon Ailsa Newby; 3.30 Eucharist; 3.30 Evensong, pr Mr John Baldini; 5.30 Distinctive.
ROCHESTER: 8 HC; 9.45 C horal Mattins; 10.30 All Age Eucharist and Baptisms, Rev Dylan Turner; 3.15 Choral Evensong and Blessing of the Plough, Rev Dr Jonathan Beach.
ST ALBAN: 8 Eucharist; 9.30 Parish Eucharist, Tim Bull; 10.30 Prayers for Healing; 11.15 Mattins, Dean; 12.15 Eucharist; 6.30 Evensong, Dean.
ST ASAPH: 8 Holy Eucharist; 9.30 Parish Eucharist; 11 Cathedral Eucharist, Archdeacon of Wrexham; 3.30 Choral Evensong.
ST DAVIDS: 8 HC ; 9.30 Bilingual Parish Communion, Gillian Butcher; 11.15 Choral Mattins, Dean; 4 Choral Evensong, Canon Marianne Osborne.
ST EDMUNDSBURY and IPSWICH: 8 HC; 10 Sung Eucharist, Pastor and Sub Dean; 11.30 Choral Mattins; 3.30 Epiphany Procession with Carols.
SALISBURY: 8 HC; 9.15 Choral Mattins; 10.30 Eucharist, Canon Robert Titley; 5 The Epip hany Devotion.
SHEFFIELD: 8 HC; 9.30 Morning Prayer; 10.30 Cathedral Eucharist, Dean; 4 Epiphany Carol Service.
SOUTHWELL: 7.30 Litany; 8 HC, Rev Erika Kirk; 9.30 Family Eucharist, Dean; 11.15 Mattins, Dean; 3.30 Evensong; 5 Families at Five.
TRURO: 7.30 Morning Prayer; 8 HC; 10 Sung Eucharist, Canon Lynda Barley; 2 Churches Together Service for the Week of Prayer for Christian Unity; 4 Evensong, Precentor.
WAKEFIELD: 8 HC; 9.15 an d 11 Sung Eucharist, Canon Leah Vasey-Saunders; 3.30 Epiphany Carol Service; 4.30 Chantry Prayers.
WELLS: 8 HC; 9.45 Cathedral Eucharist, Rev Mary Bide; 11.30 Mattins; 3 Evensong, Archdeacon.
WINCHESTER: 8 HC ; 9.45 Mattins, Canon Andy Trenier; 11 Sung Eucharist, Canon Nick Fennemore; 3.30 Evensong, Canon Roland Riem; 6 Choral Evensong.
WORCESTER: 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Dean; 4 and 6 Evensong.
YORK: 8 HC; 10 Sung Eucharist, Rev Mark Doctor; 11.30 Mattins, Dean; 4 Evensong, Canon Maggie McLean.

---

# Announcements

**Telephone:** 0800 072 32 32 or 01622 335087 **Fax:** 020 79313370
**Email:** announcements.ads@telegraph.co.uk **Book online:** announcements.telegraph.co.uk

## Births

**HAZLEDINE.—**On 28th December 2019, to Kim (née Waterfield) and Oliver, a son, Rory Horatio William.
Onlineref: A238762

**MEES.—**On January 4th 2020, at the Rosie Hospital, Cambridge, to Jemima (née Snagge) and Pieter, a daughter, Lily Milou Anne.
Onlineref: A238833

**PORTER.—**On 18th December 2019, in Zurich, to Catherine (née Potter) and Robert, a son, Toby Lionel, a brother for Alexander.
Onlineref: 578679

**SUTTON.—**On 9th January 2020, to Harriet (née Colthurst) and Thomas, a son, Benjamin Richard John, a brother for George and Sophia.
Onlineref: A238858

## Deaths

**ALLOM.—**Jean Feretlih Maxwell (née Robertson) died peacefully at home on 10th January 2020, aged 100. Dearly loved wife of the late Keith and previously widow of Wing Commander Howard Burton, DSO, DFC and Bar Croix de Guerre killed in action in 1943. Adored mother of Fiona and loving grandmother to Barnaby, Toby, Poppy and Hugo. Private funeral followed by a Service of Thanksgiving at St Michael and All Angels, Mickleham on Tuesday 28th January at 2.30 p.m. All welcome. Family flowers only, donations if desired for Blue Cross or Battle of Britain Memorial Trust CIO may be sent to Sherlock Funeral Service, Trellis House, Dorking RH4 2ES.
Onlineref: 578670

**BAILEY.—**Blanche Pamela (née Tew), passed peacefully on January 10th 2020, aged 90. Much loved wife to the late Peter, mother to David and Pamela, mother-in-law to Tony and Ayako and grandmother to Edward and Oliver. Funeral to be held at Golders Green Crematorium on February 2nd at 11 a.m.
Onlineref: A238803

**BEDFORD.—**Alison (née Burt) died on 12th January 2020, aged 97, peacefully at home in Colden Common, Hampshire. Beloved mother of Rosalind, Jonathan and Jacqueline, grandmother of Rhiannon, Penelope, Deiniol, Simon, Benedict, Christopher and Madeleine, and great-grandmother of Sebastian and Oliver. Funeral at Wessex Vale Crematorium on 23rd January at 3.15 p.m. Family flowers only but donations to Parkinson's Society may be sent c/o A.H. Rogers & Sons, 64 Market Street, Eastleigh SO50 5RD. Tel: 023 80612435.
Onlineref: A238841

**BOLTON.—**Lady Masha Anne (née Hudson) on January 11th, peacefully aged 73 years, of Arklow Hill, Thornton Steward, North Yorkshire. A loving Mum, Granny, Great Granny, sister and aunt. Daughter of the late Tony and Masha. Funeral service private.
Onlineref: A238852

**BUCKENHAM.—**John Keith died on 22nd December, aged 90. Beloved husband of Joan, father of Joanna and grandfather of Charlie, Ben and Robbie. A Memorial Service will be held at St Mary's School, Ascot on 22nd February at 12 noon.
Onlineref: 578683

**DAVIES.—**Jeannie Everald died on 14th January 2020 after an illness borne with humour and fortitude. Beloved wife of Philip, mother of Caroline and Kate, and grandmother of Emily and Jess. The Funeral Service will be held at St Martin's, Blackheath, at 12 noon on 5th February followed by refreshments at the Village Hall. Private cremation. No flowers, please, but donations if desired to Phyllis Tuckwell Hospice Care, www.pth.org.uk
Onlineref: A238840

**DEVAS.—**Prosper Mark, died peacefully on January 9th after a short illness, borne with great courage, dignity and humour. Husband of the late Annie, beloved father of Molly, devoted brother of Emma and loving partner of Frances. All enquiries to Dilnot Smith & Sons. Tel: 01304 380914.
Onlineref: 578694

**DOWLING.—**Ambrose (Bro) MVO, MBE, TD, died aged 101 on 7th January 2020, in Larchmere House. Funeral at St Mary's Church, Frittenden at 12 noon on Monday 24th February.
Onlineref: A238865

**DUKE.—**Richard (Dickie) Charles Erswell, died peacefully on 16th January 2020, aged 87. Much loved by all his family and many friends.
Onlineref: A238859

**EASTON.—**Margaret. Daughter of Robert and Madeline Ruby Easton, born on 30th August 1929, formerly of Wembley, Haslemere, Steyning and Ferring, passed away peacefully in the early hours of Monday 13th January 2020, aged 90. A private cremation will take place in due course.
Onlineref: A238853

**EDRICH.—**Judith passed away peacefully on January 11th 2020. Beloved wife of John. Funeral Service to be held at Crathie Kirk on Wednesday January 22nd at 11 a.m. Family flowers only please but donations may be given to Crathie Opportunity Holidays and Crowhurst Christian Healing Centre.
Onlineref: 578728

**EDWARDS.—**Mary Carey, died peacefully on 12th January. Beloved wife of the late Capt Frederick Edwards MA, RN (retd) and much loved mother of Alasdair, Sarah, David and Simon, grandmother and great-grandmother. Funeral to be held at Reading Crematorium at 12.45 p.m. on 31st January. All enquiries to A.B. Walker on 0118 947 7007. Family flowers only but donations, if desired, to SSAFA the Armed Forces Charity.
Onlineref: A238836

**ERROLL.—**Isabelle Jacqueline Laline Hay, Countess of Erroll, on 13th January 2020, aged 64. Remarkable wife of Merlin and mother of Harry, Amelia, Laline and Richard. Family funeral. A Memorial Service will be held in the Guards Chapel on 4th March at 4 p.m.
Onlineref: A238867

**FAIRBAIRN.—**John Sydney. Died peacefully on 9th January 2020 with his family on 12th January 2020. Much loved husband, father, stepfather and grandfather. Funeral for family and friends to be held at St Nicholas Church, Steventon, Hampshire, RG25 3BE on Thursday 30th January at 12 noon. A memorial will be arranged in London at a later date.
Onlineref: A238838

**HODGES.—**Kathleen Mary died peacefully on 23rd December 2019 at Wexham Park Hospital. She will be sadly missed by her husband John and brother Kevin. Funeral Service at Chilterns Crematorium, Amersham HP7 0ND on Friday 7th February at 1.15 p.m., followed by refreshments at The Bull, Gerrards Cross SL9 7PA. Family flowers only. Donations, if desired, to UCHL Charity Trust 1390 sent c/o Tomalin & Son, 39 Reading Road, Henley, Oxon RG9 1AG. Tel: 01491573370.
Onlineref: 578722

**LEIGH.—**Lady Sylvia (née King), sadly passed away on 14th January 2020 in Palm Beach, Florida, USA. She was the loving wife of Sir Geoffrey Leigh. They shared over forty years of wonderfully happy marriage, visiting all the continents of the planet together, in addition to their joint philanthropic work. She derived enormous pleasure from her large family, by whom she will be very greatly missed. She is survived by her husband, five children, eleven grandchildren and six great-grandchildren.
Onlineref: A238837

**LOCKW00D.—**Brian. On January 12th 2020, suddenly at home, Brian aged 86 years of Huddersfield and formerly of Cheam and Reigate. Dearly loved husband of the late Barbara. Service and Committal at Park Wood Crematorium, Elland on Monday February 3rd at 12 noon. Family flowers only. Donations in lieu, if desired, to RSPB for which a plate will be provided at the service or c/o The Taylor Funeral Service, The Mount, 2 Cowlersley Lane, HD4 5TY. Tel: 01484 656156.
Onlineref: 578742

**MORGAN.—**Elined (née Raikes) died peacefully on 14th January 2020, aged 93. Widow of Lt Col F. de R. Morgan, MC. Much loved mother, grandmother and great-grandmother. Funeral on Friday 31st January, 2.30 p.m. at St Maclog's, Llandefaelog Fach. Enquiries to A.V. Williams. Tel: 01874 623477/624222.
Onlineref: A238855

**O'CONNELL.—**Maurice William, died peacefully at home in Clevedon on 27th December. His Funeral will take place at 1 p.m. on 31st January at the Immaculate Conception Catholic Church, Clevedon. No flowers please, but donations, if desired, to support the hospital in Foutem, Cameroon, in memory of Maurice. Please make cheques payable to Mariapolis Ltd and send to Focolare, 57 Twyford Avenue, London W3 9PZ.
Onlineref: A238856

**ORD.—**Margery Grace, died on January 13th 2020 in the John Radcliffe Hospital, Oxford, aged 92. Much admired colleague, teacher and friend in the Department of Biochemistry and in Lady Margaret Hall. Funeral Service in the Chapel, Lady Margaret Hall, Oxford on Friday 31st January at 2 p.m. All welcome. No flowers, no donations, but contributions in her memory to the Wildlife Conservation Unit (WildCRU) at Oxford University. All enquiries to CS Boswell, of Summertown. Tel: 01865 553737.
Onlineref: A238856

**PRICE.—**Margaret Ann Price, of Broadham Green, Oxted, passed away peacefully on 31st December 2019. She was much loved and will be sadly by all her family and friends. A Service in celebration of her life, will take place on Friday 24th January 2020 at the Surrey & Sussex Crematorium, Crawley at 3.45 p.m. No flowers, family only. Donations to Air Ambulance Kent Surrey Sussex c/o Abbot Funeral Directors. Tel: 01342 832534.
Onlineref: 578749

**ROBERTS.—**Janet Margaret Roberts (née Sim) aged 83, died peacefully on 15th January 2020. Very much loved wife of John, mother of Simon, Sarah and David, grandmother and friend to many. Requiem Mass to be held at 10 a.m. on Wednesday 29th January at All Saints Church, Chevington, IP29 5QH. Family flowers only please and donations, if desired, to East Anglian Air Ambulance or The SSPCC maybe sent c/o L. Fulcher, 80 Whiting St, Bury St Edmunds, Suffolk, IP31 1NX. Tel: 01284 754049.
Onlineref: 578713

**ROXBURGH.—**Sukey (née Susannah Dom), passed away peacefully at home, on 14th January 2020. Much loved by husband William, daughters Clare and Kay, son William, and six grandchildren. A Funeral Service shall take place on Friday 24th January 2020 at 11 a.m. at Monimail Parish Church, Letham, nr Cupar, Fife KY15 7RJ.
Onlineref: 578699

**STANIFORTH-**On Thursday 9th January, Daphne Staniforth (née Thomas), died peacefully in St Peter's Hospital, Chertsey. In Daphne's true independent and inimitable style, it was her express wish there would be no funeral just a private cremation presided over solely by the vicar, after which her ashes would be interred with her beloved Patrick. Gone, but not forgotten by so many that love and remember her. No donations, but flowers can be sent by 27th January to James and Thomas Funeral Directors, Mill Road, Cobham, Surrey KT11 3AL. Tel: 01932 862 009.
Onlineref: 578573

**TANSLEY.—**Louise, died peacefully on 15th January, aged 68. A much loved wife, mother and grandmother who will be deeply missed by all her family. Funeral to be held at St Peter's Church, Caversham on Thursday 30th January at 11.45 a.m. Private cremation to follow. Donations, if desired, to Sue Ryder.
Onlineref: A238843

**TITTERINGTON.—**David W.M. Titterington. Died peacefully on 26th December, aged 95 years. Loving husband of Rosemary, devoted father of Christine and Mark and much loved Grandpa. Funeral Service to take place at All Saints' Church, Staplehurst, Kent on Monday 27th January at 2 p.m. All enquiries to J. Perigoe & Son. Tel: 01580 713636.
Onlineref: 578613

**WALLACE.—**Ian died peacefully at home on Friday 10th January 2020, aged 90. Beloved husband of Jane and father to Rob and the late William and Charlie. Private family cremation. All welcome to a Service of Thanksgiving at St Mary's Parish Church, Causeway, Horsham, West Sussex on Friday 7th February at 2.30 p.m. No flowers. Donations, if desired, to the RNIB.
Onlineref: 578753

**WARD.—**Susan Elizabeth (née Balfour-Jones). Died peacefully on Sunday January 12th 2020 at her home, aged 79 years. Much loved wife of Nicholas and stepmother of Dominic and Jocelyne. A Service of Thanksgiving for her life will take place on Saturday February 8th at All Saints Church, Rawdon NE NE in at 2 p.m. No flowers, but donations if desired, for the Dogs Trust or All Saints Church, Rawdon will may be given at the service or sent c/o and payable to W C V Littlepoud & Son (Donation A/c), Family Funeral Directors, Cobbs Corner, South Green, Dereham, Norfolk NR19 1PU.
Onlineref: 578696

**WILSON.—**David Herbert died peacefully on 9th January 2020, aged 81. Beloved husband of the late Jennifer, much loved and loving father of Philip and Carolyn, much admired and loving grandfather to Isobel and Toby. Dear companion of Liedeke Laurence, brother to Robert and friend to many. Donations, if desired, to UCHL Charity Trust, Topsham at 2.30 p.m. on 31st January. Family flowers only but donations, if desired, to Salisbury or Exeter Leukaemia Fund, c/o Peter Frank Yurl, Funeral Directors, 16 Victoria Road, Topsham, EX3 0EU.
Onlineref: A238837

**WYNTER.—**Helen Elizabeth died peacefully, on Sunday 12th January aged 84. Much loved great-aunt and aunt, professor of voice and friend to many. Funeral Service at Christ Church, Frame BAH 1ICH on Tuesday 28th January at 11.30 a.m. Donations, if desired, to the National Trust via William Adam Funeral Directors, Frome.
Onlineref: 578750

### Thanksgiving services

**PHILLIPS.—**Sarah (née Palmer-Tomkinson). Service of Thanksgiving will be held at Dummer Church at 12 noon on Tuesday 28th January. No flowers.
Onlineref: A238854

### In memoriam

**BEARFOOT.—**Emma Jane died on 18th January 2009. Always missed forever loved. Ma and Pa.
Onlineref: 578545

**MARGETSON.—**John, forever loved. Your devoted family Elizabeth, Timothy and Edward.
Onlineref: 578596

### In memoriam Sunday

**FUNDELL.—**James Alfred. 20 long years. Remembered with love, Joan.
Onlineref: 577436

---

## Personal

### Text for the day
SING UNTO the LORD, all the earth; shew forth from day to day his salvation. Declare his glory among the heathen; his marvellous works among all nations.
*1 Chronicles 16:23, 24*

### Trustee notices

NOTICE IS HEREBY GIVEN, pursuant to s.27 of the Trustee Act 1925, that the personal representatives of the deceased persons referred to below intend to convey to or distribute among the persons entitled thereto the real or personal property of the deceased person upon receipt of a notice intended to send to the personal representatives, or their solicitors named below, by not later than the date given below, particulars of his claim in respect of the property.

**LAMBERT**, Iris Doreen, late of Eley Drive, Rottingdean, Brighton, East Sussex, BN2 7FG. Died on 28th December 2019. Particulars to Bibi Fortin Lees c/o Adams and Remers, Trinity House, School Hill, Lewes, East Sussex, BN7 2NN, on or before 25th March 2020.

### General personal



**Data Privacy**
When you respond to Telegraph Media Group Limited's competitions, offers or promotions, we may use your information to:
- We will contact you by mail or by telephone by letting you know about any of our special offers, products and services may of interest to you unless you have asked us not to. We will only contact you by email text message, or in the past where you have said you can do so.
- In some cases our special offers, products and services may be provided, on our behalf, by our partners, if you have agreed to be contacted by us, your personal information may be passed to our partners, however, in all such cases we remain a data controller of your personal information.
- When responding to competitions, offers or promotions by post/card, if you do not wish that your contact details to be used by us and you special offers, please make this clear by stating "No Offers".
- We respect your data privacy. You may modify your marketing preferences or get further information by writing to us at: Data Privacy, Telegraph Customer Service Victory House Meeting House Lane Chatham Kent ME4 4TT or by email by data. protection@telegraph.co.uk.

### Legal Notices

**SUMMONS**

**United States District Court for the Southern District of New York**
Judge John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Civil Action No. 1:19-cv-05631-JGK

COMMODITY FUTURES TRADING COMMISSION,
Plaintiff,
v.
Control-Finance Limited and Benjamin Reynolds,
Defendants.

