# EXHIBIT 1

**DECLARATION OF DAVID REGAN**
**PURSUANT TO 28 U.S.C. § 1746**

I, David Regan, hereby make the following declaration based upon my personal knowledge:

1. I am making this declaration voluntarily, and I authorize its use by the Commodity Futures Trading Commission or its representatives in any proceeding relating to the matters described herein.

2. I am over 21 years of age and I reside in Moorestown, NJ.

3. In or around August 2017, I learned of a company called Control-Finance that was advertising itself on the internet. According to its website, www.control-finance.com, and multiple YouTube videos that I reviewed, Control-Finance guaranteed to earn investors a return on their Bitcoin deposits.

4. Control-Finance's website allowed me to view my investment and to deposit Bitcoin with Control-Finance, but I was never allowed to withdraw Bitcoin from my Control-Finance account.

5. The deposit page directed me to transfer Bitcoin to wallet address 19ckbADxpqaSyL5yuLAXdD6Ud6WmUh5URh. I then sent approximately $1,628 of Bitcoin that I owned to Control-Finance at the aforementioned wallet address.

6. In or around fall 2017, www.control-finance.com was no longer available online, and I was unable to access my account or view my investment.

7. I lost all of my investment in Control-Finance, and I never received any money or Bitcoin from Control-Finance.

I declare under penalty of perjury that the foregoing is true and correct.

_____
David Regan

Executed on  5/24/18   at  Moorestown, NJ
             [Date]          [Location]