# EXHIBIT 2

**DECLARATION OF ALVIN LEWIS**
**PURSUANT TO 28 U.S.C. § 1746**

I, Alvin Lewis, hereby make the following declaration based upon my personal knowledge:

1. I am making this declaration voluntarily, and I authorize its use by the Commodity Futures Trading Commission or its representatives in any proceeding relating to the matters described herein.

2. I am over 21 years of age and I reside in the Bronx, New York City.

3. In or around August 2017, I learned of a company called Control-Finance that was advertising itself on the internet. According to its website, www.control-finance.com, Control-Finance guaranteed to earn investors a return on their Bitcoin deposits.

4. Also in or around August 2017, a friend, acting on my behalf, invested approximately $400 of Bitcoin that I owned with Control-Finance.

5. Control-Finance used a website, www.control-finance.com, which allowed me to view my investment and to deposit or withdraw Bitcoin.

6. In or around fall 2017, www.control-finance.com was no longer available online, and I was unable to access my account or view my investment.

7. I lost all of my investment in Control-Finance, and I never received any money or Bitcoin from Control-Finance.

I declare under penalty of perjury that the foregoing is true and correct.

_(signature)_
Alvin Lewis

Executed on  5-24-2018  at  BRONX, NY
             [Date]           [Location]