# EXHIBIT 4

**DECLARATION OF MICHAEL ANTHONY**
**PURSUANT TO 28 U.S.C. § 1746**

I, Michael Anthony, hereby make the following declaration based upon my personal knowledge:

1.  I am making this declaration voluntarily, and I authorize its use by the Commodity Futures Trading Commission ("Commission") or its representatives in any proceeding pertaining to the matters described herein.

2.  I am over 21 years of age and I reside in Mays Landing, NJ.

3.  In approximately July 2017, I watched a YouTube video with information about a company called Control-Finance Limited ("Control-Finance"). The YouTube video featured an investor in Control-Finance who claimed to be receiving Bitcoin trading income from Control-Finance. The person in the YouTube video also said that Control-Finance provided real-time profit reports that were generated by Control-Finance's trading service.

4.  The YouTube video I watched contained an affiliate hyperlink that directed me to the Control-Finance home page at www.control-finance.com (the "Control-Finance Website"). From there, I could review some of their past profit reports. It also had a link where I could sign up and make a deposit through their payment page.

5.  Based on what I had seen in the YouTube video, in approximately July 2017, I used the affiliate hyperlink to get to the payment page at the Control-Finance Website. This page directed me to transfer Bitcoin to wallet address 19ckbADxpqaSyL5yuLAXdD6Ud6WmUh5URh. I then transferred $301.76 in Bitcoin to wallet address 19ckbADxpqaSyL5yuLAXdD6Ud6WmUh5URh.

1

6. Around September 10 or 11, 2017, the Control-Finance Website unexpectedly shut down, which prevented me from withdrawing the Bitcoin I deposited with Control-Finance in July 2017.

7. On September 11, 2017, I received an email from Control-Finance stating that there was "an issue with delayed payments, but we're establishing a new algorithm for automated processing of all payments which will release your delayed payments in a short time."  A true and correct copy of this email message is attached as Exhibit A.

8. On September 12, 2017, I received another email from Control-Finance, the full text of which provided:

> "We would like to inform you of the urgent news. Our lawyers received information about the conditions for unlocking all trading accounts of the company. One of them is getting the necessary package of documents and license. This will allow us to restore access to our accounts and conduct our trading activities on the crypto-currency markets completely legally.
>
> Blocking of accounts at the moment and suspension of payments is considered to be a force majeure situation. In this connection, we are forced to fulfill our obligations to clients.
>
> This will be organized in the form of, payment of the customer's deposit (taking into account already previously paid applications for payment of profit on deposits), i.e. according to the formula:
>
> The deposit minus the amount of all applications, for the payment of profits, is equal to the balance for payment. All payments will be made in 45 days and extend until the end of October.
>
> The site will temporarily stop working, but all customer databases with their payment and contact details will be stored on a separate server of the company, this will make all payments to our customers.
>
> Since November, our company will resume its work in a fully legal regime, when all necessary documents will be received and the frozen accounts of the company will be unblocked.
>
> As general director of the company, I ask you to keep your peace of mind and wait for the payment. The first payments were already made on

*September 11 and will continue, until the end of October. I want to keep
my honest name and the name of our company. I will prove that you can
trust me and the company."*

A true and correct copy of this email message is attached as Exhibit B.

9.  Control-Finance has never returned any of the Bitcoin that I deposited in July 2017, and I

    never received a single payment or any refund from the company.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Michael Anthony

Executed on ___5/21/2018_____ at_____Mays Landing, NJ_____
               [Date]                                    [Location]

# EXHIBIT A

 **Gmail**

**Mike J Anthony <████@gmail.com>**

## Official News of Control Finance
1 message

**admin@control-finance.com** <admin@control-finance.com>                    Mon, Sep 11, 2017 at 6:51 PM
To: ████ @gmail.com

Hello Mike J Anthony

As you all know we currently experience an issue with delayed payments,
but we're now establishing a new algorithm for automated processing of
all payments which will release your delayed payments in a short time.
We have a big amount of withdrawal requests, so we can't process them
all manually, but the new system will be up and running since on
September 11, 12:00 PM (UK Time).

In accordance with our new guidelines for traders, we have diversified
the funds on trading accounts, which led to blocking of a few of them.
The exchange reps informed us that the accounts were temporarily blocked
as a measure against money laundering. Our lawyers are working to
activate the accounts and according to the information from the
exchange, our accounts will be unblocked not later than September 17.

These challenges putting us on test, but we feel your support and we
guarantee that we'll fulfill all obligations given to our customers. I
hope for your understanding. We will live through the challenges and
continue our stable growth to high profits as we always did in our company.

# EXHIBIT B

Case 1:19-cv-05631-MKV   Document 35-4   Filed 08/20/20   Page 8 of 8

 Gmail                                    **Mike J Anthony <▮▮▮▮▮@gmail.com>**

---

## News
1 message

---

**admin@control-finance.com** <admin@control-finance.com>                    Tue, Sep 12, 2017 at 2:14 PM
To: ▮▮▮▮▮@gmail.com

Hello Mike J Anthony

We would like to inform you of the urgent news. Our lawyers received information about the conditions for unlocking all trading accounts of the company. One of them is getting the necessary package of documents and license. This will allow us to restore access to our accounts and conduct our trading activities on the crypto-currency markets completely legally.
Blocking of accounts at the moment and suspension of payments is considered to be a force majeure situation. In this connection, we are forced to fulfill our obligations to clients.
This will be organized in the form of, payment of the customer's deposit (taking into account already previously paid applications for payment of profit on deposits), i.e. according to the formula:
The deposit minus the amount of all applications, for the payment of profits, is equal to the balance for payment. All payments will be made in 45 days and extend until the end of October.

The site will temporarily stop working, but all customer databases with their payment and contact details will be stored on a separate server of the company, this will make all payments to our customers.
Since November, our company will resume its work in a fully legal regime, when all necessary documents will be received and the frozen accounts of the company will be unblocked.

As general director of the company, I ask you to keep your peace of mind and wait for the payment. The first payments were already made on September 11 and will continue, until the end of October. I want to keep my honest name and the name of our company. I will prove that you can trust me and the company.