UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>              Plaintiff,<br><br>              v.<br><br>BENJAMIN REYNOLDS,<br><br>              Defendant. | Case No. 1:19-cv-05631-MKV |

**[PROPOSED] ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT**

On April 6, 2020, the Clerk of Court issued a Certificate of Default against Defendant Benjamin Reynolds ("Reynolds"). ECF No. 28. On August 20, 2020, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Local Civil Rule 55.2(b), Plaintiff Commodity Futures Trading Commission ("Commission") filed a Motion for Entry of Final Judgment by Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief against Reynolds (the "Motion"). ECF No. 32. Upon consideration of the Commission's Motion, its Memorandum of Law in Support of the Motion, its Proposed Order of Final Judgment, and the Declarations of Julia C. Colarusso, Dmitriy Vilenskiy, and Kyong J. Koh, along with their supporting exhibits, it is hereby **ORDERED** that:

1. Within fourteen days of the date of this Order, the Commission shall serve a copy of this Order, together with the Commission's Motion and all supporting papers described above, on Reynolds by mailing copies of the foregoing documents to his last known address, and file proof of service with this Court.

2. Within fourteen days of service of a copy of this Order and the Commission's

Motion and all supporting papers, Reynolds is required to show cause why the Court should not enter default judgment against him.

      3.      The Commission shall have seven days to file a reply to any written response filed by Reynolds.

      4.      The Court will hold a telephonic hearing on the Motion on _____ _____, 2020 at \_\_\_\_ a.m./p.m.  The parties shall call into the Court's dedicated conference line at (888) 278-0296, and enter Access Code 5195844, followed by the pound (#) key.

      **SO ORDERED.**

                                                Hon. Mary Kay Vyskocil
                                                United States District Judge