UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>BENJAMIN REYNOLDS,<br><br>      Defendant. | Case No. 1:19-cv-05631-MKV |

## CERTIFICATE OF SERVICE

In accordance with Local Civil Rule 55.2(c), the undersigned hereby certifies that on August 21, 2020 true and correct copies of Plaintiff's Notice of Motion for Default Judgment as to Benjamin Reynolds (ECF No. 32); Memorandum of Law in Support of Motion for Default Judgment (ECF No. 33); Declaration of Julia C. Colarusso in Support of Motion for Default Judgment, plus exhibits (ECF Nos. 34, 34-1, 34-2, and 34-3); Declaration of Kyong J. Koh in Support of Motion for Default Judgment, plus exhibits (ECF Nos. 35, 35-1, 35-2, 35-3, 35-4, and 35-5); Declaration of Dmitriy Vilenskiy in Support of Motion for Default Judgment, plus exhibits (ECF Nos. 36 and 36-1); Proposed Default Judgment pursuant to FRCP 55(b)(2) (ECF No. 37); and Proposed Order to Show Cause Without Emergency Relief (ECF No. 38), were mailed by UPS Worldwide Express to Defendant Benjamin Reynolds at his last known address, as follows:

  Mr. Benjamin Reynolds
  12 Richmond Street
  Manchester
  Greater Manchester
  England M1 3NB

| | |
|---|---|
| Dated:  August 21, 2020 | s/Julia C. Colarusso |
| | Julia C. Colarusso (admitted *pro hac vice*) |
| | Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977) |
| | Luke B. Marsh (admitted *pro hac vice*) |
| | Paul G. Hayeck |
| | COMMODITY FUTURES TRADING COMMISSION |
| | Division of Enforcement |
| | 1155 21st Street, NW |
| | Washington, DC 20581 |
| | Telephone:  (202) 418-6044 (Colarusso direct) |
| | jcolarusso@cftc.gov |
| | jmccarthy@cftc.gov |
| | lmarsh@cftc.gov |
| | phayeck@cftc.gov |
| | |
| | *Attorneys for Plaintiff* |