UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES TRADING
COMMISSION,

        Plaintiff,

       v.

BENJAMIN REYNOLDS,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/2020

Case No. 1:19-cv-05631-MKV

### ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT

On April 6, 2020, the Clerk of Court issued a Certificate of Default against Defendant Benjamin Reynolds ("Reynolds"). ECF No. 28. On August 20, 2020, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Local Civil Rule 55.2(b), Plaintiff Commodity Futures Trading Commission ("Commission") filed a Motion for Entry of Final Judgment by Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief against Reynolds (the "Motion"). ECF No. 32. Upon consideration of the Commission's Motion, its Memorandum of Law in Support of the Motion, its Proposed Order of Final Judgment, and the Declarations of Julia C. Colarusso, Dmitriy Vilenskiy, and Kyong J. Koh, along with their supporting exhibits, it is hereby **ORDERED** that:

    1.    Within fourteen days of the date of this Order, the Commission shall serve a copy of this Order, together with the Commission's Motion and all supporting papers described above, on Reynolds by mailing copies of the foregoing documents to his last known address, and file proof of service with this Court.

    2.    The Commission shall also cause to be published in *The Daily Telegraph* for two

consecutive weeks a copy of this Order to Show Cause and a statement describing how a copy of the Complaint and other filings in this action may be obtained. Publication should occur no later than January 5, 2021. The Commission must file proof of service by publication on the Court's docket.

3. Within fourteen days of service of a copy of this Order by publication or personal service, Reynolds is required to show cause why the Court should not enter default judgment against him by filing a documents on the docket for this case.

4. The Commission shall have seven days to file a reply to any written response filed by Reynolds.

5. The Court will hold a telephonic hearing on the Motion on January 27, 2021 at 11:00AM. To join the conference, dial (888) 278-0296 and enter access code 5195844. Any international caller should dial (214) 765-0479 and enter the same access code to be connected to the conference line.

**SO ORDERED.**

Date: 11/24/2020
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge