UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>               Plaintiff,<br><br>       v.<br><br>BENJAMIN REYNOLDS,<br><br>               Defendant. | Case No. 1:19-cv-05631-MKV |

## CERTIFICATE OF SERVICE

In accordance with the Order to Show Cause Why the Court Should Not Grant Plaintiff's Motion for Entry of Final Judgment by Default dated November 24, 2020 (the "Order") (ECF No. 41), the undersigned hereby certifies that on November 30, 2020 true and correct copies of the Order; the Clerk's Certificate of Default (ECF No. 28); Plaintiff's Notice of Motion for Entry of Final Judgment by Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief Against Defendant Benjamin Reynolds (the "Motion") (ECF No. 32); and all papers filed in support of the Motion (ECF Nos. 33-40) were mailed by UPS Worldwide Express to Defendant Benjamin Reynolds at his last known address, as follows:

    Mr. Benjamin Reynolds
    12 Richmond Street
    Manchester
    Greater Manchester
    England M1 3NB

Dated: December 2, 2020         s/Julia C. Colarusso
                                Julia C. Colarusso (admitted *pro hac vice*)
                                Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977)
                                Luke B. Marsh (admitted *pro hac vice*)
                                Paul G. Hayeck
                                COMMODITY FUTURES TRADING COMMISSION
                                Division of Enforcement
                                1155 21st Street, NW
                                Washington, DC 20581
                                Telephone:  (202) 418-6044 (Colarusso direct)
                                jcolarusso@cftc.gov
                                jmccarthy@cftc.gov
                                lmarsh@cftc.gov
                                phayeck@cftc.gov

                                *Attorneys for Plaintiff*