UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| COMMODITY FUTURES TRADING COMMISSION,<br><br>      Plaintiff,<br><br>    v.<br><br>BENJAMIN REYNOLDS,<br><br>      Defendant. | Case No. 1:19-cv-05631-MKV |

**PROOF OF SERVICE ON DEFENDANT BENJAMIN REYNOLDS
BY PUBLICATION PURSUANT TO ORDER DATED NOVEMBER 24, 2020**

  In accordance with the Order to Show Cause Why the Court Should Not Grant Plaintiff's Motion for Entry of Final Judgment by Default dated November 24, 2020 (the "Order") (ECF No. 41), the undersigned hereby certifies that Plaintiff Commodity Futures Trading Commission caused a copy of the Order to be published in *The Daily Telegraph* on December 12, 2020 and December 19, 2020.  As required by the Order, the notice was published once a week for two consecutive weeks and included the text of the Order and a statement describing how copies of the Complaint and all other filings in this action may be obtained.  Attached hereto as Exhibit 1 are true and correct copies of the published notice as it appeared in the "Legal Notices" section of *The Daily Telegraph* on December 12, 2020 and December 19, 2020.[1]

  I declare under penalty of perjury that the foregoing is true and correct.

---

[1] The notice is highlighted in the attached copies for ease of reference.

Dated:  December 29, 2020            Respectfully submitted,

By: s/Julia C. Colarusso
Julia C. Colarusso (admitted *pro hac vice*)
Jonah E. McCarthy (S.D.N.Y. Bar No. JM1977)
Luke B. Marsh (admitted *pro hac vice*)
Paul G. Hayeck
COMMODITY FUTURES TRADING COMMISSION
Division of Enforcement
1155 21st Street, NW
Washington, DC 20581
Telephone:  (202) 418-6044 (Colarusso direct)
jcolarusso@cftc.gov
jmccarthy@cftc.gov
lmarsh@cftc.gov
phayeck@cftc.gov

*Attorneys for Plaintiff*