# EXHIBIT 1

# Court & Social

## Court Circular



**KENSINGTON PALACE**
December 11th
The Duke and Duchess of Cambridge this afternoon attended a special performance of *Pantoland* for key workers, at the London Palladium, 8 Argyll Street, London W1, and were received by Her Majesty's Lord-Lieutenant of Greater London (Sir Kenneth Olisa).

The Princess Royal and Vice-Adml Sir Tim Laurence celebrate the 28th anniversary of their marriage today.

## Forthcoming marriages

**Mr G.C. MacDonald Milner and Miss C.L. Buckley**
The engagement is announced between George, son of Mr and Mrs Tommy MacDonald Milner, of Whittington, Gloucestershire, and Lottie, daughter of Mrs Sarah Buckley, of Inkpen, Berkshire, and Mr Peter Buckley, of Aldworth, Berkshire.
*Online ref: 589704*

**Mr T.G. Knight and Miss K.J. Stewart**
The engagement is announced between Thomas, son of Martin and Deborah Knight, of Fulbrook, Oxfordshire, and Katie, daughter of Mark and Mary Stewart, of Underriver, Kent.
*Online ref: 589804*

**Mr T.N. Vickers and Miss C.G. Temple-Pedersen**
The engagement is announced between Tom, eldest son of Mr and Mrs Frank Vickers, of Easthourne, New Zealand, and Claudia, eldest daughter of Mr and Mrs Simon Temple-Pedersen, of Rodden, Frome, Somerset.
*Online ref: 589825*

## Other notice

**WEST GLAMORGAN LIEUTENANCY**
Mr Philip Llewellyn Hunkin has been appointed Vice Lord-Lieutenant for West Glamorgan.

Mrs Susan Anne Jones has been appointed a Deputy Lieutenant for West Glamorgan.

## Bridge news

The semi finals of the Gold Cup, Britain's premier knockout teams event, have taken place online on BridgeBaseOnline, writes Julian Pottage, Bridge Correspondent. In the final, the largely Irish team of Tommy Garvey, Patrick Nystrom, John Carroll, Mark Moran, Adam Mesbur and Nick Fitzgibbon defeated Janet de Botton, Artur Malinowski, Thor Erik Hoftanska, Tom Townsend, David Bakhshi and Dror Padon by 13 IMPs. In their semi-final, the Garvey team beat Gillis (Simon Gillis, Lyn Liggins, Espen Erichsen, Odin Svendsen, Tom Hanlon and Hugh McGann) 147-11 over the full 64 boards. In the other semi final the de Botton team beat Bock (Sally Brock, Barry Myers, Neil Rosen, Martin Jones, Norman Selway and Ray Freddy) by 169-104, the losers conceding after 56 boards.

## Church services tomorrow

*NB: Services and events listed below are subject to change at short notice to ensure compliance with COVID-19 restrictions current at the time.*

**Third Sunday of Advent**

ST PAUL'S CATHEDRAL: 8 HC; 10 Mattins; 11.15 Sung Eucharist, Rev Robert Coupland; 3 Evensong, Canon Jonathan Brewster; 5 Carol service - La Nativité du Seigneur Messiaen, Simon Johnson.
WESTMINSTER ABBEY: 8 HC; 10 Morning Prayer; 11.15 Sung Eucharist, Dean; 3 Evensong, Ven David Stanton; 4.30 Organ Recital, Peter Holder; 6 Evening Service, Dean. Tickets for services from www.westminster-abbey.org
SOUTHWARK CATHEDRAL: 8.30 Morning Prayer (online); 9 Eucharist, Sub Dean; 11 Choral Eucharist, Sub Dean (also streamed); 3 Choral Evensong and Installation of the Canon Chancellor, Bishop; 6 Night Prayer (online). Registration and streaming of services from *cathedral.southwark.anglican.org*
ALL HALLOWS BY THE TOWER: 11 Eucharist; 4 Lesson and Carols for Christmas, For tickets email parish@ahbtt.org.uk also streamed via www.ahbtt.org.uk
ALL SAINTS, Margaret St: 11 Sung Mass, Fr Michael Bowie, streamed via *allsaintsmargaretstreet.org.uk*
ALL SOULS, Langham Pl: 11.30, 2.30, 4.30 and 6.30 'Light in the Dark', Rico Tice. Booking and streaming via www.allsouls.org
GROSVENOR CHAPEL, South Audley Street: 11 Sung Eucharist, Gary Eaborn, streamed via *grosvenorchapel.org.uk*
HTB Brompton Rd and Onslow Square; Rev Stephen Foster. Watch all day via www.htb.org
HOLY TRINITY, Sloane Square: 11 Sung Eucharist, Canon Nicholas Wheeler; 6 Parish Carol Service, Rev Fergus Butler-Gallie. Tickets via *sloanechurch.org*
ST BRIDE'S, Fleet St: 11 Choral Eucharist, Canon Alison Joyce; 5.30 Ceremony of Carols. Registration, tickets and streaming details from *stbrides.com*
ST CLEMENT DANES, Strand: 11 Carol Service, Rev David Osborn. Booking essential from www.stclementdanesraf.org
ST GEORGE'S, Windsor: 8.30 HC; 10.45 Mattins with music; 5.15 Evening Prayer with music.
ST GILES IN THE FIELDS: 11 Sung Eucharist; 6.30 Evensong. Services also streamed via *stgilesonline.org*
ST JAMES GARLICKHYTHE, Garlick Hill: 10.30 Sung Eucharist, also streamed via www.stjamesgarlickhythe.org
ST JAMES'S Piccadilly: 11 Choral; 2 Blue Christmas. Register to attend via *sjp.org.uk*
ST JAMES'S, Sussex Gardens: 10.30 High Mass; 12 Family Mass with improvised Nativity; 4 Outdoor Carol Service. Details from *stjamespaddington.org.uk*
ST MARTIN-IN-THE-FIELDS: 10 Eucharist, Rev Richard Carter: 4.30 and 6.30 Five Lessons and Carols, Rev Dr Sam Wells. Tickets and streaming via *smitf.org*
ST MARYLEBONE, Marylebone Rd: 8.30 HC; Rev Jack Noble; 11 Choral Eucharist, Rev Jack Noble, streamed via

www.stmarylebone.org
ST PAUL'S, Covent Gdn: 11 Eucharist, also streamed via *actorschurch.org*
ST PAUL'S, Knightsbridge: 11 Sung Eucharist, Rev Luigi Gioia, streamed via www.spkb.org
TEMPLE CHURCH, Fleet St: 8.30 HC; 11.15 Carol Service; 3.30 Ceremony of Carols (online only from *templechurch.com*).
QUEEN'S CHAPEL, Savoy Hill: 11 Sung Eucharist, Canon Thomas Woodhouse. Register to attend at *theyland@duchyoflancaster.co.uk*
CHAPEL ROYAL, Hampton Court Palace: 8.30 HC; 11 Choral Mattins; 3.30 Choral Evensong. Booking details and streaming via *chtchesercathedral.org*.
GUARDS CHAPEL, Wellington Barracks: 11 Mattins, Rev Lori Price; 12 HC (said). Weekly podcast from www.householddivision.org.uk/guards-chapel-services
DERBY: 10.45 Cathedral Eucharist; 6 Evensong. Register on www.derbycathedral.org
OLD ROYAL NAVAL COLLEGE CHAPEL: 11 Choral Eucharist, Rev Faith Wakeling, also streamed from www.ornc.org
CROWN COURT (C-o-S), Covent Garden: 11.15 Morning Service, Rev Alistair Cumming, booking and streaming at *office@crowncourtchurch.org.uk* and catchup online at www.crowncourtchurch.org.uk/services
ST COLUMBA'S (C-o-S), Pont Street: 11 Morning Service, Rev Angus MacLeod. Seat reservation and streaming via www.stcolumbas.org.uk
WESTMINSTER CATHEDRAL: Masses: 8, 10.30, 12.30, 4 and 6; 3 Solemn Vespers and Benediction. 10.30 and 3 Services are streamed via www.westminstercathedral.org.uk
THE ORATORY, Brompton Rd: Masses: 8, 9, 10, 11, 12.30, 4.30, 7. Booking on www.brompton-oratory.org/mass-bookings or 020 7808 0900.
GREEK ORTHODOX CATHEDRAL, Moscow Rd: 8.15 and 10.45 Divine Liturgy, also streamed via *stsophia.org.uk*
SALVATION ARMY, Oxford St: 11 Morning Worship. Booking and online service via www.salvationarmy.org.uk/regent-hall
WESLEY'S CHAPEL, City Rd: 9.45 HC, Canon Dr Jennifer Smith (online only); 11 Morning Service, Rev Steven Cooper; 7 International Prayer Taizé Service, Rev Steven Cooper. Streaming and seat booking via www.wesleyschapel.org.uk
WESTMINSTER CHAPEL, Buckingham Gate: 11 Service; 5.30 Christmas Carols, streamed via *westminsterchapel.online-church*
WESTMINSTER METHODIST CENTRAL HALL: 11 Nativity and Christingle Service. Watch online at *MCHW.LIVE*
BIRMINGHAM: 11 HC; 3.30 Evensong. Booking required via *birminghamcathedral.com* from where services will also be streamed.
BLACKBURN: 9 Eucharist streamed via *blackburncathedral.com*
BRADFORD: 10.30 Choral Eucharist, Canon Dr Flora Winfield; 3.30 Choral Evensong. Tickets and streaming via *bradford-cathedral.org*
BRISTOL: 10 Cathedral Eucharist. Booking and streaming via *bristol-cathedral.co.uk*
CANTERBURY: 8 Eucharist; 9 Mattins; 10.30 Sung Eucharist (ticketed); 5.30 Choral Evensong. Tickets and streaming of services via www.canterbury-cathedral.org
CARLISLE: 10.30 Sung Eucharist, Canon Cameron Butland, streamed via