**SUMMONS IN A CIVIL ACTION**

To: Benjamin Reynolds

A lawsuit has been filed against you in the United States District Court for the Southern District of New York. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, NW, Washington, DC 20581, an answer to the Complaint, accessible at the CFTC's website https://www.cftc.gov/PressRoom/PressReleases/7938-19 or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

---

## The Daily Telegraph and The Sunday Telegraph

While we take reasonable steps to check our advertisers are bona fide, readers should carry out their own checks before entering into any contract or arrangement. Conditions for advertising: All advertisements are accepted subject to the publisher's standard conditions of insertion. All advertisements, promotions, announcements, references to insertion or to articles appearing in the respective magazines relate only to copies of the Telegraph distributed in the UK

**The Daily Telegraph and The Sunday Telegraph**
Published by Telegraph Media Group Ltd, 111 Buckingham Palace Road, London SW1W 0DT. Tel: 020 79312000. Registered as a Newspaper at the Post Office © Newspapers Support Recycling: The recycled paper content of UK newspapers in 2018 was 69.2%. Printed at Newsprinters Ltd - Broxbourne, Great Cambridge Road, Waltham Cross, Hertfordshire EN8 8DY / Knowsley, Kitling Road, Prescot, Merseyside L34 9HN / Eurocentral, Byramsmuir Road, Holytown, Motherwell; Independent News and Media, Unit 5 Springhill Road, Carnbane Industrial Estate, Newry, County Down, Northern Ireland BT35 6EF, and KP Services, La Rue Martel, La Rue des Pres Trading Estate, St Saviour, Jersey JE2 7QR- Printed by: Mediterranee Offset Press, France; Bermont Iberica, Spain; Miller Digital Hellas Ltd, Greece; Miller Digital Cyprus Ltd, Cyprus; Miller Newsprint Ltd, Malta; Newsprint Impr. Digibil. Tenerife; Newsprint Italia srl, Italy and Euries Baltic, France, Norway. To obtain permission to copy cuttings from this newspaper contact the NLA on 01892 525273, email copy@nla.co.uk. For all other reproduction, copying and licensing enquiries email syndication@telegraph.co.uk

---

## &{je ttelegrapfj • PUZZLES

### A puzzle a day keeps the mind at play

**Across**
3. _____ brow, sign of concentration (8)
5. Great help (anagram) (9)
6. Very quick (6)

**Down**
1. Alan ___, famous codebreaker (6)
2. Crosswords, sudoku etc (7)
4. Sorcerer; genius (6)

Start a seven-day free trial, then keep puzzling from 69p a week **telegraph.co.uk/onlinepuzzles**

Terms and conditions apply

# Court & Social

## Court Circular

SANDRINGHAM, NORFOLK
*January 24th*
The Queen and The Duke of Edinburgh were represented by Admiral Sir Jock Slater (formerly Chief of the Naval Staff, First Sea Lord and Principal and Naval Aide-de-Camp to The Queen) at the Service of Thanksgiving for the Life of Admiral Sir Desmond Cassidi (formerly Aide-de-Camp to The Queen) which was held at St Bride's Church, London EC4, this morning.

CLARENCE HOUSE
*January 24th*
The Prince of Wales this morning visited the Mosque of Omar, Manger Square, Bethlehem.
His Royal Highness afterwards attended a Church Service to celebrate the role of Christians in the Middle East, at the Church of the Nativity, Manger Square, Bethlehem.
The Prince of Wales subsequently visited the Nativity Grotto and birthplace of Christ in Manger Square.
His Royal Highness today attended a Reception at Casa Nova Pilgrim Guest House, Bethlehem.
The Prince of Wales this afternoon called upon The President of the Palestinian Authority (Mr Mahmoud Abbas) at the Presidential Palace, Bethlehem.
His Royal Highness afterwards visited an olive grove at Al Karmel Convent, Bethlehem.
The Prince of Wales later visited the Church of Mary Magdalene, Mount of Olives, Jerusalem.
His Royal Highness this evening arrived at Royal Air Force Brize Norton from Israel
Mr Clive Alderton, Mr Scott Furssedonn-Wood and Mr Julian Payne were in attendance.

KENSINGTON PALACE
*January 24th*
The Duchess of Cambridge, Joint Patron, the Royal Foundation of The Duke and Duchess of Cambridge, this morning held an Early Years Meeting.

ST JAMES'S PALACE
*January 24th*
The Countess of Wessex this morning arrived at Heathrow Airport, London, from Sierra Leone.
Mr Alexander Stonor and Mrs Laura King were in attendance.

ST JAMES'S PALACE
*January 24th*
The Princess Royal, Patron, the Royal Navy and Royal Marines Charity, this morning opened Drumfork Community Centre, Churchill Square, Helensburgh, and was received by Mrs Jill Young (Vice Lord-Lieutenant of Dunbartonshire).

*For more details about the Royal Family visit the Royal website at www.royal.uk*

## Birthdays

**Today: Sir Paul Girolami**, Chairman, Glaxo Holdings, 1985-94, is 94; **Sir David Nicholas**, Chairman, 1989-91, Editor and Chief Executive, 1977-91, Independent Television News, 90; **Prof Sir Geoffrey Lloyd**, Master of Darwin College, Cambridge, 1989-2000, 87; **Miss Angela Thorne**, actress, 81; **the Rt Rev Dr Anthony Russell**, Bishop of Ely, 2000-10, 77; **Dame Marjorie Scardino**, Chief Executive, Pearson plc, 1997-2012, 73; **Sir Paul Nurse**, President, Royal Society, 2010-15; joint winner Nobel Prize for Physiology or Medicine, 2001, 71; **Mr Tom Paulin**, poet and critic, 71; **Sir Tom Shebbeare**, Chairman, Royal Parks Foundation, 2014-17; Director, The Prince's Charities, 2004-11, 68; **Dr John Landers**, Principal of Hertford College, Oxford, 2005-11, 68; **Dr Sir Mark Walport**, Chief Executive, UK Research and Innovation; Chief Scientific Adviser to the Government, 2013-17, 67; **Dame Hilary Boulding**, President of Trinity College, Oxford, 63; **Miss Emma Freud**, broadcaster, 58; **Mr Alex Partridge**, rower; Olympic silver medallist, men's eight, Beijing 2008, and bronze medallist, London 2012, 39; and **Ms Sophie Hosking**, former rower; Olympic gold medallist, London 2012, 34.

**Tomorrow: Mr A.N. Solomons**, Chairman, Singer and Friedlander, 1976-99, will be 90; **Sir Timothy Clifford**, Director-General, National Galleries of Scotland, 2001-06, 74; **Sir Christopher Hampton**, playwright, 74; **Prof Les Ebdon**, Director of the Office for Fair Access, 2012-18; Vice-Chancellor and Chief Executive of the University of Bedfordshire, 2003-12, 73; **Mrs Geraldine Peacock**, Chairman, The Charity Commission, 2004-06, 72; **Mr Anthony Noel**, garden designer, 70; **Mr Kim Hughes**, former Australia cricket captain, 66; **Mr Gary Crosby**, jazz double bassist and composer, 65; **Mr José Mourinho**, football coach and manager, 57; **Mr Andrew Ridgeley**, musician, 57; **Mr Justice Knowles 51**; and **Major Heather Stanning**, former rower; double Olympic gold medallist, Rio 2016 and London 2012, 35.

Today is the anniversary of the birth of Robert Burns in 1759, and of William Somerset Maugham, author and playwright, in 1874.

Tomorrow will be the anniversary of the death of Maj Gen Charles Gordon in Khartoum in 1885. It is also the proclamation of the Republic of India in 1950.

## Forthcoming marriages

**Mr W. Ormerod and Miss E. Harris**
The engagement is announced between William, eldest son of Lt Col and Mrs Jonathan Ormerod, of Milton on Stour, Dorset, and Emily, daughter of Mr and Mrs Andrew Harris, of Marnhull, Dorset.
*Onlineref: 578939*

**Mr A.R. Hughes and Miss J.E. Harkness**
The engagement is announced between Alexander Rhodri, son of Dr John Hughes, CBE, and Mrs Lynne Hughes, of Alhampton, Somerset, and Joanna Elizabeth, daughter of Bill and Tessa Harkness, of Wimbledon, London.
*Onlineref: 578925*

**Mr E.J.B. Russell and Miss E.M. Mactaggart**
The engagement is announced between Edward, eldest son of Aid and Mrs William Russell, of the Mansion House, London, and Thriplow, Cambridgeshire, and Emma, younger daughter of Mr and Mrs Alexander Mactaggart, of Abaco, The Bahamas, and Kemble, Gloucestershire.
*Onlineref: 578845*

**Mr H.J. Hodges and Miss V.A.B. Gunning**
The engagement is announced between Harry, elder son of Mr and Mrs Jeremy Hodges, of Chelmsford, Essex, and Victoria, youngest daughter of Mr and Mrs Alastair Gunning, of North Huish, Devon.
*Onlineref: 578929*

## Other notice

**FRUITERERS' COMPANY**
The St Paul's Day Livery Service of the Fruiterers' Company was held yesterday at St Mary Abchurch, EC4. The sermon was delivered by the Very Rev Dr David Ison, Dean of St Paul's. Afterwards, the retiring Master, Ms C.D. Roux, presided at the St Paul's Day Court Luncheon held at Innholders' Hall. Earlier in the day, Mr D.H.S. Simmons was elected as Master for the ensuing year, Mr G.E. Smith as Upper Warden and Mr P. J. McDermott as Renter Warden.

## Diplomatic news

**Mr Guy Warrington** has been appointed Ambassador to Mali in succession to Ms Cat Evans, and will take up his appointment in February 2020.

## Dinners

**The Royal Scots Club, Edinburgh**
Prof Gerard Carruthers proposed the toast to the Immortal Memory at a Burns Supper held last night at The Royal Scots Club, Edinburgh. Sqn Ldr Graeme Lyall delivered the Selkirk Grace, Brig Alistair Macmillan addressed The Haggis, Mr Roddy Martine proposed the toast to The Lassies and Mrs Shenna MacDonald responded on behalf of The Lassies. Cdr Jim Smith recited *Tam o'Shanter*. Col Clinton Hicks was in the chair.

**The Caledonian Club**
Mr Ken Young, Club Chairman, presided at the annual Burns Supper held at The Caledonian Club last night. "The Immortal Memory of Robert Burns" was proposed by Prof Heather McGregor and the toast "The Lassies" was given by Mr Fraser Lyle, to which Ms Iris Ronayne responded. Mr Andrew Smith, Mr Struan Fairweather and Mr James Higgins gave the "Address to a Haggis", and Mrs Hilary Reid Evans gave a recitation. Club Piper Mr Calum Galleitch was present and Mr James Fairbairn was Master of Ceremonies.

**National Liberal Club**
A dinner to celebrate Burns Night was held last night at the National Liberal Club. Aid Tim McNally, Club Vice Chairman, presided, Mr Robin Williamson proposed the toast to The Immortal Memory and Mr Michael Broadway addressed the Haggis. The Rev Aidan Harker, Prof James Drife, Ms Jane McIntosh, Mr Harry Nicoll, Mr Oliver Kehoe and Mr Andrew Watt also spoke.

## Bridge news

The Welsh Bridge Union, which is hosting the Junior Home International Events in Newport, Gwent, in mid-February, writes **Julian Pottage, Bridge Correspondent**, has announced one team to play in the Junior Camrose (players under 25 at the start of the year), and two teams to play in the Peggy Bayer (players under 25 at the start of the year). These teams are as follows:
**Junior Camrose:** Melanie Thomas & Soozy Nesom, Stephen Loat & Sarah Greener, David Williams & Ivan Williams, and non-playing captain Gilly Clench.
**Peggy Bayer:** Wales: Laurents Marker & Alua Serikbayeva, Steph Dux & Joseph Bentley, and NPC Adrian Thomas.
WBU: Flora Oliver & Sophie Akers, Ash Pahnun & Sian Miller, and NPC Mike Deschepper.

ONE HUNDRED YEARS AGO

**The Daily Telegraph**
LONDON, JANUARY 1920

### AMERICAN PRESIDENCY.
### MR. HOOVER'S "BOOM."
### HEARST'S LATEST CANARD.

FROM OUR OWN CORRESPONDENT. NEW YORK, SUNDAY.
Mr. Hearst's newspapers have organised a campaign to defeat Mr. Hoover's boom for the Presidency on the grounds that Mr. Hoover's backing comes from three quarters only, "Wall Street, Great Britain, and the White House." As to Great Britain I need not tell you that Mr. Hearst's allegation is preposterous, but the type of reader to whom he appeals is ready to believe anything and everything if there is a chance of injuring Anglo-American friendship. Mr. Hearst, in an editorial, explains that Americans do not dislike the British, but we do dislike, he says, British "Imperialism" and the British aristocratic caste, who find jobs as the tools of British Imperialism.

**According to Mr. Hearst's story, which is submitted to some millions of readers through his chain of newspapers, the boom for Mr. Hoover was launched at a most exclusive luncheon given by Colonel House, friend and confidant of President Wilson. "At the luncheon given by Colonel House there were representatives of the various interests supporting Mr. Hoover, and anxious to secure his election as President. They included Ralph Pulitzer and Frank Cobb, respectively owner and editor of the New York World, Cleveland H. Dodge, the THI Street nancier, Cyrus Curtis, the Philadelphia publisher, and Viscount Grey, the British Ambassador to the United States."**

"It is rather unusual," says Mr. Hearst's New York American, "to have the British Ambassador present at an occasion at which a boom for American President is launched, but Mr. Hoover is understood to be the candidate of the Democratic administration pledged to perpetuate the Wilson policies, and naturally the British Ambassador is anxious to see the policies continued which have been so advantageous to England."

### A SOCIAL LUNCHEON.

I need not tell you that the luncheon in question was purely a social affair such as takes place in New York almost daily, and had not the remotest connection with politics. In ordinary circumstances one might dismiss the story and the innuendo with the contempt it deserves, but as an illustration of the depths to which party politicians will descend when a Presidential election is at hand the story has a special value which will appeal to all students of Anglo-American relations.

**According to the New York American, "the participation of Lord Grey in the meeting at which the boom for Hoover was launched created a sensation in the Senate." I see no confirmation whatever for this statement, because the legislators at Washington are perfectly well acquainted with Hearst journalism, and do not attach the slightest value to a story designed only to tickle the palates of Anglophobes.**

Mr. Pulitzer, one of those present at the luncheon given by Colonel House, says the story is a "pure fake." He adds: "The luncheon was merely a social affair... and there was no discussion whatever of Presidential candidates."