*carlislecathedral.org.uk*; 3 Choral Evensong.
CHELMSFORD: 7.45 Morning Prayer; 10.30 Eucharist, Dean; 5.15 Evening Prayer. View online only via *chelmsfordcathedral.org.uk*
CHESTER: 10 Cathedral Eucharist; 5.30 Choral Evensong; 6.30 Carols at the Cathedral. Ticket required via *chestercathedral.com* from where service will also be streamed.
CHICHESTER: 8 HC; 9.30 Eucharist with the Admission of Head and Senior Choristers, Canon Stephen Ferns; 11 Cathedral Eucharist, Canon Stephen Ferns; 3 Evensong. Booking details and streaming via *chichestercathedral.org*.
COVENTRY: 10.30 Cathedral Eucharist; 4 and 6.30 Carols by Candlelight. For tickets and streaming details visit *coventrycathedral.org.uk*
DERBY: 10.45 Cathedral Eucharist, Rev Dr Elizabeth Thomson; 5.15 Evensong with farewell to the Archdeacon, Archdeacon. Booking details and streaming from *derbycathedral.org*
DURHAM: 8.30 Morning Prayer (online only); 9.30 and 11.30 Sung Eucharist, Canon Michael Everitt; 3.30 Comfort and Joy: The Blessing of the Crib and Lighting of the Christmas Tree. Booking required via www.durhamcathedral.co.uk from where services will also be streamed.
ELY: 8.15 HC; 10.30 Sung Eucharist, Dean; 4 Evensong. Booking and streaming via *elycathedral.org*
EXETER: 8 HC; 10 and 12.15 Eucharist (ticketed); 4 Choral Evensong (ticketed); 6 Sundays@6. Booking and streaming via www.exeter-cathedral.org.uk/bromptonoratory or 020 7808 0900.
GLASGOW, ST MUNGO'S (C-o-S): 11 Morning Service available via www.glasgowcathedral.org.uk
GLOUCESTER: 10.15 Eucharist, Dean. Booking and streaming via *gloucestercathedral.org.uk*
GUILDFORD: 9.45 Cathedral Eucharist; 6 Evensong. Register on www.guildford-cathedral.org, from where services can also be viewed.
HEREFORD: 8 HC; 11 Cathedral Eucharist, Precentor; 11.30 and 3.30 Evening Prayer. Online worship from www.herefordcathedral.org
INVERNESS: 10 Holy Eucharist, Very Rev S. Murray; 5.30 Holy Eucharist, Rev Dr I. MacRitchie. Services streamed via *invernesscathedral.org*
ISLE OF MAN: 8.30 BCP Eucharist; 10.30 Choral Eucharist; 3 Nine Lessons and Carols. All services streamed via *cathedral.im*
LICHFIELD: 8 HC (online only); 10.30 Cathedral Eucharist; 5.30 Evening Prayer 7.9 Light in the Darkness. All services streamed via *lichfield-cathedral.org*
LINCOLN: 7.45 Litany; 8 and 10 HC; 9.45 Evening Prayer. Sunday Service also streamed via *lincolncathedral.com*
LIVERPOOL METROPOLITAN CATHEDRAL: Masses 9 and 11. Service at 11 will be streamed via www.liverpoolmetrocathedral.org.uk
LLANDAFF: 9 and 11 Eucharist. Details and streaming via *llandaffcathedral.org.uk*
MANCHESTER: 10.30 Sung Eucharist, Ven David Sharples. HC at 6 Evening Prayer. Join online via www.facebook.com/ManchesterCathedralLive
NEWCASTLE: 9.30 and 11 Congregational Sunday Worship, Archdeacon. Details for viewing via www.newcastlecathedral.org.uk

NORWICH: 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Canon Susanna Gunner; 3.30 Evensong, Canon Andy Bryant. Digital Worship via www.cathedral.org.uk/digital
OXFORD: 8 HC (live streamed); 11 Choral Eucharist, Canon Foot; 6 Choral Evensong. Streaming and Soundcloud via www.chch.ox.ac.uk/oxfords-cathedral/online-worship
PETERBOROUGH: 10.30 Cathedral Eucharist, Dean; 3.30 Cathedral Carol Service (ticketed). Details for tickets and streaming available from www.peterborough-cathedral.org.uk
PORTSMOUTH: 8 HC; 9.30 and 11 Eucharist. Booking details and to view services via www.portsmouthcathedral.org.uk
RIPON: 8 Eucharist, Dean; 9.30 Morning Prayer; 10.30 Cathedral Eucharist, Canon Ailsa Newby; 12.30 Eucharist; 3.30 Evensong, Revd Wendy Wilby. Booking and streaming details from www.riponcathedral.org.uk
ROCHESTER: 9.45 Choral Mattins; 11 Cathedral Eucharist, Chancellor; 3.15 Choral Evensong. Visit *rochestercathedral.org* for streaming.
ST ALBAN: 8 Eucharist; 9.30 Parish Eucharist, Sub Dean; 11.15 Choral Eucharist, Dean; 3 Christingle Service; 6 Evensong with Admission and Valediction of Choristers, Chaplain. Streaming and ticket information from *stalbanscathedral.org*
ST DAVIDS: 11.15 Choral Mattins, streamed via www.stdavidscathedral.org.uk
ST EDMUNDSBURY AND IPSWICH: 8 HC; 11 Choral Eucharist, Canon John Parr; 2 Musical Advent Calendar; 3.30 Choral Evensong. Booking and streaming details via *stedscathedral.org*
SALISBURY: 8 Mattins; 9 and 11 Eucharist, Rev Peter Atkinson; 4.30 Choral Evensong, Dean. Seat reservation required via 01722 521156 or www.salisburycathedral.org.uk from where details can also be found.
SHEFFIELD: 10.30 Eucharist, Rev Catherine Staziker. Booking required via *sheffieldcathedral.org* from where services can also be viewed.
SOUTHWELL: 10 Cathedral Eucharist, Precentor; 3.30 Evensong. Booking essential from www.southwellminster.org from where both services will be streamed.
TRURO: 7.30 Morning Prayer; 8 HC; 10 Sung Eucharist, Chancellor; 11.45 Holy Eucharist; 3 Evening Prayer; 5.30 Carols. Booking and streaming details from *trurocathedral.org.uk*
WAKEFIELD: 8 HC; 9.15 Eucharist, Rev Tim Carroll, streamed via *wakefield-cathedral.org.uk*; 10.30 Sung Eucharist, Rev Tim Carroll; 3.30 Choral Evensong.
WELLS: 8.30 HC; 10 Eucharist, online via *wellscathedral.org.uk*; 10.30 Sung Eucharist, Archdeacon; 3 Evensong, Canon Dr Rob James.
WINCHESTER: 8 HC; 9 Morning Prayer; 10 Sung Eucharist, Canon Roland Riem; 3.30 Evensong. All services streamed via www.winchester-cathedral.org.uk
WORCESTER: 8.30 HC; 10.30 Sung Eucharist, Canon Dr Michael Brierley; 4 Evensong. Visit *worcestercathedral.co.uk* for streaming details.
YORK: 8 HC; 10 Mattins; 10 Choral Mattins; 11 Sung Eucharist; 4 Choral Evensong. Booking and online services from www.yorkminster.org

---

### ONE HUNDRED YEARS AGO

## The Daily Telegraph
LONDON, DECEMBER 1920

### LEAGUE OF NATIONS.
### MEMBERSHIP OF COUNCIL.

FROM OUR SPECIAL CORRESPONDENT. GENEVA, SATURDAY NIGHT.

For three hours and a half this evening the Assembly discussed the report of Committee No. 1 on the method of electing four non-permanent members of the Council of the League. The Assembly was by no means ready to accept the resolutions put forward by Mr. Balfour, as chairman of the Committee, nor was the chairman himself satisfied that they were the best means of attaining the desired object. In the end they were completely recast, and were given the form of recommendations rather than of positive formulas for adoption by the Assembly. This conciliated the opposition, and the report was approved by the great majority.

Before the formal proceedings of the sitting began the President offered, on behalf of the Assembly, congratulations to "our illustrious colleague, M. Bourgeois," on having been awarded the Nobel Peace Prize. The President's words were greeted with the most prolonged and unanimous applause yet heard in the Assembly.

The Assembly then proceeded to elect a Vice-President in the room of Señor Pueyrredon, who, as a member of the Argentine delegation, had withdrawn from the proceedings. In a secret ballot Señor Blanco (Uruguay) was elected by a large majority.

### THE LANGUAGE QUESTION.

It would seem as if some members of the Assembly contemplate overcoming the language difficulty between the nations which are members of the League by promoting the study of Esperanto. At all events a draft resolution, signed by some of the most distinguished delegates, was tabled this evening. It expressed interest in the experiments in the official teaching of this language in the public schools of some members of the League, and a hope that this practice would become more general throughout the world. The resolution also directed the Secretary-General to prepare for the next Assembly a report on the results attained in teaching Esperanto.

Mr. Balfour then ascended the tribune, and presented the report of his committee on the question of the election of four non-permanent members of the Council of the League. It was evident from the report that a wide difference of opinion prevailed, and some of the resolutions were only carried by a majority of

one, with many members not voting. Mr. Balfour himself was obviously not convinced of the legality of the whole of the committee's decisions. In regard to one proposal - namely, to forbid the re-election of a non-permanent member of the Council after he had served a term on that body - Mr. Balfour coined a new word, which he said was barbarous, but the only one suitable. This was "non-re-eligibility," and he said it was doubtful whether the Assembly, in face of the Covenant, could impose restrictions on the election of non-permanent members of the Council or direct that the members should be chosen from a particular geographical area. This latter phrase had reference to a suggested regulation that one member should be chosen from Asia, and as Japan is a permanent member of the Council, the wish of the committee obviously was to secure the representation of China on that body.

### AN UNCOMPROMISING DEBATE.

A long and somewhat uncompromising debate ensued, and a variety of amendments was proposed. There appeared little prospect of an agreement being arrived at, and the President was evidently very uneasy at the turn events were taking. Eventually Dr. Benes (Czecho-Slovakia) suggested that the Assembly should elect four non-permanent members for one year only, without any restrictions, and that the resolutions of the committee be referred to the committee appointed to consider amendments to the Covenant, which will report next September to the Assembly. Mr Balfour expressed his willingness to accept this solution, because, as he said, it seemed quite clear that the resolutions by his committee on the question of high legal authorities of the League, not within the powers conferred upon it, and, if adopted, could not be enforced. He therefore proposed that the Assembly should now decide that the period of office of the present four non-permanent members of the Council (Belgium, Brazil, Spain, and Greece) should terminate on Dec. 31; that the other proposals of the committee be referred to the Committee on Amendments to the Covenant; and that the Assembly be recommended to elect four non-permanent members of the Council, three from Europe and American States and one from among States in Asia and the rest of the world. These proposals were adopted unanimously.

---

## Birthdays

**Today: Mr Clive Thornton,** company chairman, is 91; **Maj Gen Michael Jeffery,** Governor-General of Australia, 2003-08, 83; **Miss Connie Francis,** singer, 82; **Mr Sharad Pawar,** President, ICC, 2010-12, 80; **Miss Dionne Warwick,** singer, 80; **Lord McEwan,** a former Senator of the College of Justice in Scotland, 77; **Ms Portia Simpson-Miller,** former Prime Minister of Jamaica, 75; **Mr Emerson Fittipaldi,** former racing driver; Formula One World Champion 1972 and 1974, 74; **Mr Bill Nighy,** actor, 71; **Mrs Susan Pyper,** former diplomat, 83; **Sir Brian Fall,** former diplomat; UK Special Representative for the South Caucasus, 2002-12, 83; **Lord Tollemache,** Lord-Lieutenant for Suffolk, 2003-14, 81; **Miss Anouska Hempel (Lady Weinberg),** hotelier and designer,

79; **Gen Sir Rupert Smith,** Deputy Supreme Allied Commander Europe, 1998-2001, 77; **Mr Brian Wilson,** former MP, 72; **Mr Robert Lindsay,** actor, 71; **Prof Dame Julia Slingo,** Chief Scientist, Meteorological Office, 2009-16, 70; **Dr Ralph Townsend,** Headmaster of Winchester College, 2005-16, 69; **Mr John Francome,** writer, racing presenter and former jockey; seven-times National Hunt Champion Jockey, 68; **Ms Peaches Golding,** Lord-Lieutenant for Bristol, 67; **Dame Carolyn Fairbairn,** former Director-General, CBI, 60; and **Mr Sascha Kindred,** former swimmer; 13-times Paralympic medallist, including seven gold medals, 43.