## Church services tomorrow

Third Sunday of Epiphany

ST PAUL'S CATHEDRAL: 8 HC; 10.15 Mattins, Canon Dr Paula Gooder; 11.30 Sung Eucharist, Dr Nick Shepherd; 3.15 Evensong with the admission of a Chorister, Rev Anna Stuttard; 6 Eucharist.
WESTMINSTER ABBEY: 8 HC; 10 Mattins; 11.15 Sung Eucharist, Rev Jennifer Petersen; 3 Evensong, Rev Dr James Hawkey; 5.45 Organ Recital, Hans-Peter Retzmann; 6.30 Evening Service, Rev Christopher Stoltz.
SOUTHWARK CATHEDRAL: 9 Eucharist and 11 Choral Eucharist, Very Rev John Witcombe; 3 Choral Evensong, Sub Dean; 6 Compline and Eucharistic Devotions.
ALL HALLOWS BY THE TOWER: 11 Sung Eucharist, Rev Katherine Hedderly.
ALL SAINTS, Margaret St: Bands 5.15 Low Masses; 10.20 Morning Prayer; 11 High Mass, Fat her Michael Bowie; 6 Evensong and Benediction, Father Julian Browning.
ALL SOULS, Langham Pl: 8 HC; 9.30 and 11.30 Morning Service, Rev Hugh Palmer; 5.30 Evening Service, Graham Daniels.
GROSVENOR CHAPEL, South Audley St: 11 Sung Eucharist, Rev Dr Alan Piggot.
HTB Brompton Rd: Informal Services: 9.30 and 11.30 Nicky Gumbel; 5 Rev Martyn Layzell; 7 Rev Dave Matt hews.
HTB Onslow Square: Informal Services: 10.30 and 4.30 Rev Pete Wynter; 6.30 Rev Stephen Foster.
HOLY TRINITY, Sloane Square: 8.30 HC; 11 Sung Eucharist, Canon Nicholas Wheeler; 6 Choral Evensong and Benediction.
ST BRIDE'S, Fleet St: 11 Choral Eucharist, Rector; 5.30 Choral Evensong, Sermon in Music.
ST CLEMENT DANES, Strand: 11 Morning Prayer and Berlin Airlift Association Flag Lay up, Rev David Osborn.
ST GEORGE'S, Windsor: 8.30 HC; 10.45 Mattins, Canon Hueston Finlay; 12 Sung Eucharist; 5.15 Evensong.
ST GILES-IN-THE-FIELDS: 11 Sung Eucharist, Preb Neil Evans; 6.30 Evensong, Simon Buckley.
ST JAMES GARLICKHYTHE, Garlick Hill: 10.30 Choral Eucharist, Rev Tim Handley.
ST JAMES'S, Piccadilly: 9.15 Eucharist; 11 Parish Eucharist, Rev Lucy Winkett.
ST JAMES'S, Sussex Gardens: 10.30 High Mass and Sunday School; 6 "Meditatio" - Exposition of the Blessed Sacrament with Meditative Chant, Prayer and Silence.
ST MARGARET'S, Westminster: 11 Sung Eucharist, Rev Ralph Godsall.
ST MARTIN-IN-THE-FIELDS: 10 Parish Eucharist, Rev Richard Carter; 1.30 Service in Mandarin and Cantonese; 5 Choral Evensong, Rev Catherine Duce.
ST MARYLEBONE, Marylebone Rd: 8.30 HC, Rev Stephen Evans; 11 Choral Eucharist, Rev Stephen Evans.
ST PAUL'S, Covent Gdn: 11 Sung Eucharist.
ST PAUL'S, Knightsbridge: 8 HC; 9 Family Mass and 11 Solemn High Mass, Rev Alan Gyle.
TEMPLE CHURCH, Fleet St: 8.30 HC; 11.15 Choral Communion, The Master.
QUEEN'S CHAPEL, Savoy Hill: 11 Mattins, Canon Thomas Woodhouse.
CHAPEL ROYAL, Hampton Court Palace: 8.30 HC; 11 Choral Mattins, Chaplain; 3.30 Choral Evensong.
CHAPEL ROYAL, St James's Palace: 8.30 HC; 11.15 Choral Holy Communion, Canon Kevan McCormack.
CHAPEL ROYAL of St Peter ad Vincula, Tower of London: 9.15 and 11 HC, Canon Roger Hall.
GUARDS CHAPEL, Wellington Barracks: 11 Mattins, Band of the Honourable Artillery Company, Chaplain; 12 HC (said).
OLD ROYAL NAVAL COLLEGE CHAPEL, Greenwich: 11 Choral Eucharist, Rev James Francis.
GRAY'S INN CHAPEL: 11.15 Mattins, Rt Rev Michael Doe.
CROWN COURT (C-o-S), Covent Gdn: 11.15 Morning Service and 6.30 Evening Service, Rev Philip Majcher.
ST COLUMBA'S (C-o-S), Pont St: 11 HC, Rev Angus MacLeod.
WESTMINSTER CATHEDRAL: Masses: 8,9,12,5.30,7; 10 Morning Prayer; 10.30 Solemn Mass; 3.30 Solemn Vespers and Benediction.
THE ORATORY, Brompton Rd: Masses: 8, 9,10,11,12.30,4.30,7; 3.30 Sung Vespers and Benediction.
GREEK ORTHODOX CATHEDRAL, Moscow Rd: 9.30 Mattins and Divine Liturgy.
SALVATION ARMY, Oxford St: 11 Worship Meeting; 3 Worship Meeting, Major David Jackson.
WESLEY'S CHAPEL, City Rd: 9.45 HC; 11 Morning Service; 7 Reflective Service.
WESTMINSTER CHAPEL, Buckingham Gate: 11 Morning Service.
WESTMINSTER METHODIST CENTRAL HALL: 11 Morning Worship, Deacon Ali McMillan; 6 Evening Worship, Rev Gordon Newton.
ARMAGH: 10 HC; 11 Sung Eucharist, Precentor; 3.15 Choral Evensong.
BIRMINGHAM: 9 HC; 11 Choral Eucharist with Healing; 3.30 Choral Evensong.
BLACKBURN: 8 HC; 9 Parish Communion; 10.30 Cathedral Eucharist; 4 Evensong.
BRADFORD: 8 HC, Dean; 10.15 Eucharist, Canon Prof Mary Shackley; 4 Choral Evensong for Holocaust Memorial Day, Lilian Black.
BRISTOL: 7.40 Morning Prayer; 8 HC, Canon Nicola Stanley; 10 Eucharist, Rev Neill Archer; 3.30 Evensong, Canon Martin Johnson, Acting Dean.
CAMBRIDGE, St John's College Chapel: 10.30 Sung Eucharist, Dean; 6 Organ Recital, Philip Scriven; 6.30 Evensong with Address, Prof Richard Gilbertson.
CANTERBURY: 8 HC; 9.30 Morning Prayer (said); 11 Sung Eucharist, Canon Neville Emslie; 3.15 Evensong; 6.30 Sermon and Compline, Librarian.
CARLISLE: 10.30 Sung Eucharist, Rev Nick Mark; 3 Choral Evensong.
CHELMSFORD: 8 HC, Canon Alison Kennedy; 9.30 Parish Eucharist, Canon Imogen Nay; 11.15 Choral Eucharist, Canon Imogen Nay; 3.30 Evensong with Installation of Canons, Bishop.
CHESTER: 8 HC; 10 Cathedral Eucharist, Canon Jane Brooke; 11.30 Choral Mattins; 3.30 Choral Evensong; 6.30 Sung Compline.
CHICHESTER: 8 HC; 10 Mattins, Canon Bruce Ruddock; 11 Sung Eucharist, Rev Lindsay Yates; 3.30 Evensong.
COVENTRY: 8 HC; 10.30 Cathedral Eucharist, Precentor; 4 Choral Evensong, Rev Kathryn Fleming.
DERBY: 8 HC; 9.15 Sung Eucharist, Canon Geraldine Pond; 10.45 Cathedral Eucharist, Canon Geraldine Pond; 6 Evensong, Rev James Durrant.
DURHAM: 8 HC; 10 Mattins, Canon Charlie Allen; 11.15 Sung Eucharist and Baptism, Canon Michael Everitt; 3.30 Colleges' Evensong.
ELY: 8.15 HC; 10.30 Sung Eucharist, Canon Jessica Martin; 4 Evensong, Mr John Mars hall.
EXETER: 8 HC; 9.15 Morning Prayer; 10 Choral Eucharist; 4 Choral Evensong; 7 Sundays@7.
GLASGOW, ST MUNGO'S (C-o-S): 11 Morning Service; 4 Choral Evensong.
GLOUCESTER: 7.40 Morning Prayer; 8 HC; 10.15 Eucharist, Very Rev Stephen Lake; 3 Evensong, Canon Andrew Braddock.
GUILDFORD: 8 HC; 9.45 Cathedral Eucharist, Rev Duncan Myers; 11.30 Mattins; 3 Christingle Service; 6 Evensong with the Installation of Honorary Canons, Rt Rev Andrew Watson.
HEREFORD: 8 HC; 10 Cathedral Eucharist, Chaplain; 11.30 Morning Prayer; 3.30 Evensong, Preb Jill Groves.
INVERNESS: 8.15 Holy Eucharist; 9.15 Holy Eucharist, Rev Dr I. Macritchie; 11 Choral Eucharist, Very Rev S. Murray; 5.30 Choral Evensong.
LICHFIELD: 7.40 Morning Prayer; 8 HC; 10.30 Choral Eucharist with Children's Church; 3 Choral Evensong and Homily; Holocaust Memorial Day Service.
LINCOLN: 7.45 Litany; 8 HC; 9.30 Sung Eucharist, Rev Jayson Rhodes; 11.15 Mattins, attended by the Freeman of the City; 12.30 HC; 3.45 Choristership Celebration Evensong.
LIVERPOOL METROPOLITAN CATHEDRAL: 8.30 Morning Mass; 10 Family Mass; 11 Solemn Choral Mass; 1 Polish Community Mass; 3 Choral Evening Prayer; 7 Evening Mass.
LLANDAFF: 7.30 Mattins (said); 8 Holy Eucharist, Precentor; 9 Parish Eucharist, Precentor; 11 Choral Eucharist, Precentor; 12.30 Holy Eucharist; 3.30 Choral Evensong.
MANCHESTER: 8.45 Mattins; 9 HC; 10.30 Sung Eucharist, Rev Steven Hilton; 4.30 Evening Prayer; 5.30 A Special Service to Commemorate the 75th Anniversary of the Liberation of Auschwitz-Birkenau, Dean.
NEWCASTLE: 8 HC; 8.30 Morning Prayer; 10 Sung Eucharist, Canon Jean Skinner; 4 Choral Evensong.
NORWICH: 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Dean; 3.30 Evensong, Canon Peter Doll; 6.30 Britten: A Ceremony of Carols.
OXFORD: 8 HC; 8.45 College Communion, Rev Antony Buckley; 9.45 Choral Mattins, Sub Dean; 11 Choral Eucharist, Precentor; 6 Choral Evensong, Dean.
PETERBOROUGH: 8 HC; 9.15 Mattins; 10.30 Cathedral Eucharist, Precentor; 3.30 Evensong.
PORTSMOUTH: 8 HC; 10.30 Eucharist, Canon Nick Ralph; 6 Choral Evensong, Kitty Price; 8 Taizé Style Night Prayer.
RIPON: 8 Eucharist, Canon Ailsa Newby; 9.30 Morning Prayer; 10.30 Sung Eucharist, Canon Barry Pyke; 12.30 Eucharist; 3.30 Evensong; 4.30 Messy Cathedral.
ROCHESTER: 8 HC; 9.45 Choral Mattins; 10.30 Cathedral Eucharist, Canon Chris Dench; 3.15 Choral Evensong.
ST ALBAN: 8 Eucharist; 9.30 Parish Eucharist, Margaret Stratton; 11.15 Choral Eucharist, Bishop; 6.30 Evensong, Chancellor.
ST ASAPH: 8 Holy Eucharist; 9.30 Parish Eucharist; 11 Cathedral Eucharist, Canon Michael Balkwill; 3.30 Choral Evensong.
ST DAVIDS: 8 HC; 9.30 Family Service, Sophie Whitmarsh; 11.15 Choral Eucharist, Canon Marianne Osborne; 4 Choral Evensong, Sub Dean.
ST EDMUNDSBURY and IPSWICH: 8 HC; 10 Sung Eucharist, Rev Sarah Geileskey; 11.30 Choral Mattins; 3.30 Evensong with Suffolk County Council.
SALISBURY: 8 HC; 9.15 Choral Mattins; 10.30 Eucharist, Chancellor; 4.30 Choral Evensong, Dean.
SHEFFIELD: 8 HC; 9.30 Morning Prayer; 10.30 Cathedral Eucharist, Rev Helena Roulston; 4 Choral Evensong, Mike Collyer.
SOUTHWELL: 7.30 Morning Prayer and Litany; 8 HC, Precentor; 9.30 Family Eucharist, Rev Erika Kirk; 11.15 Sung Eucharist, Rev Erika Kirk; 3.30 Evensong.
TRURO: 7.30 Morning Prayer; 8 HC; 10 Sung Eucharist, Precentor; 4 Evensong, Canon Lynda Barley.
WAKEFIELD: 8 HC; 9.15 and 11 Sung Eucharist, Simon Beresford; 3.30 Choral Evensong.
WELLS: 8 HC; 9.45 Cathedral Eucharist, Precentor; 11.30 Mattins; 3 Evensong, Chancellor.
WINCHESTER: 8 HC; 9.45 Mattins, Canon Nick Fennemore; 11 Sung Eucharist, Canon Roland Riem; 3.30 Evensong, Dean; 6 Taizé Service.
WORCESTER: 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Canon Dr Michael Brierley; 4 and 6.30 Evensong, Canon Dr Stephen Edwards.
YORK: 8 HC; 10 Sung Eucharist, Sammi Tooze; 11.30 Mattins, Chancellor; 4 Evensong, Rev Stephen Griffith.

# Announcements

Telephone: 0800 072 32 32 or 01622 335087 Fax: 020 79313370
**Email:** announcements.ads@telegraph.co.uk **Book online:** announcements.telegraph.co.uk

## Births

ALLEN.—On 17th January 2020, at Southend University Hospital, at 1.25 p.m., to Lauren and Christopher, a son, Harry Christopher William, weighing 7lbs 15oz.
*Onlineref: 578984*

HENDERSON.—On January 16th, to Cecily (née Breese) and Alexander, a son, Claude Ernest Breese Hope, a brother for Laurie.
*Onlineref: 578922*

MAWSON.—On January 17th 2020, to Frances (née Midwood) and Guy, a daughter, Matilda Jane, a sister to Benji.
*Onlineref: 579005*

STEWART-BROWN.—On 10th January 2020, to Margaret Powell-Chandler and Henry, a son, Christopher Richard.
*Onlineref: A238888*

## Deaths

BROWN.—Joan Mary (née Hartley), peacefully after a short illness, on 21st January 2020. Much loved mother to Peter, Graham and Caroline. Funeral at St Nicholas Church, London Road, Arundel, West Sussex BN18 9AT on Friday 14th February at 2 p.m. No flowers. Donations to the church at the above address.
*Onlineref: 578948*

COLLINS.—Rev John Gilbert, passed away peacefully on 10th January aged 87 years, at Kings Lodge Nursing Home. Beloved husband of the late Gay and much loved father and grandfather. Funeral service to be held on Wednesday 5th February at Chichester Crematorium at 5 p.m. Donations, in lieu of flowers, made payable to The Children's Society may be sent c/o Co-operative Funeralcare, Kingsham Avenue, Chichester PO19 8AW.
*Onlineref: 578790*

DE RIVAZ.—Derek died at home on 16th January, aged 99. Beloved husband of the late Rosalind, and dearly loved father, grandfather and great-grandfather. Funeral on Monday 17th February at 11.30 a.m. at St Mary's, North Mymms AL9 7TN.
*Onlineref: A239029*

DUNWORTH.—On January 8th 2020, Dorothy Joyce, of Bridgnorth, Shropshire, formerly of Blisland, Cornwall, aged 89. Widow of Lt-Cdr Geoffrey ('Loopy') Dunworth, DSC, RN (Rtd). Mother of Claire and the late Iain, Grandy to Sabrina, Imogen and Jory. Funeral at Emstrey Crematorium, Shrewsbury on Friday January 31st at 4.15 p.m. Donations for 'The Royal British Legion Poppy Appeal'. Enquiries to Perry and Phillips F/D. Tel: 01746 765255.
*Onlineref: 578721*

ECCLES.—Glenys (Glen), beloved mother of Sarah and Karen and grandmother of Grace and Kate, died peacefully on 15th January, aged 91. Memorial Service at All Saints, Buckland HP22 5HX, on 3rd February at 12 noon.
*Onlineref: 578951*

GAIR.—Peter Albert. On 5th January 2020 at Bedford Hospital after a short illness, aged 88 years. Alumnus of Bedford School, Jesus College, Oxford and solicitor of many years with Benning, Hoare & Drew (now Knowles Benning LLP). An independent gentleman and professional, sadly missed by cousins and friends. Funeral Service to take place at Bedford Crematorium, 104 Norse Rd, Bedford, MK41 0RL, on Monday 10th February 2020 at 12.15 p.m. Friends, clients, colleagues welcome. Any enquiries to A.L. & G Abbott Funeral Directors, 150 Bedford Road, Kempston, Beds MK42 8BH. Tel: (01234) 843222.
*Onlineref: A239031*

GRAYSON.—Peacefully on 17th January, Robert Gordon, aged 95 years, formerly of Totley, Sheffield. Beloved husband of the late Eleanor and a much loved father, grandfather and great-grandfather. Private cremation, followed by a Thanksgiving Service at All Saints' Church, Totley, Sheffield on Monday 10th February at 12 noon. Enquiries to Jason Heath, John Heath & Sons. Tel: (0114) 272 2222.
*Onlineref: 578853*

GRINSTED.—Richard Martin Grinsted. Beloved husband, stepfather and grandfather, 30th December 1942 - 14th January 2020. Enquiries c/o Chelmsford Star Co-op Funeral Services. Tel: 01245 268993.
*Onlineref: 578844*

HANLON.—Dr James Patrick (Pat), formerly of the University of Birmingham, died suddenly on 11th January. Much loved husband of Janet, father of Helen and grandfather of Annabelle. Requiem Mass in St Chad's Cathedral, Birmingham at 12 noon on Friday 7th February, followed by a reception in the Cathedral's Grimshaw Room. Interment Service in Longstone Cemetery Chapel, Carbis Bay, Cornwall at 12 noon on Monday 10th February, followed by a reception at West Cornwall Golf Club. No flowers please. If desired, donations for Cancer Research UK to Darren Faragher, Funeral Directors, 10 Beeches Walk, Sutton Coldfield B73 6HN. Tel: 0121 355 2929.
*Onlineref: A239022*

HOAD.—Olive (née Coe) of All Stretton, Shropshire, passed away on 21st January 2020, aged 99 years. Beloved wife of the late Air Vice Marshal Norman Hoad.
*Onlineref: 578997*

JONES.—Christine Mary died peacefully at Bridgedale House, Sheffield on 18th January 2020, aged 100 years. Beloved wife of the late Rev G.P. Jones, much loved mother of Elizabeth (and Frank), Richard (and Siham) and the late Hugh. Special grandmother to Lynne, Mark, Jeremy, Oliver and the late Jason and great grandmother to Christopher and Nicholas. Private cremation. Thanksgiving service at Little Marcle Church at a date to be arranged in the spring. Enquiries to Jason Heath, John Heath & Sons. Tel: 0114 272 2222.
*Onlineref: 578914*

KILLICK.—Helen Frances. Peacefully on 18th January 2020 at Dunkirk Memorial House, aged 96 years. Dearly loved by her children, grandchildren and great-grandchildren. Funeral Service to take place on Monday 10th February at Taunton Crematorium at 12.30 p.m. Family flowers only please, but donations, if desired, are in aid of The Royal British Legion and can be left at the retiring collection after the service. All enquiries to Thomas Brothers Funeral Directors, 95 Galmington Road, Taunton TA1 5NP. Tel: 01823 352916.
*Onlineref: 578993*

MEDDINS.—Ada (Yade), died peacefully on 9th January, aged 90. Much loved aunt of the Ward and Bedell families. Private cremation, followed by a Thanksgiving Service at St George's Church, Pontesbury on Saturday 8th February, 1 p.m.
*Onlineref: A238830*

PATTERSON.—Brenda May. Born 1928. Died peacefully Sunday 12th January 2020. Funeral at Harbour View, Randalls Hill, Lytchett Minster, Dorset on Friday 7th February at 11 a.m. See website for In Memoriam Donations to Nerve Tumours UK.
*Online ref: A239030*

PEEL.—June. Widow of Stanley Peel. Passed away peacefully on 18th January 2020, aged 92 years, at Hill House, Malmesbury. Family flowers only. Funeral details c/o Matthews Funeral Directors, Malmesbury. Tel: 01666 822216.
*Onlineref: 578858*

RUSSELL.—Joan Millicent, passed away peacefully at home on 13th January 2020, aged 96. Quiet family cremation on 6th February, in Worcester. Memorial Service at All Saints Church, Laughton BN8 6AH, 12 noon on Friday 29th May. All friends respectfully invited. Flowers welcome, or if preferred, donations for Dementia UK may be sent to Co-operative Funeral Care, 17 Lowesmoor, Worcester WR1 2RS.
*Online ref: A239000*

STRAWSON.—Christopher Robert (Chris) Squadron Leader (Retired), died suddenly on 15th January 2020, aged 86. Much loved husband to Vivienne, wonderful father to Penny and John, and adored Grandad to Zoe, Eleanor and William. Funeral on Thursday 6th February, 1.30 p.m. at IW Crematorium. Family flowers only please; donations, if desired, to the Mountbatten Hospice IOW https://www mountbatten.org.uk 'Our hearts are full of gratitude as well as grief.'
*Onlineref: A239019*

WELLAND.—Dido. Peacefully on 9th January 2020, aged 87. Greatly loved by all. Service of Thanksgiving will take place at Yeovil Crematorium on 10th February at 2 p.m. Family flowers only. Donations, if desired, are for the Alzheimer's Society c/o Brister & Son Funeral Directors, 100 Lenthay Road, Sherborne DT9 6AG. Tel: 01935 812647.
*Onlineref: 578986*

WHITNEY.—Richard Lee, died peacefully on Thursday 16th January 2020. Richard, aged 90 years, of St Austell and formerly of Norway, Libya and USA. Beloved husband, father and grandfather. A funeral Service will take place on Wednesday 5th February at 11.30 a.m. in Truro Cathedral, Cornwall, followed by a private interment at Campdowns Cemetery, St Austell. Family flowers only. Donations, if desired, to benefit Truro Cathedral c/o www.memory giving.com Enquiries to L.J. Tregunna FD. Tel: 01872 273568.
*Onlineref: A239021*

WILSON.—David Alexander Shaw. Died peacefully on 15th January 2020 after a short illness, aged 87 years. Adored husband of Mickey, much loved father and Grandad. Private family cremation. Thanksgiving Service at Eckington Church on 7th February 2020. Enquiries to E Hill & Son. Tel: 01386 552141.
*Onlineref: 578995*

WOODLAND.—Catherine Diana (Kate). Suddenly on 14th January, aged 59 years. A dearly loved wife, mother, sister and friend to many. Funeral Service will take place at Yeovil Crematorium on Monday 10th February at 2 p.m. Bright attire especially welcome. No flowers please, but donations, if desired, are for the Alzheimer's Society c/o Brister & Son Funeral Directors, 100 Lenthay Road, Sherborne DT9 6AG. Tel: 01935 812647.
*Onlineref: 578987*

## Thanksgiving services

ROSS.-Lt Col Sir Malcolm GCVO, OBE, GCstJ. A Thanksgiving Service will be held in St George's Chapel, Windsor Castle at 11 a.m. on Monday 9th March. To apply for tickets please email windsor@netherhall.com
*Onlineref: 578902*

## Inmemoriam

ASLETT.—Edward. Lovingly remembered - Viv, John, and family.
*Onlineref: 578732*

## In memoriam Sunday

JOWETT.—R.J. died on 3rd July 2010. Thinking of you on what would have been your 70th birthday. Anne.
*Onlineref: A238911*

TOSELAND.—Dr Olga Rosemary (née Harbron). 90 tomorrow. So missed by all. I miss you mum always. Diana.
*Onlineref: 578826*

## PERSONAL

### Text for the day

THE GOD who made the world and everything in it is the Lord of heaven and earth and does not live in temples built by human hands. And he is not served by human hands, as if he needed anything. Rather, he himself gives everyone life and breath and everything else.
*Acts 17:24-25*

### Birthdays

MYRA GRAVETT - Happy 70th Birthday for tomorrow to an amazing wife, mum and nan. Lots of love, Colin, Alexandra, Alisa, Harry and families xx
*Onlineref: 578931*

### Legal Notices

SUMMONS

United States District Court for the Southern District of New York
Judge John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Civil Action No. 1:19-cv-05631-JGK

COMMODITY FUTURES TRADING COMMISSION,
Plaintiff,
v.
Control-Finance Limited and Benjamin Reynolds,

Defendants.