Tomorrow will be the anniversary of the death of Dr Samuel Johnson in 1784.

**Mr Jasper Conran,** designer, 61; **Mr Mike Kapur,** Lord-Lieutenant for Leicestershire, 58; **Miss Tracy Austin,** tennis commentator and former player, 58; **Mr Will Carling,** England rugby union captain, 1988-1996; commentator, 55; and **Miss Kate Humble,** President, RSPB, 2009-13; television presenter, 52.

**Tomorrow: The Aga Khan** will be 84.

**Mr George Shultz,** United States Secretary of State, 1982-89, 100; **Mr Christopher Plummer,** actor, 91; **Lord Renwick of Clifton,** former diplomat, 83; **Sir Brian Fall,** former diplomat; UK Special Representative for the South Caucasus, 2002-12, 83; **Lord Tollemache,** Lord-Lieutenant for West Sussex, 69; **Miss Vanessa Whitburn,** Editor, *The Archers,* 1991-2013, 69; **Canon Dr Joseph Morrow, QC,** Lord Lyon King of Arms, 66;

---

# Announcements

**Telephone:** 0800 072 32 32 or 01622 335087   **Fax:** 020 7931 3370
**Email:** announcements.ads@telegraph.co.uk   **Book online:** announcements.telegraph.co.uk

## Births

**GARDNER.**—On 6th October 2020, to Rosanna (née Townsend) and Nicholas, a son, Edward (Teddy) Christopher Exton, a brother for George.
*Online ref: A246154*

**GROSS.**—On December 2nd 2020, at Chelsea and Westminster Hospital, to Ekaterina and George, a daughter, Elizaveta Raisa Cullen Ryzhkov.
*Online ref: A246149*

**GUERIN.**—On 25th November, to Alice (née Scott) and Ally, a son, Hugo Robert Templer.
*Online ref: A246245*

**LOWRY.**—On 6th December 2020, at Chelsea and Westminster Hospital, London, to Helena (née Bell) and Nic, a daughter, Cora Maud Bell, a sister for Margot.
*Online ref: 589857*

## Deaths

**ADAMS.**—Sally Trerice, died on 27th November 2020, aged 84. A loyal friend and original mind. Funeral at 10 a.m. on Friday 18th December at St Marylebone Crematorium, East End Road, Finchley, London N2 ORZ.
*Online ref: A246232*

**ALLAN.**—John Denny 04.12.1928 - 01.12.2020. Who died of natural causes. Devoted widower of Jane, beloved father of Sally, Josephine and Jen, grandfather to Tim and Charlie, and blessed brother to Yvette. A gentleman and protective father. Our foreign and honourable force. We love and salute you Pa. A donation page in memory of Denny for St Wilfrid's Hospice, Chichester at http://www.memorygiving.com/dennyallan
*Online ref: A246160*

**BOND.**—Richard 'Dick'. Dick died peacefully on 28th December 2020, aged 95, much loved husband of the late Pam. Beloved father of Jenny and Richard and grandfather of James and William. A Covid-19 compliant but distanced funeral will be held. Donations in lieu of flowers to St Cuthbert's Church.
*Online ref: A246161*

**BRIDGE.**—Patten Eyre, on 1st December 2020, aged 93. Husband of Lilac, father of Ed and Vicky, grandfather of Oscar and Susie. Private funeral, Donations for The Charlie Waller Trust. Enquiries to Humphris Funerals. Tel: 01295 265424.
*Online ref: 589796*

**BROWN.**—Elaine Drusilla, of Bardon Mill, Northumberland. Formerly of Maldo Morton, Buckingham. Peacefully on 10th December 2020, aged 89. Beloved wife of Norman. Funeral at St Cuthbert's Church, Beltingham on Wednesday 16th December at 2 p.m., followed by a private cremation. Family flowers only. Donations in lieu of flowers to St Cuthbert's Church.
*Online ref: 589866*

**COLEMAN.**—Adrian Hugh, died peacefully at home on 5th December 2020. Beloved husband to Siggie. Much loved father, grandfather and great-grandfather. Private family funeral. All enquiries to Heritage & Son (Funeral Directors), Wendover. Tel: 01296 620777.
*Online ref: 589834*

**COLLISON.**—Jane Elizabeth (née Rolph), died peacefully at home in Sedbergh, with her daughters, on 6th December. Wife of the late Victor. Mother, grandmother, great grandmother and aunt, she filled our lives with love and laughter. Jane was one of a kind, and her friendship and love of people will be long remembered.
*Online ref: A246221*

**EASTWOOD.**—Miles, on 10th December 2020. Dearly loved husband of Nicky, father of Anthony, Ben and Carl, grandfather of seven. Private family funeral.
*Online ref: A246203*

**GIBSON.**—John Alan (known as Alan) died mercifully and peacefully on 10th December 2020, aged 80, at Gracewell Care Home, Rentford. Loved by all, husband of Sandra, father of Simon and Dale, grandfather of George, Grace, Alice and Guy, and brother of Gordon. The family would be delighted, should you wish, for donations to be made to Alzheimer's Research UK, www.alzheimersresearch.org or East Anglian Air Ambulance, www.eaaa.org.uk. He never quite made it to Hollywood.
*Online ref: A246244*

**HAYBITTLE.**—John Meredith died peacefully on 28th November, aged 96. Much loved husband of Rita, father of Janet and Sarah, grandfather of Alex and Rhian.
*Online ref: A246185*

**HICKS.**—Anne died peacefully at home on 1st December 2020, aged 91. Widow of William, loved mother of Jeremy, Jonathan and Tim, grandmother and great grandmother. Donations, if desired, to The Injured Jockeys Fund c/o W.S. Trenhaile, Apostle House, 275 London Road, Cheltenham, Gloucestershire GL52 6HN.

**JAQUES.**—Nigel John Trefusis on 4th December 2020, aged 85. Much loved Schoolmaster, died peacefully in the care of St Mary's, Chiswick, after a lifetime spent at Eton. A memorial service in College Chapel will be announced later. Enquiries to W. Sherry & Sons. Tel: 020 8994 5474.
*Online ref: A246219*

**JOHNSTON.**—Valerie Anne Bathgate, latterly of Battersea Place SW11, died peacefully after a short illness on 10th December 2020, aged 89. Much loved sister of the late Alistair. A vibrant and full life, overflowing with joyful stories and infectious enthusiasm, is celebrated by her grieving family and many friends who together mourn the loss of an indomitable and relentlessly positive presence in our lives. A private funeral to be arranged.
*Online ref: 589863*

**MacKINLAY MacLEOD.**—Michael, on 11th December peacefully at home. Wonderful husband, father, grandfather and great grandfather. Private cremation, memorial later.
*Online ref: 589848*

**MALYON.**—Timothy Brian. Died peacefully on December 4th 2020 aged 69, after a long illness. Devoted husband of Angela, much loved father of Finbar and stepfather of Sofia. He will be sadly missed by his brother Michael, sisters Margaret and Elizabeth and many other family and friends. He was a photojournalist, radio producer and worked for humanitarian organizations worldwide. Donations in his memory may be made to Parkinson's UK or The Lewy Body Society.
*Online ref: A246160*

**MATHESON.**—Angela Douglas. Peacefully at home, on Tuesday 8th December 2020, Angela, aged 69 years. Beloved wife of Jamie, loving sister to Andrea, proud aunt to Cameron and Ramsay. Sadly missed by all that knew her. Private family funeral.
*Online ref: 589857*

**MONTGOMERY.**—John Duncan, died peacefully on 1st December 2020, aged 92. Much loved father of Susan and Jennifer and grandfather of Hannah, Kathryn, James and Nicholas, now reunited with his beloved wife Pauline. Immediate family funeral only. Donations, if desired, in his memory to Diabetes UK, via JustGiving www.justgiving.com/fundraising/jd-d-montgomery. A memorial for John and Pauline will be held in 2021.
*Online ref: 589645*

**OSBORN.**—Eleanor Caroline, died peacefully on 2nd December at Wednesday 2nd December at Oak Hall Nursing Home, Haslemere. Much loved mother, grandmother and great-grandmother, who will be sadly missed by her family and friends. Family only funeral at 3 p.m. on Tuesday 15th December at Guildford Crematorium. J Gorringe & Son Funeral Directors, Godalming *gorringeandco@dignityfunerals.co.uk* Tel: 01483 416403, will supply the livestream link on request, through which donations may also be made to St Luke's Hospice, Guildford or directly via www.stlukeshospice.org.uk/support/donate
*Online ref: 589820*

**RUTHERFORD.**—Jane Davan JP, DL, aged 81, died peacefully at home in Shipston-on-Stour on 10th December, after a short illness. Beloved wife of David, mother of Charlotte, Catherine, Louise and Thomas. Private Funeral. Celebratory service and interment of ashes at Ladbroke in 2021.
*Online ref: A246243*

**RYAN.**—Richard Jarlath died peacefully at home in Dublin on 7th December 2020, aged 90. Husband to the late Mimi, father to Kevin and Clare, grandfather to Emily, Bethany, Phoebe, Fergus and Henrietta. Funeral is Covid-19 compliant but distanced, if desired, to the RAF Benevolent Fund.
*Online ref: A246229*

**SALE.**—Michael 'Richard' Sale, Farmer and Agricultural Merchant of Sandon, Herts, sadly passed away on 22nd November 2020, aged 97. Beloved husband and father. A gentle man, all heart.
*Online ref: A246231*

**SOLT.**—Robert (Bobby), 30th December 1923 - 6th December 2020. Much loved husband to Tomquil (née Denham-Davis), father to Timothy (1963 to 1976) and Quentin, and grandfather to Lexi, Jemima and Zara. A dignified, kind and generous gentleman of the old school. All enquiries to R. Locke & Son, Wellesbourne (Warks). Tel: 01789 840744.
*Online ref: 589866*

**TREGASKES.**—Geoffrey Mark. Died on 2nd December 2020. Much loved husband of the late Nicola and loving father to James and Rachel. Private funeral service to be held on 17th December. Family flowers only. Donations, if desired, may be sent in Geoffrey's memory to the Injured Jockey's Fund.
*Online ref: 589834*