SUMMONS IN A CIVIL ACTION

To: Benjamin Reynolds
A lawsuit has been filed against you in the United States District Court for the Southern District of New York. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, NW, Washington, DC 20581, an answer to the Complaint, accessible at the CFTC's website https://www.cftc.gov/PressRoom/PressReleases/7938-19 or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

### Charities

THE BOOK OF COMMON PRAYER
A Christian treasure. Make sure it never falls from use. Join the Prayer Book Society, www.pbs.org.uk 01380 870384.
*Onlineref: 525278*

### General personal

### General personal

SEEKING VALERIE ANNE EVANS
She was my friend/bridesmaid. We read French at Reading University 1965-9. From Orpington and later Pevensey Bay. Father was Peter, a pilot/wing commander. Sister Lindsay, brother Max. Contact ejstafford@gmail.com
*Onlineref: A238999*

## Data Privacy

When you respond to Telegraph Media Group Limited's competitions, offers or promotions, we may use your information for marketing purposes.
- We will contact you by mail or telephone to let you know about any of our special offers, products and services which may be of interest to you unless you have asked us not to. We will only contact you by email, text message, or similar electronic means with your permission. We will only pass your name on to third parties if you have consented for us to do so.
- In some cases our special offers, products and services may be provided, on our behalf, by our partners. If you have agreed to be contacted by us, your personal information may be passed to our partners, however, in all such cases we remain a data controller of your personal information.
- When responding to competitions, offers or promotions by postcard, if you do not wish for your details to be used by us to send you special offers, please make this clear by stating "No Offers".
- We respect your data privacy. You may modify your preferences or get further information by writing to us at Data Privacy, Telegraph Customer Service Victory House Meeting House Lane Chatham Kent ME4 4TT or by email to data.protection@telegraph.co.uk.

**The Daily Telegraph and The Sunday Telegraph**

**While we take reasonable steps to check our advertisers are bona fide, readers should carry out their own checks before entering into any contract or arrangement. Conditions for advertising: All advertisements are accepted subject to the publisher's standard conditions of insertion. All advertisements, promotions, announcements, references to insertion or to articles appearing in the respective magazines relate only to copies of the Telegraph distributed in the UK**

**The Daily Telegraph and The Sunday Telegraph**
Published by Telegraph Media Group Ltd, 111 Buckingham Palace Road, London SW1W 0DT. Tel: 020 7931 2000. Registered as a Newspaper at the Post Office. © Newspapers Support Recycling: The recycled paper content of UK newspapers in 2018 was 69.2%. Printed at Newsprinters Ltd - Broxbourne, Great Cambridge Road, Waltham Cross, Hertfordshire EN8 8DY / Knowsley, Kitting Road, Prescot, Merseyside L34 9HN / Eurocentral, Byramsmuir Road, Holytown, Motherwell; Independent News and Media, Unit 5 Springhill Road, Carnbane Industrial Estate, Newry, County Down, Northern Ireland BT35 6EP, and KP Services, La Rue Martel, La Rue des Pres Trading Estate, St Saviour, Jersey JE2 7QR. Printed by: Mediterranee Offset Press, France; Bermont, Spain; Milkro Digital Hellas Ltd, Greece; Milkro Digital Cyprus Ltd, Cyprus; Miller Newsprint Ltd, Malta; Newsprint ImprDigital, Tenerife; Newsprint Italia srl, Italy and Eucles Daily, France. "To obtain permission to copy cuttings from this newspaper contact the NLA on 01892 525273, email copy@nla.co.uk. For all other reproduction, copying and licensing inquiries email syndication@telegraph.co.uk

The Telegraph SHOP
READER OFFER

Save £20

## Unisex all-weather boots

Was £39.99 Now only £19.99

- Be prepared whatever the weather with these wonderfully cosy waterproof boots. Featuring slip resistant soles with a zip front, touch fasten strap and fully lined fleece inner, you'll be ready to go come rain or snow.
- Comfortable enough to wear all day long, these boots are available in three versatile colours: brown, ruby and black.
- Available in unisex sizes 3,4,5, 6,7,8,9, 10,11 and 12.
- P&P charged at £3.95 per order.

Available in:

| | |
|---|---|
| S120BR | Brown faux leather |
| S120FB | Black faux leather |
| S120RY | Ruby faux suede |

0844 249 8096 and quote 98855
shop.telegraph.co.uk/98855

SAME-DAY DISPATCH
Order before 3pm

Orderline 0844 249 8096 - quote offer ref 98855. Lines open seven days a week, 8am-8pm. Calls cost 7ppm plus your phone company's access charge. Allow seven working days for delivery. All products are purchased from BVG Group Ltd. "Was" pricing refers to the original selling prices offered on gjoffers.co.uk, and in the retail store between October 14,2019 and January 12,2020. Full terms and conditions can be found at Shop.telegraph.co.uk/terms.

# Court & Social

## Court Circular



**KENSINGTON PALACE**
January 31st
The Duke of Cambridge, Joint Patron, the Royal Foundation of The Duke and Duchess of Cambridge, this morning received the Rt Hon Helen Clark (formerly Prime Minister of New Zealand and currently Administrator of the United Nations Development Programme).

## Birthdays

**Today:** Prof Sir MarkRichmond, Chairman, Science and Engineering Research Council, 1990-94, is 89; **Sir John Nott**, former Conservative Cabinet Minister, 88; **Mr Don Everly**, singer and songwriter, 83; **Lord Abernethy**, a former Senator of the College of Justice in Scotland, 82; **Mrs Joseline Dimbleby**, cookery and travel writer, 77; **Sir Ian Gibson**, Chairman, William Morrison Supermarkets plc, 2008-15,73; **Mr Adam Ingram**, former Labour MP, 73; **Prof Robert Mansel**, Professor of Surgery, Cardiff University, 1992-2015, now Emeritus, 72; **Mr David Hill**, Director of Communications and Strategy, Prime Minister's Office, 2003-07,72; **Lord Uist**, a Senator of the College of Justice in Scotland, 69; **Mr Andrew Smith**, former Labour Cabinet Minister, 69; **Dr Christopher Barnett**, Headmaster, Whitgift School, 1991-2017, 67; **Miss Kate Ashbrook**, General Secretary, Open Spaces Society, 65; **Dame Eleanor Laing, MP**, Chairman of Ways and Means, 62; and **Mr Graeme Smith**, former South Africa cricketer, Test Match captain, 2003-14; now administrator and commentator, 39.

**Tomorrow:** M Valéry Giscard d'Estaing, President of France, 1974-81, will be 94; **Lord Fowler**, Lord Speaker, 82; **Sir Chips Keswick**, merchant banker, 80; **Sir David Jason**, actor, 80; **Prof Adrian Eddleston**, Dean, Guy's, King's College and St Thomas' School of Medicine, 1998-2000, 80; **Mr Graham Nash**, singer/songwriter and musician, 78; **Sir Andrew Davis**, conductor; Musical Director, Chicago Lyric Opera, 76; **Mr Sandy Carmichael**, former Scotland rugby player, 76; **Prof Lord Eatwell**, President of Queens' College, Cambridge, 75; **Adml Sir Jonathon Band**, Chief of Naval Staff and First Sea Lord, 2006-09,70; **Mr Ken Bruce**, broadcaster, 69; **Prof Chris Day**, Vice-chancellor and President of Newcastle University, 60; and **Mr Chris Bartley**, former rower; Olympic silver medallist, men's lightweight four, London 2012,36.

Today is the anniversary of the death of Mary Shelley in 1851.

Tomorrow will be the anniversary of the German surrender at Stalingrad in 1943.

## Forthcoming marriages

**Mr D.D. Filtness and Miss E.J.E. Pudney**
The engagement is announced between Daniel, son of Mr and Mrs David Filtness, of Alvingham, Lincolnshire, and Emma, daughter of Mr and Mrs Michael Pudney, of St Lawrence, Essex.
*Onlineref: 579184*

**Mr T.E.J. Lane and Miss E.J.A. Westwood**
The engagement is announced between Toby, son of Mr and Mrs David Lane, of Christchurch, Dorset, and Emily, daughter of Mr and Mrs Mark Westwood, of Shelley, Suffolk.
*Onlineref: 579187*

**Mr T.S.H. Corke and Miss N.L. Marks**
The engagement is announced between Thomas, younger son of Mr and Mrs Peter Corke, of Bramcherford, Hampshire, and Natasha, daughter of Mr and Mrs Timothy Marks, of Carlton Husthwaite, North Yorkshire.
*Onlineref: 579153*

## Luncheon

**United Wards' Club**
The Lord Mayor and the Lady Mayoress, Aid and Mrs William Russell, accompanied by Aid and Sheriff Prof and Mrs Michael Mainelli, were the principal guests at a Civic Luncheon held yesterday by the United Wards' Club of the City of London at Armourers' Hall. Mr Brian Wadsworth, President of the Club, welcomed the guests, and the Lord Mayor also spoke.

## Dinner

**National Liberal Club**
Dr Yeow Poon, President of the England China Business Forum and Chairman, Chinese Liberal Democrats, was the principal guest and speaker at a dinner to mark the Chinese New Year held last night at the National Liberal Club. His topic was "The Challenges of 21st Century - a Liberal Democracy Perspective". Mr Rupert Morris, the Club Chairman, presided and Mr Guo Yue, Ms Yisha Xue and Ms Beibei Wang also spoke.

## Bridge news

The Northern Ireland Bridge Union has selected two teams to play in the second weekend of the 2020 Camrose, writes **Julian Pottage, Bridge Correspondent**, and these are the same who played in the first weekend:
**Northern Ireland:** Rex Anderson and David Greenwood, Hastings Campbell and Sam Hall, Paul Tranmer and Wayne Somerville, and Non-playing captain, Ian Lindsay.
**NIBU;** William Dukelow and Dean Bradley, Michael Coffey and Fergal O 'Shea, Michael McFaul and Micheal O'Kane, and NPC, Harold Curran.

## Appointments in the Clergy

Revv Nicholas Martin Ash to be prison chapl, Elmley Prison, Isle of Sheppey (Canterbury); **Toby Jefferson Boutle**, c, St George, Whyke w St Mary, Rumboldswhyke, and All Saints, Portfield (Chichester), to be p-in-c, Swindon New Town (Bristol); **Jacqui Clark**, tv, St John and St Mary, Devizes (Salisbury), to be chapl, HMP Erlestoke (same dio); **Alison Jane Cozens**, p-in-c, St George, Newtown, and St Paul and St Silas, Lozells (Birmingham), to be p-in-c, Lozells and Newtown (Birmingham); **Rodney Dreyer** to be ad, the Weald (Canterbury); **William James Fairbairn**, c, All Hallows, Bitterne Park (Winchester), to be v, Redland (Bristol); **Canon Lee Francis-Dehqani**, interim tr, Fosse team (Leicester), to be p-in-c, Fosse team, with particular responsibility for the parishes of Syston and Barkby (same dio); **Revv Lynn Fry** to be assoc p, Three Valleys (Salisbury); **Stephen Graham**, asst v, St Andrew the Apostle, Holt, w All Saints', High Kelling (Norwich), to be chapl, Milton Abbey School (Salisbury); **Tim Greenshaw**, tr, Melbury (Salisbury), to be also asst rd, Sherborne (same dio); **Phil Greigg** to be asst ad, Canterbury (Canterbury); **Mark Richard Griffin** to be ad, Canterbury (Canterbury); **Rebecca Harris**, r, St Michael, Creech, Ruishton w Thornfalcon (Bath and Wells), to be tr, White Horse (Salisbury); **Dr Colin Heber-Percy**, asst c, Vale of Pewsey (Salisbury), to be tv, Savernake (same dio); **Simon Alexander Heron**, v, St Mary the Virgin, Lawford, The Bromleys and St Mary, Little Bentley, Essex (Chelmsford), to be v, Christ Church, Cheltenham (Gloucester); **Trudy Hobson**, p-in-c, Upper Wylye Valley team (Salisbury), to be tr, Upper Wylye Valley team (same dio); **Christopher Martin**, v, Churches4All Mission Community (Exeter), to be tr, Golden Cap Team (Salisbury); **Justin Pottinger**, asst rd and v, Red Post (Salisbury), to be also rd, Milton and Blandford (same dio); **Christian Nathan Selvaratnam**, asst c, St Michael-le-Belfrey, York (York), to be also BMO Leader of C (York); **Andrew Sinclair**, r, Bratton, Edingdon and Imber, Erlestoke and Coulston (Salisbury), to be also rd, Devizes (same dio); **Edward Tildesley** to be Anglican chapl, HMP The Verne (Salisbury).

## Retirements and Resignations

Revv Michael Edgar Harmon, v, St Andrew, Chelmsley Wood (Birmingham), to retire with effect from April 12; **John Michael McHale**, v, Berkeley w Wick, Breadstone, Newport, Stone, Woodford and Hill (Gloucester), to resign with effect from April 30; **Christopher David North**, dio director of ords, known as adviser for min vocation (Bristol), to resign with effect from Feb 2; **Rebecca Ann Waring**, v, St Martin, Knowle, and ad, Bristol South Deanery (Bristol), has resigned as Warden of Readers (same dio).