**WADE.**—Major Peter George, passed away peacefully on 3rd December 2020, aged 95 years. Much loved husband of the late Rosemary, loving father of Richard and Stella and Michael. He will be very sadly missed by his family and friends. Private funeral service at Easthampstead Park Crematorium on Monday 21st December, 12.30 p.m. If you wish to attend, or view the webcast, contact Ford Mears CIC: 01276 25633. Donations to RNLI through Ford Mears, Frimley, gratefully received (www.fordmears.uk.donations).
*Online ref: A246203*

**WALLER.**—Jose (Josie, Jo). Grand Lady World Record Veteran Runner, died peacefully on 11th December 2020, aged 98. Much loved mother of Brian (and Kay), Alan and Howard, a grandmother to Ben, Gavin, Alan junior and Angela and a great-grandmother to Max, Sophie and Jessan, Ysabelle, Delylah and Theodore and James, Harry and George, also, her very close friend of many years, Martin. She only started running at 62 and joined Watford Joggers where she went on to compete in many marathons including London and in the USA, Japan and Europe and set world age group records, including many track distances. She became the first woman in the world over 70 (W70) to run the marathon in under 4 hours. Later she moved to Devon and continued her running and later became president of the Teignbridge Trotters in Newton Abbot. Following a brain aneurysm in June 2019 she was admitted to a local care home at Bramblesdown in Denbury, Devon. She was very active in many things and a true inspiration to us all, a great English Lady who will be sadly missed.
*Online ref: A246233*

**YEAMAN.**—Olive (née Patten) died peacefully on 6th December, aged 92. Much loved wife of George (H), mother of John and Elizabeth, grandmother of Charlotte, Ben, George and Felix, and twin sister of late Mary. Together George and Olive travelled the world and made many friends including in East Africa, Malta and New Zealand. Funeral Service to take place at Weston-super-Mare Crematorium on Wednesday 23rd December at 9.30 a.m. Due to current restrictions there will be a live webcast of the service. Please contact the funeral directors below for more information. No flowers, donations if desired, for St Peter's Hospice may be forwarded to F H Halliday & Son, St Peter's Court, Portishead, BS20 6PT. Tel: 01275 842120 or online at www.fhhalliday.co.uk
*Online ref: 589832*

## In memoriam

**GODFREY.**—Alasdair (Bod) on your birthday. All our love always. Mum, Mike and Dan.
*Online ref: 589863*

**ECKERSLEY.**—Edith. Died on 13th December 1977. Still loved, still missed.
*Online ref: 589848*

## In memoriam sunday

## Personal

### Text for the day

**THEREFORE THE** Lord himself shall give you a sign; Behold, a virgin shall conceive, and bear a son, and shall call his name Immanuel.
*Isaiah 7.14*

### Charities

**THE BOOK OF COMMON PRAYER**
A Christian treasure. Native or never falls from use. Join the Prayer Book Society. www.pbs.org.uk 0380 870384.
*Online ref: 525278*

### Messages

**FRANCESCA LOUISE PHILLIPS**
Congratulations on passing your 11+. All my love Grandma Julie xx
*Online ref: 589645*

### Trustee notices

**NOTICE IS HEREBY GIVEN** pursuant to s.27 of the Trustee Act 1925, that the personal representatives of the deceased persons referred to below intend to convey to or distribute among the persons entitled thereto the real or personal property of the deceased and require any person interested to send to the personal representatives, or their solicitors named below, by not later than the date given below, particulars of his claim in respect of the property.

### General personal

*The Daily Telegraph and The Sunday Telegraph*
While we take reasonable steps to check our advertisers are bona fide, readers should carry out their own checks before entering into any contract or arrangement.

### Data Privacy

When you respond to Telegraph Media Group Limited's competitions, offers or promotions, we may use your information for marketing purposes.

We will contact you by mail or telephone to let you know about any of our special offers, products and services which may be of interest to you unless you have said you do not wish us to contact you. We will also contact you by email, SMS or similar electronic means with your permission. We will only pass your name on to third parties if you have consented to us to do so.

In some cases our special offers, products and services may be provided, on our behalf, by our partners. If you have agreed to be contacted by us, your personal information may be passed to our partners, however, it will in such cases we remain in data controller of your personal information.

When responding to competitions, offers or promotions to be honest, if you do not wish for your details to be used by us to send you special offers, please mark the box by saying this below.

We respect your data privacy. You may modify your preferences or opt further information by writing to us at Data Privacy, Telegraph Customer Service Victory House Meeting House Lane Chatham Kent ME4 4TT or by email to dataprotection@telegraph.co.uk

### Legal Notices



**United States District Court for the Southern District of New York**
**The Honorable Mary Kay Vyskocil, United States District Judge**
**Civil Action No. 1:19-cv-05631-MKV**

**COMMODITY FUTURES TRADING COMMISSION, Plaintiff,**
v.
**BENJAMIN REYNOLDS, Defendant.**

**Please take notice that the following Order was entered in the above-captioned matter on November 24, 2020:**

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT**

On April 6, 2020, the Clerk of Court issued a Certificate of Default against Defendant Benjamin Reynolds ("Reynolds"). ECF No. 28. On August 20, 2020, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), Plaintiff Commodity Futures Trading Commission ("Commission") filed a Motion for Entry of Final Judgment by Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief against Reynolds (the "Motion"). ECF No. 32. Upon consideration of the Commission's Motion, its Memorandum of Law in Support of the Motion, its Proposed Order of Final Judgment, and the Declarations of Julia C. Colarusso, Dmitriy Vilenskiy, and Kyong J. Koh, along with their supporting exhibits, it is hereby ORDERED that:

1. Within fourteen days of the date of this Order, the Commission shall serve a copy of this Order to Show Cause and a statement describing how a copy of the Complaint and other filings in this action may be obtained. Publication should occur no later than January 5, 2021. The Commission must file proof of service by publication on the Court's docket.

2. The Commission shall also cause to be published in The Daily Telegraph for two consecutive weeks a copy of this Order to Show Cause and a statement describing how a copy of the Complaint and other filings in this action may be obtained. Publication should occur no later than January 5, 2021. The Commission must file proof of service by publication on the Court's docket.

3. Within fourteen days of service of a copy of this Order by publication or personal service, Reynolds is required to show cause why the Court should not enter default judgment against him by filing a documents on the docket for this case.

4. The Commission shall have seven days to file a reply to any written response filed by Reynolds.

5. The Court will hold a telephonic hearing on the Motion on January 27, 2021 at 11:00AM. To join the conference, dial (888) 278-0296 and enter access code 5195844. Any international caller should dial (214) 765-0479 and enter the same access code to be connected to the conference line.

So Ordered.

A copy of the Complaint in this matter is accessible at the Commission's website: https://www.cftc.gov/PressRoom/Press/Releases/7938-19. Copies of other filings in this matter may be obtained by emailing Trial Attorney Julia Colarusso at jcolarusso@cftc.gov

---

*The Daily Telegraph and The Sunday Telegraph*
Published by Telegraph Media Group Ltd, 111 Buckingham Palace Road, London SW1W 0DT. Tel: 020 7931 2000. Registered as a Newspaper at the Post Office. ® Newspapers Support Recycling. The recycled paper content of UK newspapers in 2018 was 69.2%. Printed at Newsprinters Ltd – Broxbourne, Great Cambridge Road, Waltham Cross, Hertfordshire EN8 8DY / Knowsley, Kitling Road, Prescot, Merseyside L34 9HN / Eurocentral, Byramsmuir Road, Holytown, Motherwell; Independent News and Media, 124-144 Royal Avenue, Belfast BT15 6EP; and KP Services, La Rue Martel, La Rue des Pres Trading Estate, St Saviour, Jersey JE2 7QR. Printed by: Mediterranée Offset Press, France; Bermont, Spain; Milkro Digital Hellas Ltd, Greece; Milkro Digital Cyprus Ltd, Cyprus; Miller Newsprint Ltd, Malta; Newsprint Impact Digital, Tenerife. Newsprint Italia srl, Italy and Euchi Dally, France. To obtain permission to copy cuttings from this newspaper contact the NLA on 01892 525273, email copy@nla.co.uk. For all other reproduction, copying and licensing inquiries email syndication@telegraph.co.uk

---



READER SOLUTIONS BY TELEGRAPH MEDIA GROUP
*offers* hand-picked by our partners

Was £49.99   Now £29.99   **Save £20**

## 28cm wok with glass lid

This copper-coloured wok, made from pressed aluminium, is strong and durable. Its non-stick coating makes it easy to clean and allows for healthier cooking with less oil required. Suitable for use on all hobs including induction. Depth 8cm. P&P £4.99. Order by 3pm on 18 December for guaranteed pre-Christmas delivery.

COOKS professional

🛒 shop.telegraph.co.uk/105962
☎ 0844 249 8096 quote 105962

Order line 0844 249 8096 – quote offer ref 105962. Lines open seven days a week, 8am-8pm. Calls cost 7ppm plus your phone company's access charge. All orders above £100 are dispatched tracked. All products are purchased from BVG Group Ltd, 'Was' pricing relates to the original selling prices offered on cjoffers.co.uk, and in the retail store between August 31 and November 24, 2020. Full terms and conditions can be found at shop.telegraph.co.uk/terms-and-conditions.

# Court & Social

## Court Circular

**WINDSOR CASTLE**
*December 18th*

His Excellency Mr Bruno van der Pluijm was received in audience by The Queen via video link today and presented the Letters of Recall of his predecessor and his own Letters of Credence as Ambassador from the Kingdom of Belgium to the Court of St James's.

Mrs Hildegarde Van de Voorde was also received by Her Majesty via video link.

Sir Philip Barton (Permanent Under-Secretary of State for Foreign, Commonwealth and Development Affairs) was present.

Mr Bede Corry was received by The Queen via video link this afternoon upon his appointment as High Commissioner for New Zealand in London.

By command of The Queen, Mr Alistair Harrison (Marshal of the Diplomatic Corps) called upon His Excellency Mr Yasunasa Nagamine at 25 Kensington Palace Gardens, London W8, this afternoon in order to bid farewell to His Excellency upon relinquishing his appointment as Ambassador from Japan to the Court of St James's.

By command of Her Majesty, the Marshal of the Diplomatic Corps afterwards called upon His Excellency Mr Said Tayeb Jawad at 28 Kensington Gate Mews, London SW7, in order to bid farewell to His Excellency upon relinquishing his appointment as Ambassador from the Islamic Republic of Afghanistan to the Court of St James's.

**CLARENCE HOUSE**
*December 18th*

The Prince of Wales this morning visited the Royal Mail Sorting Office, Corinium Centre, Love Lane, Cirencester, and was received by Her Majesty's Lord-Lieutenant of Gloucestershire (Mr Edward Gillespie).