## Church services tomorrow

**Presentation of Christ in the Temple**
ST PAUL'S CATHEDRAL: 8 HC; 10.15 Mattins, Precentor; 11.30 Sung Eucharist, Canon Dr Marion Chatterley; 3.15 Evensong with the Installation of Preb Paula Hollingsworth as Chaplain, Archdeacon of London; 4.45 Viennese 150 Organ Festival, Jeremiah Stephenson; 6 Eucharist.
WESTMINSTER ABBEY: 8 HC; 10 Mattins; 11.15 Blessing of Candles and Sung Eucharist, Dean; 3 Evensong, Rev Anthony Ball; 5.45 Organ Recital, Alexander Hamilton; 6.30 Evening Service, Rev Philip Chester.
SOUTHWARK CATHEDRAL: 9 Eucharist and 11 Choral Eucharist, Precentor; 3 Choral Evensong, Ms Caroline Clifford; 6 BCP Traditional Rite Eucharist, Rev Frances Hiller.
ALL HALLOWS BY THE TOWER: 11 Sung Eucharist, Rev Katherine Hedderly.
ALL SAINTS, Margaret St: 8 and 5.15 Low Masses; 10.30 Morning Prayer; 11 High Mass, Father Bill Scott; 6 Choral Evensong and Benediction, Father Julian Browning.
ALL SOULS, Langham Pl: 8 HC; 9.30 and 11.30 Morning Service with HC, Rev Hugh Palmer; 5.30 Evening Service, Rev Steve Nichols.
GROSVENOR CHAPEL, South Audley St: 11 Sung Eucharist, Rev Richard Holland.
HTB Brompton Rd: Informal Services: 9.30,11.30,5 and 7 Nicky Gumbel.
HTB Onslow Square: Informal Services: 8, 9,10,11,12.30,4.30, 7; 3.30 Sung Vespers and Benediction.
HOLY TRINITY, Sloane Square: 8 HC; 11 Sung Eucharist, Rev Grant Bolton-Debbage; 6 Choral Evensong and Benediction.
ST BRIDES, Fleet St: 11 Choral Eucharist and 5.30 Choral Evensong, Rev Canon Dr Alison Joyce.
ST CLEMENT DANES, Strand: 11 LASER Service, Rev David Osborn.
ST GEORGE'S, Hanover Sq: 8.30 HC; 10.45 Mattins, Canon Dr Mark Powell; 12 Sung Eucharist; 5.15 Evensong.
ST GILES-IN-THE-FIELDS: 10 Parish Eucharist, Rev Dr Sam Wells; 1.30 Service in Mandarin and Cantonese; 5 Choral Evensong, Jeff Claxton.
ST MARYLEBONE, Marylebone Rd: 8.30 HC, Rev Jack Noble; 11 Choral Eucharist, Rev Katy Hacker Hughes; 4 Organ Recital, Adrian Bawtree; 6 Choral Evening Prayer with Prayers for Healing, Rev John Caruthers.
ST PAULS, Covent Gdn: 11 Sung Eucharist.
ST PAULS, Knightsbridge: 9 Family Mass, Roland Brunner; 11 Solemn High Mass, Rt Rev Michael Colclough.
TEMPLE CHURCH, Fleet St: 8.30 HC; 11.15 Choral Mattins, The Reader.
QUEEN'S CHAPEL, Savoy Hill: 11 Sung Eucharist, Chaplain.
CHAPEL ROYAL, Hampton Court Palace: 8.30 HC; 11 Choral Eucharist, Bishop of Southwark; 3.30 Choral Evensong.
CHAPEL ROYAL, St James's Palace: 8.30 HC; 11.15 Choral HC, Canon David Glover.
CHAPEL ROYAL of St Peter ad Vincula, Tower of London: 11 Mattins with Sermon, Canon Roger Hall.
CHAPEL ROYAL of St John the Evangelist, The White Tower, Tower of London: 9.15 HC, Canon Roger Hall.
GUARDS CHAPEL, Wellington Barracks: 11 Choral HC, Band of the Welsh Guards, Rev Jori Price.
OLD ROYAL NAVAL COLLEGE CHAPEL, Greenwich: 11 Choral Eucharist, Chaplain.
CROWN COURT (C-o-S), Covent Gdn: 11.15 HC and 6.30 Evening Service, Rev Philip Majcher.
ST COLUMBAS (C-o-S), Pont St: 11 Morning Service with Baptisms, Rev Angus MacLeod; 5 Evening Service, Rev Angus MacLeod.
WESTMINSTER CATHEDRAL Masses: 8, 9,12,5.30,7; 10 Morning Prayer; 10.30 Solemn Mass; 3.30 Solemn Vespers and Benediction.
THE ORATORY, Brompton Rd: Masses: 8, 9,10,11,12.30,4.30, 7; 3.30 Sung Vespers and Benediction.
GREEK ORTHODOX CATHEDRAL, Moscow Rd: 9.30 Mattins and Divine Liturgy.
SALVATION ARMY, Oxford St: 11 Worship Meeting; 3 Worship Meeting, Major Richard Mingay and Major Caroline Mingay.
WESLEY'S CHAPEL, City Rd: 9.45 HC; 11 Morning Service, Rev Dr Jennifer Smith.
WESTMINSTER CHAPEL, Buckingham Gate: 11 Morning Service, Andy Mehigan.
WESTMINSTER METHODIST CENTRAL HALL: 11 Morning Worship, Rev Dr Martyn Atkins; 6 Healing Service, Rev Tony Miles.
ARMAGH: 11 Choral Mattins, Dean; 6 A Celebration of the Eucharist to mark the Conclusion of the Primatial Ministry of the Most Rev Dr Richard Clarke.
BIRMINGHAM: 9 HC; 11 Choral Eucharist; 3.30 Choral Evensong.
BLACKBURN: 8 HC; 10.30 Patronal Festival Eucharist; 4 Evensong; 6.30 Epiphany to Candlemas Sequence.
BRADFORD: 8 HC, Precentor; 11 Legal Service, Bishop of Ripon; 4 Candlemas Eucharist, Canon Phil Stone.
BRISTOL: 7.40 Morning Prayer; 8 HC; 10 Cathedral Eucharist; 3.30 Cathedral Evensong.
CAMBRIDGE, St John's College Chapel: 10.30 Sung Eucharist, Rev Andrew Hammond; 6 Organ Recital, Adrian Lucas; 6.30 Sung Evensong with Address, Prof Tim Whitmarsh.
CANTERBURY: 8 HC; 9.30 Mattins, Canon Anthony Charlton; 11 Sung Eucharist and Procession, Archdeacon; 3.15 Evensong attended by the Cathedral Company of Change Ringers; 6.30 Canterbury Christ Church University Service for Candlemas.
CARLISLE: 7.40 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Dean; 3 Choral Evensong with Procession, Dean.
CHELMSFORD: 8 HC, Canon Imogen Nay; 9.30 Parish Eucharist, Jean Elliot; 11.15 Choral Eucharist (with incense), Canon Ivor Moody; 3.30 Evening Prayer (with hymns), Canon Ivor Moody; 6 Epiphany Candlemas Procession.
CHESTER: 8 HC; 10 Cathedral Eucharist; 11.30 Choral Eucharist; 3.30 Choral Evensong.
CHICHESTER: 8 HC; 10 Mattins, Dean; 11 Sung Eucharist, Chancellor; 3.30 Evensong.
DERBY: 8 HC; 9.15 Sung Eucharist, Rev James Durrant; 10.45 Cathedral Eucharist, Rev James Durrant; 6 Evensong.
DURHAM: 8 HC; 10 Mattins, Canon Michael Hampel; 11.15 Sung Eucharist, Canon Michael Everitt; 3.30 Evening Prayer; 7 Monteverdi Vespers.
ELY: 8.15 HC; 10.30 Choral Mattins, Canon James Garrard; 4 Evening Prayer; 6.30 Candlelit Solemn Eucharist, Rev Victor Stock.
EXETER: 8 HC; 9.15 Morning Prayer; 10 Choral Eucharist, Rev Phil Wales; 4 Choral Evensong, Chancellor.
GLASGOW, St MUNGO's (C-o-S): 11 Morning Service; 4 Choral Evensong.
GLOUCESTER: 7.40 Morning Prayer; 8 HC; 10.30 Eucharist, Dean; 3 Choral Evensong with the Admission of Boy Choristers, Precentor.
GUILDFORD: 8 HC; 9.45 Cathedral Eucharist, Canon Dr Paul Smith; 11.30 Choral Eucharist, Dean; 6 Solemn Evening Eucharist and Procession, Ven Stuart Beake.
HEREFORD: 8 HC; 10 Mattins; 3.30 Evening Prayer; 5.30 Choral Eucharist.
INVERNESS: 8.15 Holy Eucharist; 9.15 Family Eucharist, Rev Dr I. Macritchie; 11 Choral Eucharist, Very Rev S. Murray; 5.30 Evening Service of Candlemas Ceremonies, Dean; 4 Solemn Evensong, Chancellor.
LICHFIELD: 7.40 Morning Prayer; 8 HC; 11 Choral Eucharist with Children's Church, Very Rev Adrian Dorber; 3 Evening Prayer (said); 6 Candlemas Carol Service.
LINCOLN: 7.45 Litany; 8 HC; 9.30 Sung Eucharist, Dean; 3.45 Solemn Evensong, Dean; 11.15 Mattins; 12.30 HC; 3.45 Solemn Evensong.
LIVERPOOL METROPOLITAN CATHEDRAL: 8.30 Morning Mass; 10 Family Mass; 11 Solemn Choral Mass; 1 Polish Community Mass; 3 Choral Evening Prayer; 7 Evening Mass.
LLANDAFF: 7.30 Mattins (said); 8 Holy Eucharist, Dean; 9.30 Parish Eucharist, Dean; 11 Choral Eucharist, Dean; 12.30 Holy Eucharist; 3.30 From Advent to Candlemas.
MANCHESTER: 8.45 Mattins; 9 HC; 10.30 Holy Eucharist, Canon Márcia Wall; 5.30 Choral Evensong, Canon Karen Smeeton.
NEWCASTLE: 8 HC; 8.30 Morning Prayer; 10 Sung Eucharist, Helen Wright; 4 Carols for Candlemas.
NORWICH: 7.30 Morning Prayer; 8 HC; 10.30 Sung Mattins, Rev Corin Child; 3.30 Evening Prayer; 6 Candlemas Eucharist, Canon Aidan Platten.
OXFORD: 8 HC; 8.45 College Communion, Chaplain; 9.45 Choral Mattins, Dean; 11 Choral Eucharist, Bishop of Dorchester; 6 Candlemas Carol Service Celebrating the Anna Ministries of BRF.
PETERBOROUGH: 8 HC; 9.15 Morning Prayer (said); 10.30 Eucharist for Candlemas, Canon Ian Black; 3.30 Choral Evensong.
PORTSMOUTH: 8 HC; 10 Mattins, Canon Angela Tilbury; 6 Candlemas Carol Service.
RIPON: 8 Eucharist, Rev Caitlin Carmichael-Davis; 9.30 Morning Prayer; 10.30 Sung Eucharist, Canon Michael Gisbourne; 12.30 Eucharist; 3.30 Evensong, Canon Ailsa Newby.
ROCHESTER: 8 HC; 9.45 Choral Mattins, Dean; 11.15 Choral Eucharist; 3.30 Evensong Candlemas Bishop's Chaplain; 3.15 Solemn Evensong.
ST ALBAN: 8 Eucharist; 9.30 Parish Eucharist; 11.15 Choral Eucharist; 6.30 Evensong Candlemas Carol Service.
ST ASAPH: 8 Holy Eucharist; 9.30 Parish Eucharist; 11 Cathedral Eucharist; 3 Epiphany Carol Service.
ST DAVIDS: 8 HC; 9.30 Parish Eucharist; 11.15 Choral Mattins; 6 Evening Prayer.
ST EDMUNDSBURY and IPSWICH: 8 HC; 8.45 Morning Prayer; 10 Family Eucharist, Dean; 3.30 Evensong with the Admission of Canons, Bishop of Dunwich.
SALISBURY: 8 HC; 9.15 Choral Mattins; 10.30 Eucharist, Dean; 4.30 Choral Evensong with the Admission of Boy Choristers, Precentor.
SHEFFIELD: 8 HC; 9.30 Morning Prayer; 10.30 Cathedral Eucharist, Canon Keith Farrow; 4 Choral Evensong, Dean.
SOUTHWELL: 7.30 Morning Prayer and Litany; 8 HC, Dean; 10.30 Sung Eucharist and Procession, Rev James Edmiston; 3.30 Festal Evensong and Procession.
TRURO: 7.30 Morning Prayer; 8 HC; 10 Solemn Eucharist with Candlemas Ceremonies, Dean; 4 Solemn Evensong, Chancellor.
WAKEFIELD: 8 HC; 9.15 Sung Eucharist, Canon Leah Vasey-Saunders; 11 Choral Mattins; 3.30 Candlemas Eucharist, Canon Leah Vasey-Saunders; 4.30 Chantry Communion.
WELLS: 8 HC; 9.45 Cathedral Eucharist, Canon Rosalind Paul; 11.30 Mattins; 3 Evensong, Precentor; 6.30 Wells Cathedral School Evensong.
WINCHESTER: 8 HC; 9.45 Mattins, Canon Andy Trenier; 11 Festal Eucharist and Procession, Dean; 3.30 Evensong and Installation of Canons, Bishop; 6.30 St Swithun's School Evensong.
WORCESTER: 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Canon Dr Georgina Byrne; 3.30 Choral Evensong.
YORK: 8 HC; 10 Solemn Eucharist, Precentor; 11.30 Mattins, Rev Abigail Ludlow SSYB YMD. Tel: 015848 7903.

---

### ONE HUNDRED YEARS AGO
### The Daily Telegraph
LONDON, FEBRUARY 1920

## NEW OUTRAGE BY THE POET D'ANNUNZIO.

## GENERAL KIDNAPPED.

FROM A. BEAUMONT. MILAN, SATURDAY.

Fiume has again become the scene of extraordinary incidents, one of which is the capture and kidnapping of General Nigra, commander of the Italian troops on the Armistice Line, outside Fiume. The outrage is straining the patience of the Italian Government to the highest degree, and the newspapers to-day denounce D'Annunzio's latest achievement in unmeasured terms.

**General Nigra had become unpopular with D'Annunzio and the Fiume garrison because he strictly enforced his orders and was vigilant along the frontier line.** There had been a friendly understanding between the Fiume garrison and the Italian Regulars on the frontier line, by which both sides freely approached each other, and the Fiume patriots took advantage of this to waylay General Nigra. His capture had been decided upon by the Fiume patriots, and D'Annunzio had given instruction to an officer to seize the general. The officer entrusted with this mission laid his plans, and, learning some days ago that General Nigra was going to Trieste, and would return alone with his chauffeur in the evening, he placed a small body of Arditi in ambush at a passage near Grobnico. Towards evening the motor-car approached, and the six Arditi jumped out into the road, and held up the car. The general immediately divined their intention, and said: "What do you want with me? These are not things to do between friends and Italians." The officer replied that he had orders to arrest him and conduct him to Fiume.

After a useless protest General Nigra yielded and was conducted some distance on foot, across the fields and out of sight of the sentries, into the territory of Fiume and, as no means of conveyance was at hand, he was compelled to continue the way into the town of Fiume afoot. It was already late when he arrived with his escort at the Governor's residence, and was placed, by D'Annunzio's orders, under arrest in the Governor's Palace with a sentry before his door. He has not been free to communicate with anyone without D'Annunzio's permission.

**This new incident is described as intolerable by the leading newspapers.** The *Corriere della Sera* says: "The moral and material relations between the Commander of Fiume and the Italian Government have become intolerable, and the adventure of General Nigra being arrested by a dozen Arditi and two subaltern officers by command of the Governor of Fiume cannot be read without making every Italian blush. D'Annunzio's expedition from Ronchi perhaps avoided Fiume being policed by foreigners, but, after his first success there was no excuse for him for helping to create in the Italian army a deplorable spirit of insubordination and contempt for discipline. Some of his first companions realised it, and have gradually withdrawn from him. Openhanded brigandage is rampant in Istria, and D'Annunzio's Arditi have shown how easy it is to kidnap an Italian general on the public highway. These men, who left Italy in the name of patriotism, foster such insubordination in the army as to expose the whole country to danger. Only a few days ago they seized an Italian steamer with merchandise and millions of Arditi on the high seas, as in the old days of pirates, and to-day they carry off a general from the midst of his command. Their blindness is such that they disregard not only the plebiscite and the people of Fiume, and remain there against the will of its inhabitants, but nourish vague revolutionary ideas of championing every insurrection and universal conflagration which is to consume the British Empire, after which, they proclaim, Italy will be great and prosperous."

The *Corriere* here, for the first time, hints at the anti-British campaign conducted by D'Annunzio, hitherto completely unknown to the Italian public, and which excited general amazement even here.

---

# Announcements

**Telephone:** 0800 072 32 32 or 01622 335087 **Fax:** 020 79313370
**Email:** announcements.ads@telegraph.co.uk **Book online:** announcements.telegraph.co.uk

## Births

**BELLASI.**—On 9th January 2020, to Charlotte (née Kilburn) and Francesco, a son, Alberto Claudio Maxwell.
*Onlineref: A239161*

**CAREY.**—On 19th December 2019, to Seta (née Samsatian) and Rupert, a daughter, Noura Elizabeth Bunbury, a sister for Charbel and Aimee.
*Onlineref: A239192*

**CRANFIELD.**—On 24th January 2020, in Paris, to Kate (née Quinn) and Edward, a son, William Nugent Alexander.
*Onlineref: A239154*

## Deaths

**ANDERSON.**—Cdr John Nigel Steward RN. Passed away at home on Wednesday 8th January. Funeral Service will take place at Romsey Abbey on Thursday 6th February 2020 at 12 noon. All enquiries to A H Cheater Funeral Directors. Tel: 01794 513393 or www.ahcheater.co.uk
*Onlineref: 579239*

**BEAMES.**—Christopher Harry. On Saturday 18th January 2020, Christopher Beames, loving father of 3 children and 3 grandchildren, passed away, aged 75. Chris was born 1st December 1944 in Cardiff, Wales. Funeral to be held at Church of The Matyr TN2 5TA on 18th February at 1 p.m. Enquiries to E.R. Hickmott & Son TN1 1SD. Family flowers only. Donations welcome to: http://www.rfs.nsw.gov.au/volunteer/support-your-local-brigade
*Onlineref: 579238*

**BENNETT-Mary**, MBE, died peacefully on 24th January 2020, aged 91. Beloved mother of Michael and Mandy, Jane and Ken, adored grannie of Katie and Will. Thanksgiving Service to be held at The Methodist Church, Downham Market, on Friday 21st February at 2 p.m.
*Onlineref: 579218*

**BENZIE.**—Walter Gray, died peacefully on January 15th. Much loved husband, father and grandfather. Private family funeral.
*Onlineref: 579214*

**BIRCH.**—Ray, formerly of Caltex Oil, died on 20th January, aged 91. He will be sadly missed by all. Enquiries to W.H. Squires Tel: 01884 252556.
*Onlineref: A239018*

**BLACK.**—John Gordon Timothy, died peacefully at home with family around him on 7th January 2020, aged 85. Beloved husband to Annie and father to William, Edward and Andrew. All welcome to join family at his Memorial Service on Saturday 28th March at 2.30 p.m. at St John the Baptist Church, Pebmarsh, Essex, CO9 2NH.
*Onlineref: A239189*

**BOWE.**—Julia May. On 25th January, in her sixtieth year, after an illness very bravely borne. Much loved partner for 21 years of Mark, sister to Nigel, Stuart and the late Susan, mother to Helen and Giles. Marketing Director of Harvey Nichols 1998-2014. Will be hugely missed by her family and by so many friends. Funeral Service on 11th February at St Nicholas Church, West Tanfield, Ripon at 12 noon. No flowers please, donations at the church.
*Onlineref: 579225*

**BOWER.**—Maurice Huyshe Syndercombe. Died peacefully in his sleep on 16th January 2020, aged 82. Much loved husband of the late Caroline, father of Anthony, Robert and Alexander and grandfather to their five children. Family funeral was on the 18th January. There will be a Memorial Service at 3 p.m. on Saturday 4th April at the Church of St James, Porto, Portugal for his many friends as well as the Port wine trade where he was a leading light.
*Onlineref: A239094*

**BUCHANAN.**—Alexander William (Sandy). Passed away peacefully in Torbay Hospital after a long illness, on 25th January 2020, aged 66 years. He will be greatly missed by his wife Melanie, his children Simon, Emma and Matthew and their partners, his 5 grandchildren and his friends. Funeral Service to be held on Monday 17th February at 10.30 a.m. at Torquay Crematorium. Family flowers only. Donations in memory, if desired, can be made payable to either Muscular Dystrophy UK or the RSPCA. All enquiries to C-o-op Funeralcare, Moorview Funeral Home, Barton Road, Torquay TQ2 7NY. Tel: 01803 311511.
*Onlineref: A239177*

**BURNETT-STUART.**—Tom, on 27th January, aged 85. Typically, at his request, private family funeral.
*Onlineref: A239177*

**CAIRNS.**—David Rudland, sadly passed away on 26th October 2019, aged 68. Son of Captain Rudland Cairns DSC, RN and Mrs Elise Cairns. David was a much loved husband, father and brother. The Funeral Service will take place on Tuesday 11th February 2020 at Guildford Crematorium at 3.45 p.m. The family request no flowers, but donations to Cancer Research UK via Woodford Family Funeral Service. Tel: 01483 276500.
*Onlineref: 579194*

**CARPENTER.**—George William died peacefully on 27th January, aged 96. Beloved friend of Betty. Railway engineer and enthusiast, and Francophile. Quiet Funeral at All Saints Church, Axminster, EX13 7LX at 11 a.m. on 14th February. Details from IF. Clarke & Son. Tel: 01297 32886. Memorial event in London later in the spring.
*Onlineref: A239155*

**CLARKE.**—Joan Mary, latterly of Ludlow, died peacefully in Hereford Hospital on 25th January 2020, aged 91 years. Born in Bilston to Samuel and Vera Clarke, on 26th June 1928; much loved sister of Tony, aunt to Simon, Edward and Elizabeth and great aunt to Woody, Finlay and Ellis. Educated at Bilston Girls' High School and Birmingham University (BA Dip Ed). Taught French at Lichfield Friary and Southport Girls' High Schools and Gateshead High School. Retired to Pirnmill on the Isle of Arran/Edinburgh and moved to Ludlow in 2008. A Memorial Service is to take place at St Laurence's Church, Ludlow, on Friday 14th February at 12.30 p.m. Family flowers only please, but kind donations received in Joan's memory will be made to the St Laurence's Fabric Fund and The Injured Jockeys Fund. All enquiries please to: Victoria Allen Funeral Services, 8 Charlton Rise, Ludlow SY8 1ND. Tel: 01584 87903.
*Onlineref: A239190*

**DAVIDSON.**—Dr Robert Andrew (Bob), of Mombasa and Hove, died peacefully on 27th January 2020, aged 83. He will be greatly missed by all his family. Much loved husband of Prue and father of Tina (deceased), Lucinda, Susie and Katherine and grandfather of Edward, Tom, Tessa and Monty. Funeral will be held at St Andrew's Church, Chew Magna on Tuesday 11th February 2020 at 11.30 a.m. Family flowers only. Donations to Alzheimer's Society may be sent c/o Michael Rowe Funeral Directors, 2 The Vinery, Harford Square, Chew Magna BS40 8RD.
*Onlineref: A239216*