His Royal Highness afterwards visited Corinium Museum, Park Street, Cirencester, and was received by Mr Henry Robinson (Deputy Lieutenant of Gloucestershire).

**KENSINGTON PALACE**
*December 18th*

The Duke and Duchess of Cambridge this afternoon held a Meeting via video link with Ms Ishi Ambani (Director, Reliance Retail) and Mr Darshan Mehta (President and Chief Executive, Reliance Brands Limited).

**KENSINGTON PALACE**
*December 18th*

The Duke of Gloucester, Grand Prior, the Most Venerable Order of the Hospital of St John of Jerusalem, this morning held a Meeting via video link with Professor Mark Compston (Lord Prior), Dr Chin Hung Chung (Prior of the Priory in Hong Kong) and Dr Selan Sayampanathan (Prior of the Priory in Singapore).

His Royal Highness, Patron, the Japan Society, and President, Crown Agents Foundation, this morning held a Meeting via video link with the Ambassador from Japan (His Excellency Mr Yasunasa Nagamine), representatives from the Japanese Embassy and Officers of the Crown Agents Foundation.

*For more details about the Royal Family, visit www.royal.uk*

## Birthdays

**Today:** The Marquess of Queensberry is 91; Lord Weir, a former Senator of the College of Justice in Scotland, 85; Prof Christopher Smout, historian, 87; Ms Pratibha Patil, President of India, 2007-12, 86; Lord Rowe-Beddoe, Chairman, Wales Millennium Centre, 2001-10, 83; Mr Tim Eggar, former Conservative Government Minister, 69; Mr Justice Roth, 68; Prof Sean O'Brien, writer, 68; Mr Steven Isserlis, cellist, 62; Mr Alberto Tomba, former Alpine skier; winner of three Olympic gold medals, 54; Mr Ricky Ponting, former cricketer, Australia Test captain, 2004-11, 46; and Mr Richard Hounslow, former slalom canoeist; Olympic silver medallist, London 2012, 39.

**Tomorrow:** Mr John Whitney, Chairman, Royal Academy of Dramatic Art, 2003-07, will be 90; Mr Douglas F. Gardner, company chairman, 77; Sir Anthony Galsworthy, former diplomat, 76; Sir John Griffith Williams, a former High Court Judge, 76; Lord Brabazon of Tara 74; Dame Mitsuko Uchida, pianist, 72; Prof Geoffrey Grimmett, Master of Downing College, Cambridge, 2003-18, 70; Baroness Featherstone, former Liberal Democrat MP, 69; Lord Justice Floyd 69; Prof Christopher Le Brun, artist; President, Royal Academy, 2011-19, 69; Mr David Furedon, Lord-Lieutenant for Devon, 68; Miss Jenny Agutter, actress, 68; Mrs Ros Hepplewhite, Chief Executive and Registrar, General Dental Council, 1996-2000, 68; Mr James Wolffe, QC, Lord Advocate in Scotland, 58; and Prof Kathy Sykes, physicist, academic and broadcaster, 54.

Today is the anniversary of the publication of *A Christmas Carol* by Charles Dickens in 1843.

## Forthcoming marriages

**Mr J.T.M. Devitt and Miss A.G. Youngman**
The engagement is announced between Jack, elder son of Sir James Devitt, Bt, and Lady Devitt, of Alresford, Essex, and Alice, daughter of Mr Andrew Youngman, of Charsfield, Suffolk, and Mrs Sarah Offord, of Milden, Suffolk.
*Online ref: 589853*

**Mr T.C. Bacon and Miss C.E.C. Carter**
The engagement is announced between Thomas, youngest son of Sir Nicholas and Lady Bacon, of Raveningham, Norfolk, and Camilla, younger daughter of Mr and Mrs Robert Carter, of Letheringsett, Norfolk.
*Online ref: 589921*

**Dr M.H.J. Burns and Dr A.M. Unwin**
The engagement is announced between Michael, son of Sir Harry and Lady Burns, of Barrhead, Glasgow and Alice, daughter of Dr and Mrs Jonathan Unwin, of Painswick, Gloucestershire.
*Online ref: 589985*

**Mr J.W.J. Weir and Dr F.A.A. Holden**
The engagement is announced between Joshua, son of Mr and Mrs Nigel Weir, of Plumtree, Nottinghamshire, and Francesca, younger daughter of Dr and Mrs Neil Holden, of Nottingham.
*Online ref: 589898*

**Mr R. Ingleby-Mackenzie and Miss S. Carter-Meggs**
The engagement is announced between Roly, son of Lt Col and Mrs Rory Ingleby-MacKenzie, of Beckington, Somerset, and Sophia, younger daughter of Mr and Mrs Jonathan Carter-Meggs, of Godalming, Surrey.
*Online ref: 590038*

**Mr A.G. Canning and Miss E.G. Waterfield**
The engagement is announced between Alexander, younger son of Mr and Mrs Ian Canning, and Elena, younger daughter of Patrick and Nadia Waterfield.
*Online ref: 589999*

**Mr A. Waring and Miss E. Sharpe**
The engagement is announced between Aaron, youngest son of Mr and Mrs Martin Waring, of Antrim, Northern Ireland, and Eleanor, daughter of Mr and Mrs Alan Sharpe, of Boston, Lincolnshire.
*Online ref: 590050*

**Mr B.J.R. Thomas and Miss S.T. Milligan**
The engagement is announced between Benedict, son of Mr Clive Thomas and Ms Susan Woodman, of Balham, London, and Shannon, daughter of Mr and Mrs David Milligan, of Whitley Bay, Northumberland.
*Online ref: 589952*

**Mr H.E. Pilkington and Miss R.B. Shearer**
The engagement is announced between Hubie, eldest son of Mr and Mrs Patrick Pilkington, of Coole, Co Westmeath, and Rachael, daughter of Mr and Mrs Donald Shearer, of Slieverue, Co Waterford.
*Online ref: 590035*

**Mr J.C. Tusting and Miss C.M.E. Bowring**
The engagement is announced between James, second son of Mr and Mrs Nicholas Tusting, of Carlton, Bedfordshire, and Cynthia, elder daughter of Mr and Mrs Thomas Bowring, of Halton Park, Lancaster.
*Online ref: 589971*

## Wedding

**Mr J.G.D. Ferguson and Mr M.C. Hugh**
The marriage took place on Dec 15, 2020, in St Mary's Cathedral, Edinburgh, between Mr James Ferguson, of Edinburgh, and Mrs Maria Hugh, of Alconbury, Cambridgeshire.
*Online ref: 590037*

## Clergy news

**Retirements/Resignations**
Revv Christine Cargill, v, St Anne, Brondesbury, and SSM p-in-c, Christ Church w St Laurence, Brondesbury (London), to resign as SSM p-in-c, Christ Church w St Laurence, Brondesbury (same dio); Anthony Cowell, OLM, Seven Saints, New Bury w Great Lever team (Manchester), has resigned; Clive Wayne Devoutish, p-in-c, Holy Trinity w St Julian, Shrewsbury (Lichfield), has resigned; Philip Frederick DeJean Goggin, v, St Peter and Warmingham, Leighton-cum-Minshull Vernon (Chester), has retired; Viv Eccles, OLM, St Bride, Old Trafford (Manchester), has retired; Janet French, i, Christ Church, Heaton w St Margaret, Halliwell (Manchester), has retired; Richard Law, tv, North Wingfield, Clay Cross and Pilsley tm, with special responsibility for Clay Cross and Danesmoor (Derby), has retired; Gill Manley has resigned as asst c, known as interim min, Pinxton (Derby), remaining v, Blackwell w Tibsheif (same dio); Patricia Jane Parry, v, St Paul w St Luke, Tranmere (Chester), has retired; Stephen Derek Rathbone, v, Rainow w Saltersford and Forest (Chester), has retired; Mark Wilson, p-in-c, Walbury Beacon (Oxford), has retired; Michael Balfour Woodmansey, r, Holy Trinity and St Wulstan (York), has resigned.

## Bridge news

The finals of the Welsh Cup (open teams) and Cambria Cup (mixed pivot teams) have taken place online this year, writes Julian Pottage, Bridge Correspondent.
The winners are as follows:
**Welsh Cup:** 1st John Salisbury, Tony Disley, Gary Jones, Paul Lamford, Tony Ratcliff and Julian Pottage, 71 VPs; 2nd Chris Pope, Andy Prothero, Alan Stephenson, Stuart Matthews, Matt Foster and Paddy Murphy, 56.5 VPs; and 3rd David Stevenson, Liz Commins, Tracy Capal and Peter Kaufmann, 53 VPs.
**Cambria Cup:** 1st Filip Kurbalija, Diane Kurbalija, Patrick Shields and Dan McIntosh, +2900; 2nd Maggie Pierce, David McAndrew, Tony Disley and Ceri Pierce, +1190.

---

**ONE HUNDRED YEARS AGO**

# The Daily Telegraph
LONDON, DECEMBER 1920

## RETURN OF EX-KING CONSTANTINE.

## ARRIVAL AT ATHENS.

ATHENS, SUNDAY.
Ex-King Constantine arrived here at eleven o'clock this morning by special train from Corinth. He proceeded at once to the Cathedral, and from there to the Royal Palace, the crowds in the streets greeting him with immense enthusiasm. – Reuter.

## ATTITUDE OF THE ALLIES.

FROM A DIPLOMATIC CORRESPONDENT.

Now that Constantine has returned to Athens, it may be assumed that one of his first acts will be to collaborate with the Greek Cabinet in the drafting of a Note to the Entente Governments in reply to the recent warnings conveyed by the latter to M. Rhallys. It goes without saying that this Note will seek to emphasise the ex-monarch's personal fidelity to the Allies, if it be not preceded by a public proclamation to this effect. The expectation is now widespread in diplomatic circles that Constantine will proceed almost immediately to Smyrna, there to take over the supreme direction of a fresh offensive against the Kemalists. A system of wholesale eviction from the public services of M. Venizelos's former nominees is being practised, and the Athens Government's threat to cut off supplies from the Greek Patriarchate in Constantinople may conceivably result in an early repudiation of Constantinople rule by the Greeks of the outlying provinces.

## SUSPENDED RELATIONS.

The British Minister, Earl Granville, will avoid all personal intercourse with Constantine (whose status, it should be noted, will remain constitutionally in suspense until after the plebiscite result has been duly ratified by Parliament) until the policy of the British and Allied Governments has been finally settled at the coming meeting of the three Entente Premiers.

The tendency of our own Government not to brusque matters at Athens, but rather to await developments there and to re-shape our Near Eastern policy accordingly, is at once prompted and justified by its determination to maintain, by every possible means, the Treaty of Sèvres in general, and in particular the Allied control of the Straits, as explained by Mr. Lloyd George the other day. That is why, whatever may happen at Smyrna, the utmost importance is attached here to the continued protection of the Asiatic approaches to Constantinople and the waterways. Hitherto that protection has devolved upon ourselves and the Greeks, e.g., the Hellenic division which has co-operated with the British forces and under the British command in the Ismid peninsula.