**EVANS.**—Peter Gordon, died peacefully on 20th January 2020, aged 92. Much loved husband of the late Gillian and devoted father to Ant, Paddy and Joff. Funeral Service at Upper Clatford on Wednesday 12th February at 1.30 p.m. Enquiries to Steel & Partners. Tel: 01962 862333.
*Onlineref: A239180*

**FAIRHEAD.**—Alan Tyrrell, on 2nd January 2020, aged 100, formerly of Enfield, Hertford and Brancaster Staithe. Funeral Service at St Mary's, Burnham Deepdale on Friday 21st February at 12 noon. Donations welcomed in aid of service charities to John Lincoln F/D, 40 Greevegate, Hunstanton PE36 6AG.
*Onlineref: 579173*

**HARRIS.**—Anthony (Tony), died peacefully on 17th January 2020, aged 74. Funeral Service at Mortlake Crematorium on 3rd February 2020 at 2 p.m. Floral tributes welcome. Enquiries to Chelsea Funeral Directors. Tel: 020 7352 0008.
*Onlineref: 579173*

**HAYWARD.**—Carole, aged 87, peacefully on 27th January. Beloved wife of John (dec'd), much loved mother of Georgina and Sarah, grandmother to Adam and Liwie and great grandmother to Lilly, Keira, Jack and Harlan. Funeral on 13th February, 12.40 p.m. at Mortlake Crematorium, Richmond. All welcome. Family flowers only. Donations please. Donations to Macmillan Cancer support c/o Lodge Brothers, Woking or online at www.lodgebrothers.co.uk
*Onlineref: 579112*

**HEATH.**—Henry, MBE, Burma Star, Royal Artillery. Funeral Service will be held at St Chad's Church, Shrewsbury on Saturday February 8th at 11 a.m., followed by a private committal. Family flowers only please, however there will be a retiring collection in Church. All enquiries please to: Aubrey Kirkham Funeral Directors, Frankwell Island, Shrewsbury. Tel: 01743368999.
*Onlineref: 579228*

**JENKINS.**—(née Thomas) Mary, aged 85 years, of Tonteg, Pontypridd, formerly of Gloucester, Kenya, Bahrain and Belize, passed away peacefully on 26th January 2020. Beloved wife of the late Allen, loving mother of Martin, Lynne and the late David, mother-in-law of Helen and the late Antonio and Nana to Henry and Oliver. Donations, if desired, to Ty Hafan or The Silver Line c/o WH Preene & Son, Mwyndy, Pontyclun CF72 8PE.
*Onlineref: 579257*

**KENNAN.**—Richard Selborne, peacefully in hospital on 22nd January, aged 67. Beloved husband of Annabel, a much loved father of Ruth, Emma and James and grandfather. Funeral Service on Thursday 20th February at 2 p.m. at St Margaret's Church, Old Catton, Norfolk NR6 7AL. Family flowers only please. Donations, if desired, may be made in aid of Faith Christian Group Reading-Rogerfield. For those who are unable to attend the service there will be a further thanksgiving service in Henley-on-Thames, date to be confirmed.
*Onlineref: 579214*

**LACHELIN.**—Tom. Died peacefully on 27th January 2020, aged 83. He will be greatly missed by all his family. Much loved husband of Prue and father of Tina (deceased), Lucinda, Susie and Katherine and grandfather of Edward, Tom, Tessa and Monty. Funeral will be held at St Andrew's Church, Chew Magna on Tuesday 11th February 2020 at 11.30 a.m. Family flowers only. Donations to Alzheimer's Society may be sent c/o Michael Rowe Funeral Directors, 2 The Vinery, Harford Square, Chew Magna BS40 8RD.
*Onlineref: 579123*

**LLEWELLYN.**—Commander David Llewellyn RN. Died peacefully at home on January 25th 2020. Adored husband, father of Georgina. Service of Thanksgiving at All Saints Church, Steep, Hampshire on 6th March 2020 at 11.30 a.m. Donations, if desired, to The Rosemary Foundation http://justgiving.com/d-llewellyn
*Onlineref: A239088*

**MATTHEWS.**—Frederick Gordon died peacefully at Chateau d'Arlens, France on 14th January 2020, aged 97. Much loved father of Sally, Paul, Stephen, Richard and his 12 grandchildren and 8 great-grandchildren. A Memorial Service will be held for Gordon at Fifield Church on Saturday 29th February 2020 at 3 p.m.
*Onlineref: 579090*

**PATIENCE.**—Patricia Anne, died peacefully on 10th January 2020, aged 80 years. Much loved wife of the late Donald, beloved Mum of Arlene, Caroline and Louise. Granny of Abigail, Hugo, Charlie, Jessica, Emily, Andrew and Jamie. Funeral Service on Monday 24th February, 12 noon at Guildford Crematorium. Family flowers only please. Donations to Macmillan Cancer support c/o Lodge Brothers, Woking or online at www.lodgebrothers.co.uk
*Onlineref: A239121*

**PILCHER.**—(Etherington-Smith), Meredith died peacefully on Saturday 25th January, aged 73. Beloved wife of Jeremy, sister to Kenny, much loved stepmother to Charlotte Studholme and Katharine Hunter, and her five step-grandchildren. Private family funeral. Service of Thanksgiving to be held at Chelsea Old Church on Thursday 23rd April at 2 p.m. for family and friends.
*Onlineref: 579206*

**PRICE.**—Timothy James, of Gruinard, formerly Henley-on-Thames and Jedburgh. Died suddenly at home on 19th January 2020. Much loved father of Dexter and Hendrix and brother of Jenifer, Simon, Jacqui and Mary. Cremation at Borders Crematorium, Melrose at 1 p.m. on Monday 10th February 2020, followed by Service of Thanksgiving at St Mary's Immaculate Conception Roman Catholic Church, Jedburgh at 2 p.m., to which all friends and family are welcome. Family flowers only please. Donations, if desired, may be made in aid of Faith Christian Group Reading-Rogerfield. For those who are unable to attend the service there will be a further thanksgiving service in Henley-on-Thames, date to be confirmed.
*Onlineref: 579214*

**ROBINSON.**—Christine Mary (née Iliffe), on 28th December at home in Stratford-upon-Avon, after a long illness borne with calm stoicism, acceptance and humour. Much loved mother of Victoria and James and adored Granny of Olivia, Edward, Jaime and George. A private family funeral took place on 29th January 2020. Donations to the Dogs Trust and Cancer Research UK c/o R. Locke & Son, The Precinct, Wellesbourne CV35 9NL. Tel: 01789 840744.
*Onlineref: 579123*

**RUSSELL.**—Miranda, on 24th January 2020, peacefully at home. Wife of the late Ivor, mother of William, Alannah and George and grandmother of Arthur. Thanksgiving Service at The Church of All Saints, Wootton Courtenay, Somerset on Friday 14th February 2020 at 2.30 p.m. No flowers please. Donations, if desired, to St Margaret's Hospice c/o Hedley Price Funeral Directors, Minehead. Tel: 01643 703111.
*Onlineref: 579123*

**SAWTELL.**—Margaret Heather (née Mackenzie), died peacefully on Friday 24th January. Beloved wife of the late David, much loved mother of Clare and Chris and devoted granny and great-granny. Funeral Service to take place on Friday 21st February at St Nicholas Church, Longparish, Hampshire at 2 p.m. No flowers. Donations if wished to The Macular Society or St & J Maddocks, Andover, Hampshire SP10 3HN.
*Onlineref: 579224*

**SKAIFE.**—Clarissa Jane. Passed away in Scarborough Hospital on January 20th 2020, aged 66 years. Beloved wife of David and a much loved mum and nanna. Thanksgiving Service to be held at St Michael's Church, Malton on Thursday February 13th at 2 p.m. No flowers, but donations may be given for the MS Society. All enquiries to Adam Collier Funeral Service. Tel: 01439 772340.
*Onlineref: A239121*

**SMART.**—Christine (née Holman), of Edinburgh. Peacefully, on Tuesday 28th January 2020, at Chamberlain Care Home. Christine, wife of the late Alex, beloved mother to Carol, Graham and Ronnie, grandmother to Ruth and Nicholas and great-grandmother to Zach and Benjamin. A Service will be held at Warriston Crematorium, Closter Chapel, on Friday 7th February at 12.30 p.m., to which all are invited. Family flowers only please. Donations in aid of Alzheimer's Research UK (www.alzheimersresearchuk.org).
*Onlineref: 579252*

**SWAN.**—Dr David Macdonald died on 22nd January 2020. Beloved husband of Dorothy, father to Duncan and Alexandra, and grandfather to James, Anna, Libby, George, Jed and Ben. The Funeral will take place at Aldershot Crematorium GU12 4BP on Thursday 20th February at 10.45 a.m. Family flowers only. Donations to Parkinson's UK c/o Thorne-Leggett 8-10 The Street, Wrecclesham, Farnham, Surrey GU10 4PR.
*Onlineref: 579164*

## Thanksgiving services

**LLOYD.**—Susan (née Turle). Service of Thanksgiving on 22nd February 2020, 2.30 p.m. at Holy Trinity, Littlebury, CB11 4TD. Email: h770lloyd@me.com
*Onlineref: A239141*

---

### PERSONAL

**Text for the day**

**THERE IS** none like unto the God of Jeshurun, who rideth upon the heaven in thy help, and in his excellency on the sky. The eternal God is thy refuge, and underneath are the everlasting arms.
*Deuteronomy 33.26-27b*

### Legal Notices

**SUMMONS**
United States District Court for the Southern District of New York
Judge John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312
Civil Action No. 1:19-cv-05631-JGK
COMMODITY FUTURES TRADING COMMISSION,
Plaintiff,
v.
Control-Finance Limited and Benjamin Reynolds,
Defendants.
SUMMONS IN A CIVIL ACTION
To: Benjamin Reynolds
A lawsuit has been filed against you in the United States District Court for the Southern District of New York. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, NW, Washington, DC 20581, an answer to the Complaint, accessible at the CFTC's website https://www.cftc.gov/PressRoom/PressReleases/7918-19 or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

---

### The Daily Telegraph and The Sunday Telegraph

While we take reasonable steps to check our advertisers are bona fide, readers should carry out their own checks before entering into any contract or arrangement. Conditions for advertising: All advertisements are accepted subject to the publisher's standard conditions of insertion. All advertisements, promotions, announcements, references to insertion or to articles appearing in the respective magazines relate only to copies of the Telegraph distributed in the UK

### Data Privacy

When you respond to Telegraph Media Group Limited's competitions, offers or promotions, we may use your information for marketing purposes.
• We will contact you by mail or telephone to let you know about any of our special offers, products and services which may be of interest to you unless you have asked us not to. We will only contact you by email, text message, or similar electronic means with your permission. We will only pass your name on to third parties if you have consented for us to do so.
• In some cases our special offers, products and services may be provided, on our behalf, by our partners. If you have agreed to be contacted by us, your personal information may be passed to our partners, however, in all such cases we remain a data controller of your personal information.
• When responding to competitions, offers or promotions by postcard, if you do not wish for your details to be used by us to send you special offers, please make this clear by stating "No Offers".
• We respect your data privacy. You may modify your preferences or get further information by writing to us at Data Privacy, Telegraph Customer Service Victory House Meeting House Lane Chatham Kent ME4 4TT or by email to data.protection@telegraph.co.uk

### The Daily Telegraph and The Sunday Telegraph

Published by Telegraph Media Group Ltd, 111 Buckingham Palace Road, London SW1W 0DT, Tel: 020 79312000. Registered as a Newspaper at the Post Office. ☺ Newspapers support Recycling: The recycled paper content of UK newspapers in 2018 was 69.2%. Printed at Newsprinters Ltd - Broxbourne, Great Cambridge Road, Waltham Cross, Hertfordshire EN8 8DY / Knowsley, Kitting Road, Prescot, Merseyside L34 9HN / Eurocentral, Bryanmmuir Road, Holytown, Motherwell; Independent News and Media, Unit 6 Springhill Road, Carnhane Industrial Estate, Newry, County Down, Northern Ireland BT35 6EP, and KP Services, La Rue Martel, La Rue des Pres Trading Estate, St Saviour, Jersey JE2 7QR. Printed by: Mediterranee Offset Press, France; Bermont, Spain; Mikro Digital Hellas Ltd, Greece; Mikro Digital Cyprus Ltd, Cyprus; Miller Newsprint Ltd, Malta; Newsprint Digital, Tenerife; Newsprint Italia srl, Italy and Euchs Italy, France. To obtain permission to copy cuttings from this newspaper contact the NLA on 01892 525273, email copy@nla.co.uk. For all other reproduction, copying and licensing inquiries email syndication@telegraph.co.uk



# The Shirley Sherwood Collection
## By Dr Shirley Sherwood

**Modern masterpieces of botanical art from 36 countries**

This book is a celebration of the Shirley Sherwood Collection of contemporary botanical art, made over a period of 30 years by Dr Shirley Sherwood and considered the most important private collection of its kind in the world.
This book features 285 botanical paintings by 144 artists from 36 countries.
The paintings are arranged in chapters by geographical origin of the artists, and each artwork is beautifully reproduced on a single page. An additional chapter features the 1,000th painting by Coral Guest, and how this was initiated and added to the collection. Biographies of all the artists feature are provided at the back of the book.

**£29.50 (RRP £35)**

 08448711514
books.telegraph.co.uk

*Subject to availability. Offer price valid at time of printing. Please add £2.50 for standard shipping of orders under £20, or £3.99 for premium delivery for all orders. Lines open Monday-Saturday, 9am-5.30pm and Sunday 10am-2pm. Calls cost no more than 5p per minute from BT landlines (other networks may vary). Please refer to the Data Protection Notice in today's Personal Column.*

# Court & Social

## Court Circular

SANDRINGHAM, NORFOLK
*February 7th*
Sir Michael Oswald was received by The Queen this evening when Her Majesty invested him with the Insignia of a Knight Grand Cross of the Royal Victorian Order.

CLARENCE HOUSE
*February 7th*
The Prince of Wales this afternoon held a Curlew and Other Priority Species Recovery Summit.

ST JAMES'S PALACE
*February 7th*
The Earl of Wessex, Chairman of the Board of Trustees, The Duke of Edinburgh's International Award Foundation, this morning visited Mairie de Port-Bouët, Avenue de la Baltique, Centre Pilote, Abidjan, Ivory Coast.

His Royal Highness later called upon Mr Daniel Kablan Duncan (Vice President of the Republic of Côte D'Ivoire) at the President's offices, Place de la République, Abidjan.

The Earl of Wessex, Chairman of the Board of Trustees, The Duke of Edinburgh's International Award Foundation, afterwards attended a Reception for Young People who have achieved the Gold Standard in the Award, at Ministère des Affaires Etrangères, Boulevard Angoulvant, Plateau, Abidjan.

His Royal Highness this afternoon attended a Luncheon for Chevening Scholars at the Residence of Her Majesty's Ambassador to the Republic of Côte D'Ivoire.

The Earl of Wessex afterwards visited Université Félix Houphouët-Boigny, Abidjan.

His Royal Highness this evening departed from Félix Houphouët-Boigny International Airport, Abidjan, for the United Kingdom.

KENSINGTON PALACE
*February 7th*
The Duchess of Gloucester this morning departed from Heathrow Airport, London, for Slovakia.

Her Royal Highness, Honorary President, the Lawn Tennis Association, this afternoon attended the Fed Cup Matches between Slovakia and Great Britain at the National Tennis Centre, Prikopova 6, Bratislava.

## Birthdays

**Today: Sir Francis McWilliams,** Lord Mayor of London 1992-93, is 94; **Dr Osian Ellis,** harpist, 92; **Baroness Howe of Idlicote,** Chairman, Broadcasting Standards Commission, 1997-99, 88; **Mr Murray Lawrence,** Chairman of Lloyd's, 1988-90, 85; **Prof Dame Averil Cameron**, Warden of Keble College, Oxford, 1994-2010, 80; **Prof Michael Eysenck,** psychologist, 76; **Dr Sir David Pepper**, Director, GCHQ, 2003-08, 72; **Mr John Grisham,** author, 65; **Lady Justice Sharp,** President, Queen's Bench Division, 64; **Sir Jonathan Stephens,** former Permanent Secretary, Northern Ireland Office, 60; **Mr Mohammad Azharuddin,** former India cricket captain and politician, 57; and **Miss Rachel Cusk,** novelist and writer, 53.

**Tomorrow: Sir Donald Miller,** Chairman, ScottishPower, 1982-92, will be 93; **the Countess of Airlie 87; Sir Robert Johnson,** a former High Court Judge, 87; **Dame Janet Suzman,** actress and director, 81; **Prof** J.M. **Coetzee,** writer, 80; **Sir Hayden Phillips,** Chairman, National Theatre, 2004-10; former senior civil servant, 77; **Miss Mia Farrow,** actress, 75; **Prof Sir Michael Sterling,** Vice-Chancellor and Principal of Birmingham University, 2001-09, 74; **Prof Eamon Duffy,** President of Magdalene College, Cambridge, 2001-06, 73; **Mr Bernard Gallacher,** golfer; non playing Captain, Ryder Cup team 1991, 1993 and 1995, 71; **Sir John Elvidge,** Permanent Secretary, Scottish Government, 2003-10, 69; **Sir Alex Allan,** Chairman, Joint Intelligence Committee, 2007-11, 69; **Mr Robert** Voss, Lord-Lieutenant for Hertfordshire, 67; **Mr Justice Jeremy Baker 62; Mr Sandy Lyle,** golfer; Open Champion 1985, 62; **Gen Sir Mark Carleton-Smith,** Chief of the General Staff, 56; **Miss Amanda Roocroft,** soprano, 54; **Mr Glenn McGrath,** former Australia cricketer, now commentator, 50; **Miss Erin O'Connor,** fashion model, 42; **Mr Tom Hiddleston,** actor, 39; and **Ms Sophie Thornhill,** cyclist; Paralympic gold medallist, Rio 2016, 24.

Today is the anniversary of the execution of Mary, Queen of Scots in 1587.

Tomorrow will be the anniversary of the death of Princess Margaret in 2002.

## Forthcoming marriage

**Mr M. Lewendon and Miss S. Sweetman**

The engagement is announced between Mathew, son of Jenny Lewendon, of London, and Sophie, daughter of Mr and Mrs David Sweetman, of Surbiton, Surrey.
*Online ref: 579425*

## Service dinner

**HAC Mess Club**

The Lord Mayor, Ald William Russell, and Air Marshal Philip Osborn were the guests and speakers at a dinner held by the HAC Mess Club last night at Armoury House. Gen Sir Richard Barrons, President, was in the chair and Capt Charles Fowler and Major William Grove also spoke. Among others present were:

The Lady Mayoress, Ald and Sheriff Prof Michael Mainelli, Mr Sheriff Christopher Hayward and Masters of Livery Companies.

## Legal news

**Mr Stuart Scott** has been appointed as a Judge of the First-tier Tribunal, assigned to the Social Entitlement Chamber, with effect from Jan 20, 2020, and will be known as Judge Stuart Scott.