---

# Church services tomorrow

## Fourth Sunday of Advent

*NB: Services and events listed below are subject to change at short notice to ensure compliance with Covid-19 restrictions current at the time:*

**ST PAUL'S CATHEDRAL:** 8 HC; 10 Mattins; 11.15 Sung Eucharist, Dean; 3 Light in the Darkness: Readings and Music for Advent with the Lighting of the Christmas Trees and Blessing of the Crib (for free tickets and more information visit stpaulscathedral.co.uk/christmas); 5.30 Eucharist.
**WESTMINSTER ABBEY:** 8 HC; 10 Morning Prayer; 11.15 Sung Eucharist, Rev Mark Birch; 3 Evensong; Vcn David Stanton; 4.30 Organ Recital, Charles Maxtone-Smith; 6 Evening Service, Rev Anthony Ball. Tickets for services from westminster-abbey.org
**SOUTHWARK CATHEDRAL:** 8.30 Morning Prayer (online); 9 Eucharist, Canon Jay Colwill; 11 Choral Eucharist (also streamed); 12.30 Family Service, Sub Dean and Rev Lisa Bewick; 3 Evening Prayer; 6 Cathedral Carol Service. Registration and streaming of services from cathedral. southwark.anglican.org
**ALL HALLOWS BY THE TOWER:** 11 Parish Eucharist also streamed via www.ahbtc.org.uk
**ALL SAINTS, Margaret St:** 11 Sung Mass, Fr Michael Bowie, streamed on allsaintsmargaretstreet.org.uk
**ALL SOULS, Langham Pl:** 11.30, 2.30, 4.30 and 6.30 "Light in the Dark", Jonny Dyer. Booking and streaming via www.allsouls.org
**GROSVENOR CHAPEL, South Audley Street:** 11 Sung Eucharist, Rev Dr Alan Piggot, streamed via grosvenorchapel.org.uk
**HTB Brompton Rd and Onslow Square:** Rev Pete Wynter. Watch all day via www.htb.org
**HOLY TRINITY, Sloane Square:** 11 Sung Eucharist, Rev Fergus Butler-Gallie. Tickets via sloanechurch.org
**ST ASAPH:** 9.30 Parish Eucharist; 11 Cathedral Eucharist, Precentor; 3.30 Evening Prayer. Streaming details via stasaphcathedral.wales
**ST BRIDE'S, Fleet St:** 11 Choral Eucharist, Canon Alison Joyce; 5.30 Festival of Lessons and Carols. Registration, tickets and streaming details from stbrides.com
**ST CLEMENT DANES, Strand:** 11 Choral Mattins, Rev David Osborn. Podcast from www.stclementdanesraf.org
**ST GEORGE'S, Windsor:** 8.30 HC; 10.45 Mattins; 5.15 Evening Prayer.
**ST GILES IN THE FIELDS:** 11 Sung Eucharist, Rev Liz Russell, streamed via www.stgilesonline.org
**ST JAMES GARLICKHYTHE, Garlick Hill:** 10.30 Sung Eucharist, also streamed via www.stjamesgarlickhythe.org
**ST JAMES'S Piccadilly:** 11 Eucharist. Booking and streaming via sjp.org.uk
**ST JAMES'S, Sussex Gardens:** 10.30 High Mass; 6 Candlelit Festival of Lessons and Carols for Christmas. All streamed via stjamespaddington.org.uk
**ST MARTIN-IN-THE-FIELDS:** 10 Eucharist, Rev Dr Sam Wells, also streamed via smitf.org
**ST MARYLEBONE, Marylebone Rd:** 8.30 HC, Rev Jack Noble; 11 Choral Eucharist with Young Church Nativity Play, Rev Jack Noble; 6 St Marylebone Village Nine Lessons and Carols by candlelight, Rev Stephen Evans. Streaming details from www.stmarylebone.org
**ST PAUL'S, Covent Gdn:** 11 Eucharist, also streamed via 11 actorschurch.org
**ST PAUL'S, KNIGHTSBRIDGE:** 11 Sung Eucharist, Rev Alan Gyle, streamed via www.spkb.org
**TEMPLE CHURCH, Fleet St:** 8.30 HC; 11.15 Choral Mattins.
**QUEEN'S CHAPEL, Savoy Hill:** 11 Mattins, Canon Thomas Woodhouse. Register to attend at tleylandpaduchyoflancaster.co.uk Chapel Carol Service on podcast from royalchapelsavoy.org
**GUARDS CHAPEL, Wellington Barracks:** 11Choral HC, Rev Mark Speeks. Weekly podcast from guards-chapel-services.com
**OLD ROYAL NAVAL COLLEGE CHAPEL:** 11 Choral Eucharist, Rev Pat Mann. also streamed from www.ornc.org
**GRAY'S INN CHAPEL:** 11.15 Christmas Carol Service, streamed via www.graysinn.org.uk
**CROWN COURT (C-o-S), Covent Garden:** 11.15 Morning Service, Rev Alistair Cumming. Booking required via office@crowncourtchurch.org.uk and catch up online at www.crowncourtchurch.org.uk/services
**ST COLUMBAS (C-o-S), Pont Street:** 11 A Service of Lessons and Carols, Rev Angus MacLeod. Seat reservation and streaming via www.stcolumbas.org.uk
**WESTMINSTER CATHEDRAL:** Masses: 8, 10.30, 12.30, 4 and 6. A Parish Carol Service (online only) also at 10.30 and 6 services are streamed via www.westminstercathedral.org.uk
**THE ORATORY, Brompton Rd:** Masses: 8, 9, 10, 11, 12.30, 4.30, 7. Booking and streaming details from www.ticketailor.com/events/bromptonoratory or 020 7808 0900.
**GREEK ORTHODOX CATHEDRAL,** Moscow Rd: 8.15 and 10.45 Divine Liturgy, also streamed via stsophia.org.uk
**SALVATION ARMY,** Oxford St: 11 Carols by Candlelight. Booking and online service via www.salvationarmy.org.uk/regent-hall
**WESLEY'S CHAPEL, City Rd:** 9.45 HC, Rev Steven Cooper (online only); 11 All Age Worship, Canon Dr Jennifer Smith; 7 Carols and Readings (online only). Streaming and seat booking via www.wesleyschapel.org.uk
**WESTMINSTER CHAPEL, Buckingham Gate:** 11 Nativity Celebration, streamed via westminsterchapelonline.church
**WESTMINSTER METHODIST CENTRAL HALL:** 11 Morning Worship online at MCHW.LIVE
**BIRMINGHAM:** 9 and 11 HC; 3.30 Evensong. Booking required via birminghamcathedral.com from where services will also be streamed.
**BLACKBURN:** 9 and 10.30 Eucharist; 4 Nine Lessons and Carols. Booking and streaming details from blackburncathedral.com
**BRADFORD:** 10.30 Choral Eucharist, Dean; 3.30 and 6.30 Carols and Readings. Tickets and streaming via bradfordcathedral.org
**BRISTOL:** 8 HC, Chris Hunter; 10 Cathedral Eucharist, Rev Minty Hull; 2.3 and 4 Family Services. Booking and streaming via bristol-cathedral.co.uk
**CANTERBURY:** 8 Eucharist; 9 Mattins; 10.30 Sung Eucharist, Canon Michael Parfitt; 4 'Hurry to Bethlehem' (ticketed). Tickets and streaming of services via www.canterbury-cathedral.org
**CARLISLE:** 10.30 Sung Eucharist, Canon Michael Manley; 3.30 and 4 'Hurry to Bethlehem' (ticketed). Details of booking and streaming from carlislecathedral.org.uk
**CHELMSFORD:** 7.45 Morning Prayer; 10.30 Eucharist, Dean; 3 Evening Prayer, Canon Alison Kennedy; 3.30 Nine Lessons and Carols. View online only via chelmsfordcathedral.org.uk
**CHESTER:** 10 Sung Eucharist; 3 Festival of Lessons and Carols for Christmas. Ticket required via chestercathedral.com from where service will also be streamed.
**CHICHESTER:** 8 HC; 9.30 and 11 Eucharist, Canon Bruce Ruddock; 4 and 6 Cathedral Carol Service. Booking details and streaming via chichestercathedral.org.uk
**COVENTRY:** 10.30 Cathedral Eucharist, also streamed via coventrycathedral.org.uk
**DERBY:** 8.30 HC, Rev Adam Dickens; 10.45 Cathedral Eucharist, Rev Adam Dickens; 5.15 Evensong. Booking details and streaming from derbycathedral.org
**DURHAM:** 8.30 Morning Prayer (online only); 9.30 and 11.30 Sung Eucharist, Canon Charlie Allen; 3.30 Evensong and Admission of Choristers. Booking required from www.durhamcathedral.co.uk from where services will also be streamed.
**PETERBOROUGH:** 10.30 Cathedral Eucharist, Vice Dean; 3.30 Evensong and Carols (ticketed). Details for tickets and streaming available from www.peterborough-cathedral.org.uk
**PORTSMOUTH:** 8 HC; 9.30 and 11 Congregational Sunday Worship, Canon Peter Dobson. Details for viewing via www.portsmouthcathedral.org.uk
**RIPON:** 8 Eucharist, Canon Ailsa Newby; 9.30 Morning Prayer; 10.30 Sung Eucharist, Dean; 12.30 Eucharist; 3.30 Evening Prayer.
**GLASGOW, ST MUNGO'S (C-o-S):** 11 Nine Lessons and Carols available on www.glasgowcathedral.org
**GLOUCESTER:** 10.15 Eucharist, Canon Andrew Braddock. Booking and streaming via gloucestercathedral.org.uk
**GUILDFORD:** 9.45 Cathedral Eucharist; 6 Lessons and Carols. Register on www.guildford-cathedral.org, from where services can also be viewed.
**HEREFORD:** 8 HC; 10 Cathedral Eucharist, Chancellor; 11.30 Morning Prayer; 3.30 Evening Prayer. Online worship from www.herefordcathedral.org
**INVERNESS:** 10 Holy Eucharist, Rev Dr I. Macritchie, also streamed via invernesscathedral.org.uk
**ISLE OF MAN:** 8.30 BCP Eucharist; 10.30 Choral Eucharist; 3.30 Choral Evensong. All services streamed via cathedral.im
**LICHFIELD:** 8 HC (online only); 10.30 Cathedral Eucharist; 5.30 Evening Prayer. All services streamed via lichfield-cathedral.org
**LINCOLN:** 7.45 Litany; 8 and 10 HC; 3.45 Evening Prayer. Sunday Service also streamed via lincolncathedral.com
**LIVERPOOL METROPOLITAN CATHEDRAL:** Masses 9 and 11; 6 Carols at the Cathedral. Service at 11 streamed and booking from www.liverpoolmetrocathedral.org.uk
**LLANDAFF:** 9 and 11 Eucharist. Booking details and streaming via llandaffcathedral.org.uk
**MANCHESTER:** 10.30 Sung Eucharist, Canon David Holgate; 4.30 Evensong Prayer. Join online via www.facebook.com/ManchesterCathedral/live
**NEWCASTLE:** 9.30 and 11 Congregational Sunday Worship, Canon Peter Dobson. Details for viewing via newcastlecathedral.org.uk
**NORWICH:** 7.30 Morning Prayer; 8 HC; 10.30 Sung Eucharist, Precentor; 3.30 and 7 The Christmas Procession. Digital Worship via www.cathedral.org.uk
**OXFORD:** 8 HC; 11 Choral Eucharist, Rev Adam Dickens; 6.15 Evensong. Booking details and streaming via chch.ox.ac.uk/cathedral
**PETERBOROUGH:** 10.30 Cathedral Eucharist, Vice Dean; 3.30 Evensong and Carols (ticketed). Details for tickets and streaming available from www.peterborough-cathedral.org.uk
**PORTSMOUTH:** 8 HC; 9.30 and 11 Congregational Sunday Worship, Canon Peter Dobson. Details for viewing via www.portsmouthcathedral.org.uk
**RIPON:** 8 Eucharist, Canon Ailsa Newby; 9.30 Morning Prayer; 10.30 Sung Eucharist, Dean; 12.30 Eucharist; 3.30 Evening Prayer. Booking and streaming via riponcathedral.org.uk
**ROCHESTER:** 9.45 Choral Mattins (streamed); 11 Cathedral Eucharist, Precentor; 3.15 Choral Evensong. Visit rochestercathedral.org for details.
**ST ALBAN:** 8 Eucharist; 9.30 Parish Eucharist with Nativity Play; 11.15 Choral Eucharist, Tim Bull; 4 and 7.30 Festival of Nine Lessons and Carols (entry by ticket only). Streaming and ticket information from stalbanscathedral.org
**ST DAVIDS:** 11.15 The Nativity; 7 Nine Lessons and Carols. Booking details and viewing via www.stdavidscathedral.org.uk
**ST EDMUNDSBURY and IPSWICH:** 8 HC; 11 Family Nativity Service, Rev Ben Edwards and Rev Sarah Geilesley; 2 Musical Advent Calendar; 3.30 Longest Night Service. Booking and streaming details via stedseastathedral.org
**SALISBURY:** 8 Mattins; 9 and 11 Eucharist, Treasurer; 4.30 Choral Evensong, Chancellor. Seat reservation required via 01722 512156 or www.salisburycathedral.org.uk, where streaming details can also be found.
**SHEFFIELD:** 10.30 Cathedral Eucharist; 3 and 6 Christmas Carol Service. Booking and viewing details via sheffieldcathedral.org
**SOUTHWELL:** 10 Cathedral Eucharist, Dean; 3 and 5.30 Christmas Carol Service. Booking essential from www.southwellminster.org, from where both services will also be streamed.
**TRURO:** 7.30 Morning Prayer; 8 HC; 10 Sung Eucharist, Precentor; 11.45 Holy Eucharist; 4 Evening Prayer; 7 A Festival of Nine Lessons and Carols (online only). Booking and streaming details from trurocathedral.org.uk
**WAKEFIELD:** 8 HC; 9.15 Eucharist, Dean, streamed via wakefieldcathedral.org.uk; 11 Sung Eucharist, Dean; 3.30 and 6.30 Service of Nine Lessons and Carols, tickets via wakefieldcathedral.org.uk
**WELLS:** 8.30 HC; 10 Eucharist, online only.10.30 Cathedral Eucharist, Precentor; 6 Cathedral Singers Carol Service. Booking and streaming details from www.wellscathedral.org.uk
**WINCHESTER:** 8 HC; 9 Morning Prayer; 10 Sung Eucharist, Dean; 3.30 Christmas Evensong, Dean. All services streamed via www.winchester-cathedral.org.uk
**WORCESTER:** 8 HC; 10.30 Sung Eucharist, Canon Georgina Byrne (streamed); 4 Christmas Service, Canon Dr Michael Brierley; 6.30 Evensong. Booking and information and streaming via worcestercathedral.co.uk
**YORK:** 8 HC; 10 Mattins; 11 Sung Eucharist, Precentor; 4 Evensong, Succentor. Booking and online services via www.yorkminster.org