**Mr David John Hollings-Tennant** has been appointed as a Judge of the First-tier Tribunal, assigned to the Immigration and Asylum Chamber, with effect from Feb 3, 2020. and will be known as Judge Hollings-Tennant.

**Mr Jonathan Anthony Dobson** has been appointed as a Judge of the First-tier Tribunal, assigned to the Property Chamber, with effect from Feb 10, 2020, and will be known as Judge Dobson.

**Ms Lindsay Chalmers Connal** has been appointed as a Judge of the First-tier Tribunal, assigned to the Immigration and Asylum Chamber, with effect from Feb 3, 2020, and will be known as Judge Lindsay Connal.

**Judge Gavin (Michael) Cox** has been appointed as a Judge of the First-tier Tribunal, assigned to the Immigration and Asylum Chamber, with effect from Feb 3, 2020, and will continue to be known as Judge Gavin Cox.

**Mr David Gareth Mills** has been appointed as a Judge of the First-tier Tribunal, assigned to the Immigration and Asylum Chamber, with effect from Feb 3, 2020, and will be known as Judge Mills.

**Mr Amar Subhas Mehta** has been appointed as a Judge of the First-tier Tribunal, assigned to the Immigration and Asylum Chamber, with effect from Feb 3, 2020, and will be known as Judge Mehta.

## January weather

January began with high pressure over southern parts of the UK, bringing settled weather but generally with plenty of cloud. This gradually moved away south-eastwards, allowing frontal systems in from the west, and from the 7th to the 17th the weather was mild, unsettled and very windy at times. High pressure brought settled weather from the 18th to 25th, with plenty of sunshine initially, but by the 22nd, most places were overcast. Wet and windy weather returned from the 26th, and there was snow in some areas on the 27th and 28th, mainly on high ground, and very mild air returned for the last three days of the month.

The provisional UK mean temperature was 5.6°C, which is 2.0°C above the 1981 to 2010 long-term average, making it the 6th warmest January in a series from 1884. Mean maximum temperatures were generally around 2.0°C above average and mean minimum temperatures were mostly 2.0 to 2.5°C above average. In Northern Ireland, however, both mean maximum and minimum temperatures were only around 1.0°C above average. Frosts were generally fewer than average. Rainfall was 100 per cent of average and it was a wet month in western Scotland, but drier than average in eastern Scotland, north-east England and Northern Ireland. Sunshine was 94 per cent of average: it was a dull month in western Scotland and north-west England, but sunnier than average in north-east England.

The UK monthly extremes were as follows: a maximum temperature of 15.5°C was recorded at Achfary, Sutherland, on the 7th; a minimum temperature of -7.9°C was recorded at Braemar, Aberdeenshire, on the 10th; in the 24 hours ending at 9am on the 11th, 138.0mm of rain fell at Skye Alltdearg House; a wind gust of 76 knots (87mph) was recorded at South Uist, Western Isles, on the 13th; and a snow depth of 15 cm was recorded at Tulloch Bridge, Inverness-shire, on the 28th.

## Other notices

**ORKNEY LIEUTENANCY**
**Miss Elizabeth Elaine Grieve** has been appointed Lord-Lieutenant for Orkney in succession to M James William Spence (Bill), who retired on Jan 19, 2020.

**MORAY LIEUTENANCY**
**Maj Gen the Hon Seymour Hector Russell Hale Monro** has been appointed as Lord-Lieutenant for Moray in succession to Lt Col Grenville Johnston, who retired on Jan 28, 2020.

## ONE HUNDRED YEARS AGO

The Daily Telegraph

LONDON, FEBRUARY 1920

### OFFICIAL LIST OF WAR CRIMINALS.

### ALLIES TO INSIST.

### COMPLETE UNANIMITY.

FROM OUR OWN CORRESPONDENT. PARIS, SUNDAY.

The list of war criminals whose surrender is demanded by the Allies is to be handed to the German Government without delay. It will be accompanied by a covering letter, the text of which was drawn up at the meeting of the Ambassadors' Council yesterday morning. The terms of the further letter to the German Government with respect to the manner in which the surrender is to be carried out and other details will probably be agreed upon at the meeting of the British, French, and Italian Prime Ministers in London this week.

**Yesterday morning many rumours were afloat as to an alleged difference of opinion between the British and French Governments on the question, and there has been a good deal of criticism of the British Prime Minister. They had their origin in the sudden arrival in Paris on Friday of the Lord Chancellor and the Attorney-General, and in the fact that the former was known to have made a very lengthy statement at the meeting of the Ambassadors' Council that evening. Sufficient commentary on this incident is, however, provided by the official communiqué issued at the conclusion of the meeting of the Council yesterday morning, which brought the matter to a settlement. It is as follows:**

"The Conference was unanimous in deciding that the list of accused should be handed to the German Chancellor by the French Chargé d'Affaires in the name of the Allied Powers with the least possible delay."

**The Allies, therefore, remain unanimous in demanding the surrender of the war criminals in accordance with the terms of the Treaty. The Treaty having been finally ratified and being in force, feeling here is insistent that Germany should have to carry out the terms to which she has agreed, and any real difference of opinion between the Allies on this subject would be regarded as most regrettable.**

The list of persons whose surrender is demanded has been in the hands of the French Chargé d'Affaires for several days, inasmuch as it was sent by a special messenger who left here on Wednesday night, travelling in the same train as Herr von Lersner. It was not delivered, however, pending the final instructions from Paris and the receipt of the new covering letter which has been sent by telegram. It is stated that the terms of this letter are practically identical, except in so far as account is taken of the correct attitude of the German Government with regard to Herr von Lersner's departure.

### NO CHANGE OF POLICY.

Reuter's Agency states that while there is great-reluctance in diplomatic or Ministerial quarters to discuss the question arising out of the presentation, of the list of Germans whose trial is demanded by the Allies, it is clear that the situation that has arisen has been largely the result of misunderstanding. It is understood that the list, so far as the French and Belgian portions of it were concerned, was not seen in this country. It has not been a question of change of mind, but of Great Britain being committed to lists she has not seen. Happily, the visit of the Lord Chancellor and the Attorney-General to Paris has resulted in the affair being completely cleared up.

## Church services tomorrow

Third Sunday before Lent

ST PAUL'S CATHEDRAL: 8 HC; 10.15 Mattins; 11.30 Sung Eucharist, Sacrist; 3.15 Evensong, Rev Andrew Richardson; 4.45 Vierne 150 Festival, Joseph Beech; 6 Eucharist.
WESTMINSTER ABBEY: 8 HC; 10 Mattins; 11.15 Sung Eucharist, Precentor; 3 Evensong, Rev Anthony Ball; 5.45 Organ Recital, Matthew Jorysz; 6.30 Evening Service, Very Rev Dr Victor Stock.
SOUTHWARK CATHEDRAL: 9 Eucharist and 11 Choral Eucharist, Missioner; 3 Evensong, Succentor; 6 Service of Light, Rt Rev Michael Doe.
ALL HALLOWS BY THE TOWER: 11 Sung Eucharist, Martin Carr.
ALL SAINTS, Margaret St: 8 and 5.15 Low Masses; 10.20 Morning Prayer; 11 High Mass, Father Michael Bowie; 6 Choral Evensong and Benediction, Father Jack Noble.
ALL SOULS, Langham Pl: 8 HC; 9.30 and 11.30 Morning Service, Rev Femi Adeleye; 5.30 Evening Service, Rev Femi Adeleye.
GROSVENOR CHAPEL, South Audley St: 11 Sung Eucharist, Rev Dr Richard Fermer.
HTB Brompton Rd: Informal Services: 9.30, 11.30, 5 and 7 Rev Stephen Foster.
HTB Onslow Square: Informal Services: 10.30 Louie Van Der Hart; 4.30 and 6.30 Rev Stephen Foster.
HOLY TRINITY, Sloane Square: 8.30 HC; 11 Sung Eucharist, Canon Nicholas Wheeler; 6 Choral Evensong and Benediction.
ST BRIDE'S, Fleet St: 11 Choral Eucharist, Rector; 5.30 Choral Evensong, Sermon in Music.
ST CLEMENT DANES, Strand: 11 Choral Mattins, Rev David Osborn.
ST GEORGE'S, Windsor: 8.30 HC; 10.45 Mattins, Canon Dr Mark Powell; 12 Sung Eucharist; 5.15 Evensong.
ST GILES-IN-THE-FIELDS: 11 Sung Eucharist, Rev Neil Bunker; 6.30 Evensong, Ven Bill Jacob.
ST JAMES GARLICKHYTHE, Garlick Hill: 10.30 Sung Eucharist, Rev Tim Handley.
ST JAMES'S, Piccadilly: 9.15 Eucharist; 11 Parish Eucharist, Dr Lia Shimada.
ST JAMES'S, Sussex Gardens: 10.30 High Mass and Sunday School.
ST MARGARET'S, Westminster: 11 Sung Eucharist, Rev Dr Fiona Stewart-Darling.
ST MARTIN-IN-THE-FIELDS: 10 Parish Eucharist, Rev Catherine Duce; 1.30 Service in Mandarin and Cantonese; 5 Choral Evensong, Rev Sally Hitchiner.
ST MARYLEBONE, Marylebone Rd: 8.30 HC, Rev Jack Noble; 11 Choral Eucharist, Canon Dr Stephen Evans.
ST PAUL'S, Covent Gdn: 11 Sung Eucharist; 4 Choral Evensong.
ST PAUL'S, Knightsbridge: 9 Family Mass and 11 Solemn High Mass, Rev Alan Gyle.
TEMPLE CHURCH, Fleet St: 8.30 HC; 11.15 Choral Communion, The Master.
QUEEN'S CHAPEL, Savoy Hill: 11 Sung Eucharist, Chaplain.
CHAPEL ROYAL, Hampton Court Palace: 8.30 HC; 11 Choral Mattins, Canon Jeremy Dussek; 3.30 Choral Evensong.
CHAPEL ROYAL, St James's Palace: 8.30 HC; 11.15 Sung Mattins, Canon Dr Mark Pryce.
CHAPEL ROYAL of St Peter ad Vincula, Tower of London: 9.15 HC; 11 Mattins with Sermon, Canon Roger Hall.
GUARDS CHAPEL, Wellington Barracks: 11 Mattins, Band of the Grenadier Guards, Rev Matthew Dietz.
OLD ROYAL NAVAL COLLEGE CHAPEL, Greenwich: 11 Choral Eucharist with Baptism, Rev Dr Susan Blackall.
CROWN COURT (C-o-S), Covent Gdn: 11.15 Morning Service, Rev Forbes Walker; 6.30 Evening Service, Rev Philip Majcher.
ST COLUMBA'S (C-o-S), Pont St: 11 Morning Service, Rev Angus MacLeod.
WESTMINSTER CATHEDRAL: Masses: 8, 9, 12, 5.30, 7; 10 Morning Prayer; 10.30 Solemn Mass; 3.30 Solemn Vespers and Benediction.
THE ORATORY, Brompton Rd: Masses: 8, 9, 10, 11, 12.30, 4.30, 7; 3.30 Sung Vespers and Benediction.
GREEK ORTHODOX CATHEDRAL, Moscow Rd: 9.30 Mattins and Divine Liturgy.
SALVATION ARMY, Oxford St: 11 Worship Meeting; 3 Worship Meeting, Col Evie Diaz.
WESLEY'S CHAPEL, City Rd: 9.45 HC Rev Dr Jennifer Smith; 11 Morning Service, Rev Steven Cooper; 7 International Prayer Service, Rev Steven Cooper.
WESTMINSTER CHAPEL, Buckingham Gate: 11 Morning Service, Howard Satterthwaite.
WESTMINSTER METHODIST CENTRAL HALL: 11 Morning Worship, Rev Tony Miles; 6 Reflective Service, Deacon Ali McMillan.
ARMAGH: 11 Sung Eucharist, Canon David Hilliard; 3.15 Choral Evensong and Litany.
BIRMINGHAM: 9 HC; 11 Choral Eucharist, Canon Dr Josephine Houghton; 3.30 Choral Evensong, Very Rev Matt Thompson.
BLACKBURN: 8 HC; 9 Parish Communion; 10.30 Cathedral Eucharist; 4 Evensong.
BRADFORD: 8 HC; 10.15 Cathedral Eucharist, Canon Paul Maybury; 4 Choral Evensong, Canon Paul Maybury.
BRISTOL: 7.40 Morning Prayer; 8 HC; 10 Cathedral Eucharist, Rt Rev Alastair Redfern; 3.30 Choral Evensong, Rev Sarah Evans.
CAMBRIDGE, St John's College Chapel: 10.30 Sung Eucharist, Dean; 6 Organ Recital, Andrew Lumsden; 6.30 Sung Evensong with Address, Prof Máire Ní Mhaonaigh.
CANTERBURY: 8 HC; 9.30 Morning Prayer (said); 11 Sung Eucharist, Precentor; 3.15 Evensong; 5.30 King's School Confirmation.
CARLISLE: 7.40 Morning Prayer; 8 HC; 10.30 PLUS Eucharist with the Admission of Choristers, Canon Michael Manley; 3 Choral Evensong.
CHELMSFORD: 8 HC, Rev Kate Moore; 9.30 Parish Eucharist, Canon Imogen Nay; 11.15 Mattins, Canon Ivor Moody; 3.30 Choral Evensong, Canon Ivor Moody.
CHESTER: 8 HC; 10 Cathedral Eucharist, Canon Jane Brooke; 11.30 Choral Mattins; 3.30 Choral Evensong; 6.30 Sung Compline.
CHICHESTER: 8 HC; 10 Mattins, Rev Ish Smale; 11 Sung Eucharist, Precentor; 3.30 Evensong.
COVENTRY: 8 HC; 10.30 Cathedral Eucharist, Rev Kathryn Fleming; 4 Choral Evensong, John Lloyd; 6 "Six on Sunday".
DERBY: 8 HC; 9.15 Sung Eucharist, Precentor; 10.45 Cathedral Eucharist, Precentor; 6 Evensong, Rev James Durrant.
DURHAM: 8 HC; 10 Mattins, Canon Michael Everitt; 11.15 Sung Eucharist, Canon Simon Oliver; 3.30 Evensong.
ELY: 8.15 HC; 10.30 Sung Eucharist, Rev Prof David Thompson; 4 Evensong, Canon Jessica Martin.
EXETER: 8 HC; 9.15 Morning Prayer; 10 Choral Eucharist, Canon Prof Morwenna Ludlow; 4 Choral Evensong, Rev Phil Wales; 7 Holy Ground.
GLASGOW, ST MUNGO'S (C-o-S): 11 Morning Service; 4 Choral Evensong.
GLOUCESTER: 7.40 Morning Prayer; 8 HC; 10.15 Eucharist, Canon Richard Mitchell; 3 Evensong, Canon Sandra Millar.
GUILDFORD: 8 HC; 9.45 Cathedral Eucharist, Rev Duncan Myers; 6 Evensong, Rev Dr Andrew Bishop.
HEREFORD: 8 HC; 10 Cathedral Eucharist, Chancellor; 11.30 Mattins; 3.30 Evensong Celebrating the Centenary of the Herefordshire Federation of Women's Institutes, Dean.
INVERNESS: 8.15 Holy Eucharist; 9.15 Holy Eucharist, Very Rev S. Murray; 11 Choral Eucharist, Very Rev S. Murray; 5.30 Holy Eucharist in Gaelic, Rev Dr I. Macritchie.
LICHFIELD: 7.40 Morning Prayer; 8 HC; 10.30 Choral Eucharist with Children's Church, Rev Romita Shrisunder; 3 Choral Evensong and Homily.
LINCOLN: 7.45 Litany; 8 HC; 10.30 Jazz Eucharist, Rev Rachel Revely; 12.30 HC; 3.45 Evensong.
LIVERPOOL METROPOLITAN CATHEDRAL: 8.30 Morning Mass; 10 Family Mass; 11 Solemn Choral Mass; 1 Polish Community Mass; 3 Choral Evening Prayer; 7 Evening Mass.
LLANDAFF: 7.30 Mattins (said); 8 Holy Eucharist, Precentor; 9 Parish Eucharist, Precentor; 11 Choral Eucharist, Precentor; 12.30 Holy Eucharist; 3.30 Festal Evensong and Opening Service of the Cathedral 900 Celebrations, Dean.
MANCHESTER: 8.45 Mattins; 9 HC; 10.30 Sung Eucharist, Canon David Holgate; 5.30 Choral Evensong.
NEWCASTLE: 8 HC; 8.30 Morning Prayer; 10 Sung Eucharist, Archdeacon; 4 Choral Evensong.
NORWICH: 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Dr Jan Sheldon; 3.30 Evensong, Canon Andy Bryant; 6 Compline.
OXFORD: 8 HC; 8.45 College Communion, Rev Charlie Kerr; 9.45 Choral Mattins, Precentor; 11 Choral Eucharist, Very Rev Robert Grimley; 6 Choral Evensong.
PETERBOROUGH: 8 HC; 9.15 Morning Prayer (said); 10.30 Cathedral Eucharist, Dean; 3.30 Evensong; 5.30 Pre-Tour Concert by the Cathedral Choir.
PORTSMOUTH: 8 HC; 10.30 Eucharist, Dean; 6 Choral Evensong, Canon Anthony Rustell.
RIPON: 8 Eucharist, Canon Barry Pyke; 9.30 Morning Prayer; 10.30 Sung Eucharist, Dean; 12.30 Eucharist; 3.30 Evensong, Rev Caitlin Carmichael-Davis.
ROCHESTER: 8 HC; 9.45 Choral Mattins; 10.30 Cathedral Eucharist, Canon Jeremy Blunden; 3.15 Choral Evensong.
ST ALBAN: 8 Eucharist; 9.30 Parish Eucharist, Rev Jon Stevens; 11.15 Choral Eucharist, Canon Tim Lomax; 6.30 Evensong, Canon Tim Bull.
ST ASAPH: 8 Holy Eucharist; 9.30 Parish Eucharist; 11 Cathedral Eucharist, Dean; 3.30 Choral Evensong. ST DAVIDS: 8 HC; 9.30 Parish Communion, Gillian Butcher; 11.15 Choral Eucharist, Canon Andrew Grace; 4 Choral Evensong, Dean.
ST EDMUNDSBURY and IPSWICH: 8 HC; 10 Sung Eucharist, Canon John Parr; 11.30 Mattins; 3.30 Evensong; 6 Taizé Service.
SALISBURY: 8 HC; 9.15 Choral Mattins; 10.30 Eucharist, Precentor; 4.30 Choral Evensong, Treasurer.
SHEFFIELD: 8 HC; 9.30 Morning Prayer; 10.30 Cathedral Eucharist, Dean; 4 Choral Evensong, Rev Ian Maher.
SOUTHWELL: 7.30 Litany; 8 HC, Precentor; 9.30 Family Eucharist, Rev David McCoulough; 11.15 Mattins, Rev David McCoulough; 3.30 Evensong.
TRURO: 7.30 Morning Prayer; 8 HC; 10 Sung Eucharist, Chancellor; 4 Evensong, Dean.
WAKEFIELD: 8 HC; 9.15 and 11 Sung Eucharist, Dean; 3.30 Choral Evensong.
WELLS: 8 HC; 9.45 Cathedral Eucharist, Chancellor; 11.30 Mattins; 3 Evensong Incorporating a Celebration of Volunteering in Somerset; 6.30 Wells Cathedral School Service.
WINCHESTER: 8 HC; 9.45 Mattins, Dean; 11 Sung Eucharist, Canon Nick Fennemore; 3.30 Evensong, Canon Roland Riem.
WORCESTER: 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Dean; 4 Evensong; 6.30 Sung Eucharist, Dean.
YORK: 8 HC; 10 Sung Eucharist, Dean; 11.30 Mattins, Pastor; 4 Evensong, Precentor.