---

# Announcements

Telephone: 0800 072 32 32 or 01622 335087   Fax: 020 7931 3370
Email: announcements.ads@telegraph.co.uk   Book online: announcements.telegraph.co.uk

## Births

**TURNER.**—On December 4th, to Rosie (née Thorogood) and Edward, a daughter, Martha Isobel Rose.
*Online ref: A246390*

## Anniversaries

### Golden Weddings

**GIBSON – BOSSON.**—On 19th December 1970, at St Thomas' Church, Rhyl, North Wales, Reginald John to Sandra June.
*Online ref: 589989*

**RICE – JACKSON.**—On 19th December 1970, in the Royal Memorial Chapel, Sandhurst, Michael to Annabelle. Now at Budleigh Salterton, Devon.
*Online ref: A246246*

## Deaths

**ANDREWS.**—Valerie Elizabeth (formerly James, née Cole), passed away peacefully at Nyneshead Court, Somerset on 15th December 2020, aged 85 years. There will be a private funeral service. Enquiries to 11 Tredwin & Son. Tel: 01823 672287.
*Online ref: 590000*

**BARNARD.**—Marina Betty, died peacefully on Monday 7th December, aged 85. Much loved wife of Tony and mother to Paul, Jane and Sarah. Will be sadly missed by the grandchildren and many friends. Private family cremation at Yeovil Crematorium. Donations in memory of Marina are being invited for the British Heart Foundation and Guide Dogs for the Blind c/o A J Wakely & Sons, 16 Newland, Sherborne, Dorset DT9 3JQ. Tel: 01935 816817.
*Online ref: 590049*

**BARNES.**—Hugh Edward Michael (Mike) died peacefully on Wednesday 20th December, aged 87. Much loved husband, father and grandfather. Private family cremation. Service of thanksgiving to be arranged.
*Online ref: A246370*

**BATCHELOR.**—Mark Alfred Lowe Batchelor, barrister, 79, youngest son of Maj H.V. Batchelor MC and Margarita Ellen Batchelor, brother of David and husband of Janet, 7 times uncle and 17 times great uncle, died peacefully after a long illness on 11th December. Private funeral. Memorial service 2021. Enquiries to dbatchelor@msn.com
*Online ref: 590025*

**BENNETT.**—Thomas Arthur. Tom died peacefully at his home on 10th December 2020, aged 91. Adored husband of Tatiana and much loved uncle of Ray, Niki, Christos, Liz and Michael. His Funeral is on 6th January 2021 at 12 noon at Woking Crematorium. Only donations please to Justice & Care' charity online. May he rest in peace. Enquiries to H. Tredwin & Son. Tel: 01823 672287.
*Online ref: 590053*

**BRYCE-SMITH.**—Marnie. Died peacefully at home on 13th December 2020, aged 94. Due to Covid restrictions private funeral. No flowers.
*Online ref: 590008*

**COUZENS.**—Frederick (Freddie) died peacefully on 10th December, aged 97. Much loved husband of Gillie and the late Joan, father, grandfather and great-grandfather. Private cremation with thanksgiving service in 2021. All enquiries to Tappers Funeral Service. Tel: 01202 673364. Details regarding donations at: www.tappersfuneralservice.co.uk/tappers/funeral-search

**DIXON.**—John Milton, sadly passed away on 10th December, aged 87. Devoted husband of Shirley and loving father of Alison. A private funeral service will take place on 4th January. No flowers, if you wish to make a donation, please make cheques payable to Diamond Riding Centre and send to W. A. Truelove & Son Ltd, 121 High Street, Banstead, SM7 2NS.
*Online ref: A246364*

**ELLIOTT.**—Celia Ann died peacefully on Tuesday 15th January 2020, aged 80. Much loved mother of Nicola and Sally, grandmother of Sashine and Pascal, and husband of Peter. She wishes to donate her body to LSECA (The London and South East Committee of Anatomists) for training and research. No flowers please, but donations if desired to Guide Dogs for the Blind.
*Online ref: A246368*

**FYSON.**—Helen Mary Westacott (née Scott), 1.9.1934 - 16.12.2020. Mother of Penelope, Edwina and Richard, grandmother of Hector, Edmund, Katrina and Hal. Loved by all. Private cremation.
*Online ref: A246367*

**GRAVES.**—Brian Edward, of Tillington, West Sussex, passed away unexpectedly but peacefully at home on 14th December 2020, aged 86. Beloved husband of Norma, father of Kate and Nick and grandfather of Isla, Louisa and Jemima. Funeral/Thanksgiving service to be arranged.

**GROVER.**—Kenneth Charles born on 10th November 1923, died on 12th December 2020. Chairman and Chief Executive of BT Scotland, 1974-84. Beloved husband of the late Beryl and father of the late David. Will be sadly missed by daughter Sally, grandchildren Nadia, Michael, Laura and Alice and seven great grandchildren. Donations, if desired, to www.stroke.org

**HARDS.**—Clifford George passed away peacefully at home on 20th November 2020, aged 89. Beloved husband to Helene, father to George and Suzanna, grandfather and uncle. He was born in Birmingham and was the owner of Hards Travel Service Ltd, Jet Holidays Ltd, Ski Plan Ltd, New Millennium Holidays and Travel Ltd, Janus Airways Ltd and the Health Food Centre in Solihull. His four operating businesses in Eastern Europe. In the 1980s and early 90s, he also produced a local paper, the Solihull Environmental, and then a national newspaper, the Planet on Sunday. These both began the push of environmental and health issues into the mainstream. Private funeral service. Donations to Holy Cross Church, Billesley, Birmingham, B13 ONS.
*Online ref: A246372*

**HORSFALL.**—Maxine Mary (née Maxwell Guzzletton) on 14th December 2020, aged 93, peacefully at home. Devoted wife of Geoffrey, wonderful loving mother to Winifred Angela, Max, Sarla, Harry and Katie and adored grandmother of William, Alejandro, Georgina, and Alistair. Funeral. Enquiries to Chris White Funeral Directors, Wilton. A celebration of her life will be held in 2021. Much loved and greatly missed.
*Online ref: 590062*

**HUGHES.**—Simon J.S. of Talybont, mining historian, died peacefully in hospital on 10th December 2020 after a long illness. Father of Seren and Joshua, stepfather of Ffion and Maeve.
*Online ref: A246390*

**KINNELL.**—Christine. Passed away on December 8th 2020, aged 83. Beloved wife of John, much loved mother of Victoria, Lucy and James, grandmother of Emily, Annabel, Tom, Will, Lucinda, Christian, Tommy and Olivia. Shall be dearly missed by all. Private family funeral.
*Online ref: 590054*