# Announcements

**Telephone:** 0800 072 32 32 or 01622 335087 Fax: 020 79313370
**Email:** announcements.ads@telegraph.co.uk **Book online:** announcements.telegraph.co.uk

## Births

ALLEN.—On January 30th, to Philippa (née Caley) and David, a daughter, Hester Annie, a sister for Iris.
*Online ref: A239306*

ASTOR.—On 3rd January 2020, in Hong Kong, to Victoria (née Hargreaves) and Jake, a daughter, Cosima Mary, a sister for Sibyl and Atalanta.
*Online ref: A239320*

CAPLETON.—On February 1st 2020, at St Thomas' Hospital, to Sophie (née King) and Paul. Their first born son, Henry George Christopher. Will play cricket for England.
*Online ref: 579522*

CRAWFORD.—On 5th December 2019, to Sarah and Peter, a son, Edward Charles Balthazar, a brother for William.
*Online ref: A239219*

## Deaths

AULSEBROOKE.—Rodney Stanley on 31st January 2020, aged 79. "Gone to The Happy Hunting Ground". Beloved husband of Rosemary. All enquiries to Humphris Funerals. Tel: 01295 265424 or via www.humphrisfunerals.co.uk
*Online ref: 579378*

DE REUCK.—Kathleen Marjorie, died peacefully on 28th January 2020, aged 90. Much loved wife of Tony and nephews and nieces in both the UK and Belgium. Cremation at Mortlake Crematorium, Richmond, TW9 4EN on 20th February at 2.20 p.m. No flowers please, but donations to Dementia UK via www.holmesdaughters.uk
*Online ref: A239337*

DUNNETT.—Margaret Eileen. Died peacefully at home on 24th January 2020, aged 96 years. Service of Thanksgiving on Friday 21st February 2020, 3 p.m. at St Peter & St Paul's Church, Wadhurst TN5 6AA. No flowers please. Charitable donations in memory of Margaret can be made online via the funeral directors. www.cwaterhouse.co.uk. Tel: 01435 882219.
*Online ref: 579314*

FOSTER.—Cecile Daphne, passed away peacefully on 19th January 2020. Widow of Captain Michael Foster, much loved and greatly missed by her family. The Funeral Service will be held at St Mary Abbots Church, Kensington Church Street, Kensington W8 4LA on Saturday 22nd February 2020 at 12 noon. Family flowers only.
*Online ref: 579377*

GAUNTLETT.-Roland Bodley of Beaumount Rise, Marlow. Died on 28th December 2019, aged 86 years. Brother of Gilbert, uncle to Matthew, Madeleine and the late Daniel. Funeral at Llanelltyd Church, near Dolgellau LL40 2SU on Thursday 13th February at 2 p.m. Enquiries to Glyn Rees and Son Funeral Directors, 5 Eldon Row, Dolgellau, Gwynedd, LL40 1PY. Tel: 01341422 322 or Dinas Mawddwy. Tel: 01650 531240.
*Online ref: A239333*

GRIEVE.—Colonel Jean Veronica, RRC, QARANC. Passed away peacefully on 2nd February 2020, aged 88 years. Much loved sister of Joyce (dec'd), brother Ian and sister-in-law Judy and Keith (dec'd). Thanksgiving Service on Wednesday 19th February at 2.30 p.m., Holy Cross Church, Newton Ferrers, Devon. Donations, if desired, to St Luke's Hospice, Plymouth. Enquiries to James Brothers. Tel: 01752 881419.
*Online ref: A239346*

HEPTINSTALL.—Dr Diana, aged 84, died peacefully in Eastbourne on 31st January 2020. Beloved wife of the late Roger and much loved mother to Sally, Serena and Anthony. Grandmother to Guy, Oliver, Chloe, Liv, Joshua, Rosie and Phoebe and great grandmother to Toby. Funeral at St John's, St John's Road, Eastbourne BN20 7ND at 2.30 p.m. on Thursday 13th February 2020. Donations to St Wilfrid's Hospice, Eastbourne and British Heart Foundation c/o Haine & Son, 19 South Street, Eastbourne BN214UJ. Tel: 01323 727801.
*Online ref: A239353*

JAMES.—Brian Edward, passed away peacefully on February 3rd 2020, at the age of 90, surrounded by family. He was predeceased by his beloved wife, Vivienne (Beharrell). Much loved father of Chris (Susan), Juliet (Steve), and Stephanie (Sal). Brian cherished his nine grandchildren and four great grandchildren. Born in London, England to Helen and Leonard James, Brian graduated from Oxford University and served in the RAF. Brian moved to Canada and spent his career working for the Dunlop Tire Company followed by the Rubber Association of Canada as president. Funeral Service will take place on Monday February 10th 2020 at Grace Church-on-the-Hill, Toronto, Canada.
*Online ref: 579463*

JEFFREY.—Phil (William) passed away on 30th January 2020, aged 96 years old. Father of Phil (Simon) and Mark. His Funeral Service will take place at St Augustine's Church, Heelands, Milton Keynes on Tuesday 18th February 2020 at 12.30 p.m. Enquiries to: Finch & Sons Funerals, 231 Queensway, Bletchley, Milton Keynes MK2 2EH. Tel: 01908 367777.
*Online ref: 579487*

JONES.—Margaret Ann (née Phillips) passed away peacefully at Priors House, Royal Leamington Spa on 28th January 2020, aged 88 years. Adored by her husband Trevor and a much loved mother of Liz, Chris and Kate, a grandmother and great grandmother, she will be sadly missed by all her family and many friends. Funeral Service to take place on Wednesday 19th February 2020, Oakley Wood Crematorium, North Chapel at 3 p.m. No flowers please. Donations, if desired, to Cancer Research UK. Enquiries to John Taylor Funeralcare. Tel: 01926 426052.
*Online ref: 579415*

LANG.—Gordon. Peacefully at his Carnoustie home on 5th February 2020, aged 85. Loved husband of Helen, father of Carin, Alasdair, Lisa, Morag, Catriona, Heidi and Douglas. Journalist, military historian, author, TT rider, Rangers supporter and ardent Brexiteer. Funeral private, no flowers please.
*Online ref: A239338*

MARKS.—Yvonne, latterly of Kirriemuir. Passed away peacefully, after a short illness on 27th January 2020. Beloved wife of Derek. Enquiries to John Ross Funeral Services Ltd. Tel: 01479 872222 or info@johnrossfuneralservices.com
*Online ref: 579500*

MURRAY.—D.N.T. (Neil) Commander RN. Died peacefully on 1st February 2020 aged 87 in Dundee. In the loving company of his wife Joss and children Cicely and Sam. Private cremation service. Memorial service to be announced at a later date.
*Online ref: A239351*

RADCLYFFE.—William Anthony Robin, peacefully on 9th January 2020. Much loved by Patricia and his children Charles, Kathryn and Claire. Funeral on Tuesday 25th February, 11.45 a.m. at Randalls Park Crematorium, Leatherhead KT22 0AG. Family flowers. Donations for Kids for Kids to Sherlocks Trellis House, 190 South St, Dorking RH4 2ES. Tel: 01306 882266.
*Online ref: 579483*

RANDALL.—Derek George died peacefully on Monday 27th January 2020. Much loved father of Stephen, Julia and Gillie and stepfather to Rupert. He had a great love of the good things in life. Service of Thanksgiving at Chalfont St Giles Parish Church, High Street, Chalfont St Giles HP8 4QF on Thursday 20th February at 12 noon. Enquiries to: Arnold Funeral Services. Tel: 01753 891892.
*Online ref: 579417*

ROSS.—John Mitchell died peacefully at home on 31st January 2020, aged 88. Devoted husband and loving father and grandfather. Private cremation. No flowers. Thanksgiving service to follow.
*Online ref: 579362*

SCOTT.— Peter Hird, died peacefully on 15th January 2020, in his 89th year, in Gosforth. Stockton solicitor, formerly of Egglescliffe, loving husband of Gabriel, brother of Michael, beloved father of Lucy, George and Rebecca, father-in-law of Paul and Sophie, and adored Papa of Martha, Alice, Madeleine, Edward, James and Rory. Funeral to be held at St Mary's, Crathorne at 12 noon on Friday 21st February, followed by a reception at Crathorne Hall Hotel. Family flowers only. Donations to RNLI and Parkinson's UK.
*Online ref: A239292*

SHENSTONE.—Doris (née Harvey), widow of Beverley Shenstone, died quietly at home in Devon on Wednesday 5th February 2020, 4 days after her 99th birthday. Mother to Christine, David and Saxon, she will be hugely missed by her family and wide circle of friends.
*Online ref: 579503*

SIMS.—Jeremy John, died on 31st January. Dearly loved husband and father. Funeral Service to be held on Tuesday 25th February at 1 p.m. at West Berkshire Crematorium. Family flowers only please, but donations in his memory, if desired, to Sue Ryder - Duchess of Kent Hospice c/o R C Smallbone Funeral Directors, 37 Pound Street, Newbury, RG14 6AE.
*Online ref: A239270*

STEVENS.—William Col OBE, died peacefully on 27th January 2020, cherished husband, father and grandfather. A perfect gentleman with a wicked sense of humour. Private family cremation. A Service of Thanksgiving will be held at St John the Baptist, Shedfield, Hampshire, SO32 2HY on Tuesday 10th March at 2 p.m. Bright colours and red socks please.
*Online ref: A239345*

STRONG.—Richard James died peacefully on Friday 7th February, aged 83. Adored husband of Camilla, wonderful father of Melissa, Amanda, Samantha, James and a loving grandfather. Small family funeral in Bletsoe on Friday 14th February. A memorial service to be held in London in the Spring.
*Online ref: 579524*

WALFORD.—Michael (Boy), on 6th February, peacefully at home after a long struggle with dementia. Thanksgiving Service on Friday 21st February at St Catherine's, Wolverton at 2.30 p.m. All welcome.
*Online ref: 579512*

WISE.—Sally Loretto, died peacefully at home on 3rd February 2020, with Nick by her side. Much loved mother of Lucy and grandmother to Millie and Lottie. A memorial service will be held on 30th April at St Peter's Church, Titchfield in full colour.
*Online ref: A239352*

WOODFORD.—Michael Henry died peacefully at home on 23rd January 2020, aged 95. Devoted partner of Jennifer, much loved brother of David and Janis, father of Nicola, Rosemary and John, grandfather and great-grandfather. Small private committal at Higher Ground Meadow, Corscombe, on 17th February 2020, overlooking the Dorset countryside that he so loved.
*Online ref: A239354*

## Personal

### Text for the day

DO NOT err, my beloved brethren. Every good gift and every perfect gift is from above, and cometh down from the Father of lights, with whom is no variableness, neither shadow of turning.
*James 1.16-17*

### Charities

THE BOOK OF COMMON PRAYER
A Christian treasure. Make sure it never falls from use. Join the Prayer Book Society, www.pbs.org.uk 01380 870384.
*Online ref: 525278*

### Trustee notices

NOTICE IS HEREBY GIVEN, pursuant to s.27 of the Trustee Act 1925, that the personal representatives of the deceased persons referred to below intend to convey to or distribute among the persons entitled thereto the real or personal property of the deceased and require any person interested to send to the personal representatives, or their solicitors named below, by not later than the date given below, particulars of his claim in respect of the property.

DONALDSON, Wendy, late of Coniston Court, Holland Road, Hove, BN3 1JU. Died on 26th November 2019. Particulars to Bibi Fortin Lees c/o Adams and Remers, Trinity House, School Hill, Lewes, East Sussex, BN7 2NN, on or before 16th April 2020.

RANSFORD, Ronald, late of Flat 2 Filton Court, Farrow Lane, London SE14 5DL. Died on 13th September 2019. All particulars to Meaby & Co Solicitors LLP, 3-4 Portland Mews, Soho, London W1F 8JF, on or before 17th April 2020.

### Legal Notices

IN THE HIGH COURT OF JUSTICE
CR-2020-000577

BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES
COMPANIES COURT (ChD)

IN THE MATTER OF CICERO CONSULTING LIMITED

- and-

IN THE MATTER OF THE COMPANIES ACT 2006

NOTICE IS HEREBY GIVEN that a Claim Form was on 3 February 2020 issued before Her Majesty's High Court of Justice for the confirmation of the reduction of the share capital of the Company, by cancelling and extinguishing a total of 204,453 Ordinary Shares of £0.10 each that were purportedly repurchased by the Company between about November 2016 and about June 2019 AND NOTICE IS FURTHER GIVEN that the said Claim Form is directed to be heard before the Insolvency and Companies Court Judge of the Companies Court at the Royal Courts of Justice, The Rolls Building, 7 Rolls Buildings, Fetter Lane, London, EC4A1NL on Tuesday, 18 February 2020.

ANY Creditor or Shareholder or former Shareholder of the Company or any other person claiming to be interested in the relief concerned and wishing to oppose the making of an Order for confirmation of the above reduction of share capital should appear at the time of hearing in person or by Counsel for that purpose.

A copy of the Claim Form will be furnished to any such person requiring the same by the undermentioned Solicitors on payment of the regulated charge.

Date: Saturday, 8 February 2020

Wellers Law Group LLP
65 Leadenhall Street
London EC3A 2AD
DDI: +44(0) 20 74816383
(Ref: J Reeves)
Solicitors for the above Company

### Legal Notices

IN THE HIGH COURT OF JUSTICE
CR-2020-000729

BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES
COMPANIES COURT (ChD)

IN THE MATTER OF CICERO ONLINE LIMITED

- and-

IN THE MATTER OF THE COMPANIES ACT 2006

NOTICE IS HEREBY GIVEN that a Claim Form was on 3 February 2020 issued before Her Majesty's High Court of Justice for the confirmation of the reduction of the share capital of the Company, by cancelling and extinguishing a total of 162,479 Ordinary Shares of £0.10 each that were purportedly repurchased by the Company between about December 2015 and about May 2019 AND NOTICE IS FURTHER GIVEN that the said Claim Form is directed to be heard before the Insolvency and Companies Court Judge of the Companies Court at the Royal Courts of Justice, The Rolls Building, 7 Rolls Buildings, Fetter Lane, London, EC4A1NL on Tuesday, 18 February 2020.

ANY Creditor or Shareholder or former Shareholder of the Company or any other person claiming to be interested in the relief concerned and wishing to oppose the making of an Order for confirmation of the above reduction of share capital should appear at the time of hearing in person or by Counsel for that purpose.

A copy of the Claim Form will be furnished to any such person requiring the same by the undermentioned Solicitors on payment of the regulated charge.

Date: Saturday, 8 February 2020

Wellers Law Group LLP
65 Leadenhall Street
London EC3A 2AD
DDI: 444(0) 20 7481 6383
(Ref: J Reeves)
Solicitors for the above Company

### Legal Notices

SUMMONS

United States District Court for the Southern District of New York
Judge John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Civil Action No. 1:19-cv-05631-JGK

COMMODITY FUTURES TRADING COMMISSION,
Plaintiff,
v.
Control-Finance Limited and Benjamin Reynolds,

Defendants.

SUMMONS IN A CIVIL ACTION

To: Benjamin Reynolds

A lawsuit has been filed against you in the United States District Court for the Southern District of New York. YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEYS, Division of Enforcement, Commodity Futures Trading Commission, 1155 21st Street, NW, Washington, DC 20581, an answer to the Complaint, accessible at the CFTC's website https://www.cftc.gov/PressRoom/PressReleases/7938-19 or a motion under Rule 12 of the Federal Rules of Civil Procedure within 21 days after service of this summons on you by publication. You must also file your Answer or motion with the Court. If you fail to respond, judgment by default will be taken against you for the relief demanded in the Complaint.

### Public notices

WE BELMONT CHILDREN'S FARM LTD, The Ridgeway, Mill Hill, London, hereby give notice that, in not less than two months after publication of this notice, we intend to make application to the Barnet London Borough Council for the licence to operate a proposed zoo at Belmont Children's Farm, The Ridgeway, Mill Hill, London NW7 1QT.
A written notice of the intention to make application for a zoo licence, giving details about the proposed zoo, has been sent to the said Council. This may be inspected, free of charge, at the office of the Council at Building 4 North London Business Park, Oakleigh Road South, London N11 1NP between 0900hr and 1700hr.

## Personal

### Data Privacy

When you respond to Telegraph Media Group Limited's competitions, offers or promotions, we may use your information for marketing purposes.
• We will contact you by mail or telephone to let you know about any of our special offers, products and services which may be of interest to you unless you have asked us not to. We will only contact you by email, text message, or similar electronic means with your permission. We will only pass your name on to third parties if you have consented for us to do so.
• In some cases our special offers, products and services may be provided, on our behalf, by our partners. If you have agreed to be contacted by us, your personal information may be passed to our partners. However, in all such cases we remain a data controller of your personal information.
• When responding to competitions, offers or promotions by postcard, if you do not wish for your details to be used by us to send you special offers, please make this clear by stating "No Offers".
• We respect your data privacy. You may modify your preferences or get further information by writing to us at Data Privacy, Telegraph Customer Service Victory House Meeting House Lane Chatham Kent ME4 4TT or by email to data.protection@telegraph.co.uk.

Send your valentine a message of love.

On February 14 we will be running a special valentine message section in the paper. It costs £25 for four lines with each additional line costing £2.50, plus VAT. All messages will also appear online at announcements.telegraph.co.uk

To place a message or for further information: e-mail **announcements.ads@telegraph.co.uk** call **0800 072 3232** or fax **0207 931 3370.**

The Daily Telegraph
The Sunday Telegraph

The Telegraph BOOKSHOP

Save over 10%

Victory in the Kitchen
By Annie Gray

The Life of Churchill's Cook

This is the story of a woman who was not a royal, not rich, not famous - simply someone who worked hard and enjoyed her life.

From 1882, she ranged through life in the country, life in the town, life in her own house and in those of others. She travelled, married, had children and developed a highly successful career. For awhile, Georgina Landemare saw herself as ordinary. But her accomplishments and the life that she lived were anything but.

From being a nursemaid, she became the cook for Winston Churchill, one of the best-known figures in British history - a man to whom food was central, not only as a pleasure in itself, but as an aid to diplomacy when the world was embroiled in war.

£14.99 (RRP £16.99)

08448711514
books.telegraph.co.uk

Subject to availability. Offer price valid at time of printing. Please add £2.50 for standard shipping of orders under £20, or £3.99 for premium delivery for all orders. Lines open Monday-Saturday 9am-5.30pm and Sunday 10am-2pm. Calls cost no more than 5p per minute from BT landlines (other networks may vary). Please refer to the Data Protection Notice in today's Personal Column.