**LLOYD.**—Leslie (née Philp) died on 28th November 2020, aged 93. Wife of the late Michael Lloyd and much loved mother of David and Vivienne, grandmother of Sebastian, Benedict, Robbie, Jessie, Tristan, Ben, Arabella, Jamie and Bebe. Great grandmother to Donnie, Margot, Stella, Kit and Tenn.
*Online ref: A246374*

**LUFF.**—Arthur Clarence passed away peacefully on 3rd December 2020, aged 93. Much loved husband (Pauline), father (Alistair and Rachel) and grandfather (Florrie and Winnie). A service will be held at Widford Crematorium on 23rd December at 10.30 a.m.
*Online ref: A246365*

**MATHER.**—Alastair Donaldson, passed away peacefully on 13th December, aged 90, at the Aberdeen Royal Infirmary after a short illness. He had an interesting career as a forester in Africa, Australia and Asia followed by an active life with family and friends who will miss him hugely.
*Online ref: A246389*

**MATTHEWS.**—Jane, beloved wife of Richard, beloved mother of her daughters, Georgina, Sarah and Helen, and of her grandchildren. Selfless throughout her life. Service at St Michael and All Angels, Urchfont. Family only. No flowers.
*Online ref: A246345*

**RAMSAY.**—Elizabeth Ann (née Bedford) widow of David, died peacefully on 7th December, aged 92. Much loved and missed by family and friends. Family funeral. Donations, if desired, to Parkinson's UK.
*Online ref: A246373*

**RANDLE.**—John Pomeroy (Brigadier, OBE, MC). Died at Chelston Park, Wellington, Somerset on 14th December 2020, aged 99 years. Husband of Joy, wonderful father to William, proud grandfather and great grandfather. Enquiries to H. Tredwin & Son. Tel: 01823 672287.
*Online ref: 590050*

**RITCHIE.**—(Dolphinton) Brigadier Charles David Maciver CBE, late the Royal Scots (The Royal Regiment), on Wednesday 16th December 2020. Suddenly in Edinburgh aged 79. Soldier, Raconteur and wit. Adored husband, brother and father. Private family cremation followed by memorial service in Edinburgh when permitted in 2021.
*Online ref: 590096*

**ROBARTS.**—Sue M.C. of Itteringham, Norfolk died on 4th December 2020. Dearly beloved daughter of Charles and Paulie. Adored mother of Verity, devoted grandmother to Amelia and Charlotte and much loved by her broader family and many friends. Private family funeral at Lillingstone Dayrell, North Bucks. A celebration of life to be held in Norfolk at a later date. Family flowers only. Any donations in lieu of flowers to be made to Parkinson's UK please. All enquiries to J.H. Kenyon Funeral Directors of Kensington High Street, London.
*Online ref: A246045*

**ROUNTREE.**—Lucy (née Whitcomb) died on Sunday 13th December, in hospital in Paris, aged 60 after a long illness. Dearly loved wife of Robert and mother of Jack and George. Beloved daughter of Hugh and Gillian and sister of Luke and Giles. An inspiration to all. Private funeral at Père Lachaise Cemetery, Paris, on Wednesday 23rd December at 2 p.m.
*Online ref: A246393*

**SCOTT.**—Elizabeth Jane (née Tottle), aged 83, peacefully at home in 10th December. Retired JP, nurse and fund raiser; widow of Dr P.J.T. Scott; dearly loved mother of Steve, Cathy and Angus and adored Granny to R. Mary Redcliffe. Numbers limited due to Covid restrictions. Donations to Macmillan Cancer Support c/o Arthur E Davey & Sons, Nailsea, BS48 2DS.
*Online ref: A246389*

**WESTWOOD.**—Jeremy John Halifax died peacefully in hospital on 14th December 2020. Loving husband of Milla, father of Flora and Rosie, father-in-law of Robin and Tom and grandfather of Missy, George and Coco. Beloved by all his friends and family.
*Online ref: A246345*

### In memoriam their name liveth for evermore

**HM SHIPS NEPTUNE AND KANDAHAR.**—Sunk 19th December 1941, 837 men lost. "We will remember them". www.hmsneptune.com
*Online ref: 589605*

### In memoriam sunday

**CLARK.**—Sir Francis Clark Bt (Edinburgh, London, Norfolk and North Berwick), died on 20th December 2019, aged 86. Much loved. Best of the bunch.
*Online ref: 588910*

## Personal

### Legal Notices

**United States District Court for the Southern District of New York
The Honorable Mary Kay Vyskocil,
United States District Judge
Civil Action No. 1:19-cv-05631-MKV**

**COMMODITY FUTURES TRADING COMMISSION, Plaintiff,**
**v.**
**BENJAMIN REYNOLDS, Defendant.**

Please take notice that the following Order was entered in the above-captioned matter on November 24, 2020:

**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT GRANT PLAINTIFF'S MOTION FOR ENTRY OF FINAL JUDGMENT BY DEFAULT**

On April 6, 2020, the Clerk of Court entered default against Defendant Benjamin Reynolds. ECF No. 28. On August 20, 2020, pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Local Civil Rule 55.2(b), Plaintiff Commodity Futures Trading Commission ("Commission") filed a Motion for Entry of Final Judgment by Default, Permanent Injunction, Civil Monetary Penalty, and Other Statutory and Equitable Relief against Reynolds (the "Motion"). ECF No. 32. Upon consideration of the Commission's Motion, its Memorandum of Law in Support of the Motion, its Proposed Order of Final Judgment, and the Declarations of Julia C. Colarusso, Dmitriy Vilensky, and Kyong J. Koh, along with their supporting exhibits, it is hereby ORDERED:

1. Within fourteen days of the date of this Order, the Commission shall serve a copy of this Order, together with the Commission's Motion and all supporting papers described above, on Reynolds by mailing copies of the foregoing documents to his last known address, and file proof of service with this Court.

2. The Commission shall also cause to be published in The Daily Telegraph for two consecutive weeks a copy of this Order to Show Cause and a statement describing how a copy of the Complaint and other filings in this action may be obtained. Publication should occur no later than January 5, 2021. The Commission must file proof of service by publication on the Court's docket.

3. Within fourteen days of service of a copy of this Order by publication or personal service, Reynolds is required to show cause why the Court should not enter default judgment against him by filing a documents on the docket for this case.

4. The Commission shall have seven days to file a reply to any written response filed by Reynolds.

5. The Court will hold a telephonic hearing on the Motion on January 27, 2021 at 11:00AM. To join the conference, dial (888) 278-0296 and enter access code 5195844. Any international caller please dial (914) 705-8479 and enter the same access code to be connected to the conference line.

So Ordered.

A copy of the Complaint in this matter is available at: https://www.cftc.gov/PressRoom/PressReleases/7938-19. Copies of other filings in this matter may be obtained by emailing Trial Attorney Julia Colarusso at jcolarusso@cftc.gov

### Text for the day

THEN TOOK he him up in his arms, and blessed God, and said, Lord, now lettest thou thy servant depart in peace, according to thy word: for mine eyes have seen thy salvation, which thou hast prepared before the face of all people.
Luke 2.28-31

### Birthdays

VI SHINNER 92nd Birthday. Lots of love from Katie, Lauren, Chris and Max. Great grandson Theo. Daughters Jane and Roy, Joanne and Alan.
*Online ref: 589171*

### Trustee notices

NOTICE IS HEREBY GIVEN, pursuant to s.27 of the Trustee Act 1925, that the personal representatives of the deceased persons referred to below intend to convey or distribute, among the persons entitled thereto the real or personal property of the deceased and require any person interested to send to the personal representatives at the address named below, by not later than the date given below, particulars of his claim in respect of the property.

**EARLL**, Patricia Gladys, late of 22 Thalassa Road, Worthing, West Sussex BN11 2HH. Died on 12th October 2020. Particulars to Lisa Gibbins c/o Adams & Remers LLP, Trinity House, School Hill, Lewes, East Sussex BN7 2NN, on or before 1st March 2021.

### General personal

**Data Privacy**

When you respond to Telegraph Media Group Limited's competitions, offers or promotions, you may use your information for marketing purposes. We will contact you by mail or telephone to let you know about any of our special offers, products and services which may be of interest to you unless you have asked us not to. We will only contact you by email or text message with your permission. We will also pass on your name to third parties if you consent.
In some cases our special offers, products and services may be provided, on our behalf, by our partners. If you would like to be contacted by them, please tick here. Each case we contact you, the option is available.
When responding to competitions, offers or promotions by post, if you do not wish for your details to be used by us to contact you again, please write 'No Offers', to us on your response. We respect your data privacy. You may modify your preferences or opt further information by visiting the Privacy Policy, Customer Service Victory House Meeting House Lane Chatham Kent ME4 4TT or by writing to: protection@telegraph.co.uk.

**The Daily Telegraph**
**and**
**The Sunday Telegraph**

While we take reasonable steps to check our advertisers are bona fide, readers should carry out their own checks before entering into any contract or arrangement.

---

The Daily Telegraph and The Sunday Telegraph
Published by Telegraph Media Group Ltd, 111 Buckingham Palace Road, London SW1W 0DT. Tel: 020 7931 2000. Also Registered as a Newspaper at the Post Office. © Newspapers Support Recycling. The recycled paper content of UK newspapers in 2018 was 69.2%. Printed at Newsprinters Ltd — Broxbourne, Great Cambridge Road, Waltham Cross, Hertfordshire EN8 8DY / Knowsley, Kitling Road, Prescot, Merseyside L34 9HN / Eurocentral, Byramsmuir Road, Holytown, Motherwell, Independent News and Media, Unit 3 Springhill Road, Carnhane Industrial Estate, Newry, County Down, Northern Ireland BT35 6EP; and KP Services, La Rue Martel, La Rue des Pres Trading Estate, St Saviour, Jersey JE2 7QR. Printed in Belgium by Mediaprinte Offset Press, France; Bermont, Spain; Milkro Digital Hellas, Greece; Milkro Digital Cyprus Ltd, Cyprus; Miller Newsprint Ltd, Malta; Newsprint Impe Digital, Turkey. Conditions of sale: This newspaper is sold subject to the following conditions, namely that it shall not, without the written consent of the publishers first given, be lent, re-sold, hired out or otherwise disposed of by way of trade in a mutilated condition or in any unauthorised cover by way of Trade; or affixed to or as part of any publication or advertising, literary or pictorial matter whatsoever. No part of this newspaper may be reproduced, stored in a retrieval system, transmitted in any form or by any means; without the prior permission of Telegraph Media Group Limited. The Daily Telegraph and Sunday Telegraph are available for reading on microfilm and online. Also available from: subscriptions, orders and enquiries 0800 832 3257; email syndication@telegraph.co.uk.